# EXHIBIT A

F  L  O  R  I  D  A      H  O  U  S  E      O  F      R  E  P  R  E  S  E  N  T  A  T  I  V  E  S

ENROLLED

CS/CS/HB 1069                                                                    2023 Legislature

```
 1
 2        An act relating to education; amending s. 1000.21,
 3        F.S.; defining the term "sex" for the Florida Early
 4        Learning-20 Education Code; creating s. 1000.071,
 5        F.S.; requiring specified policies relating to a
 6        person's sex at certain educational institutions;
 7        providing applicability; prohibiting employees,
 8        contractors, and students of such educational
 9        institutions from being required to use, from
10        providing, and from being asked to provide certain
11        titles and pronouns; prohibiting students from being
12        penalized or subjected to certain treatment for not
13        providing certain titles and pronouns; authorizing the
14        State Board of Education to adopt rules; amending s.
15        1001.42, F.S.; prohibiting classroom instruction on
16        sexual orientation or gender identity from occurring
17        in prekindergarten through grade 8, rather than
18        kindergarten through grade 3; providing an exception;
19        providing requirements if such instruction is provided
20        in grades 9 through 12; providing that such
21        prohibition applies to charter schools; requiring
22        school districts to post specified policies on their
23        websites; amending s. 1003.42, F.S.; requiring all
24        materials used for specified instruction relating to
25        reproductive health to be approved by the Department
```

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A     H O U S E     O F     R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                        2023 Legislature

26          of Education; amending s. 1003.46, F.S.; providing
27          additional requirements for certain instruction
28          regarding human sexuality; requiring the department to
29          approve specified instructional materials; amending s.
30          1006.28, F.S.; providing that district school boards
31          are responsible for materials used in classroom
32          libraries; requiring that a specified objection form
33          and district school board process meet certain
34          requirements; providing requirements for materials
35          used in a classroom library; revising the criteria a
36          parent or resident must meet to object to certain
37          materials used in the classroom; requiring certain
38          classroom materials to be removed within a specified
39          time period and be unavailable to certain students
40          until the resolution of certain objections; providing
41          that parents have the right to read passages from
42          specified materials; requiring the discontinuation of
43          specified materials under certain circumstances;
44          providing requirements for certain meetings of school
45          district committees relating to instructional
46          materials; requiring the Commissioner of Education to
47          appoint a special magistrate under certain
48          circumstances; providing requirements for and duties
49          of the special magistrate; requiring the State Board
50          of Education to approve or reject the special

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

```
51        magistrate's recommendation within a specified
52        timeframe; requiring school districts to bear the
53        costs of the special magistrate; requiring the State
54        Board of Education to adopt rules; revising certain
55        district school board procedures relating to library
56        media center collections; revising elementary school
57        requirements relating to materials in specified
58        libraries; requiring district school boards to adopt
59        and publish a specified process relating to student
60        access to certain materials; revising district school
61        board reporting requirements relating to materials
62        which received certain objections; requiring school
63        principals to communicate to and notify parents of
64        certain procedures and processes relating to
65        instructional materials; reenacting ss. 1000.05(2),
66        (3), (4)(a), (5), and (6)(d), 1001.453(2)(c),
67        1002.42(3)(a), 1003.27(2)(b) and (c), 1003.42(3)(a),
68        (c), (e), and (f), 1004.43(2), 1006.205(2)(b) and (3),
69        1009.23(7), 1009.24(10)(b), 1009.983(6),
70        1009.986(3)(e), and 1014.05(1)(c), (d), and (f), F.S.,
71        to incorporate the amendment made to s. 1000.21, F.S.,
72        in references thereto; providing severability;
73        providing an effective date.
74
75   Be It Enacted by the Legislature of the State of Florida:
```

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

76
77       Section 1.  Subsection (9) is added to section 1000.21,
78   Florida Statutes, to read:
79       1000.21  Systemwide definitions.—As used in the Florida
80   Early Learning-20 Education Code:
81       (9)  "Sex" means the classification of a person as either
82   female or male based on the organization of the body of such
83   person for a specific reproductive role, as indicated by the
84   person's sex chromosomes, naturally occurring sex hormones, and
85   internal and external genitalia present at birth.
86       Section 2.  Section 1000.071, Florida Statutes, is created
87   to read:
88       1000.071  Personal titles and pronouns.—
89       (1)  It shall be the policy of every public K-12
90   educational institution that is provided or authorized by the
91   Constitution and laws of Florida that a person's sex is an
92   immutable biological trait and that it is false to ascribe to a
93   person a pronoun that does not correspond to such person's sex.
94   This section does not apply to individuals born with a
95   genetically or biochemically verifiable disorder of sex
96   development, including, but not limited to, 46, XX disorder of
97   sex development; 46, XY disorder of sex development; sex
98   chromosome disorder of sex development; XX or XY sex reversal;
99   and ovotesticular disorder.
100      (2)  An employee, contractor, or student of a public K-12

CODING:  Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

101   educational institution may not be required, as a condition of
102   employment or enrollment or participation in any program, to
103   refer to another person using that person's preferred personal
104   title or pronouns if such personal title or pronouns do not
105   correspond to that person's sex.
106        (3)  An employee or contractor of a public K-12 educational
107   institution may not provide to a student his or her preferred
108   personal title or pronouns if such preferred personal title or
109   pronouns do not correspond to his or her sex.
110        (4)  A student may not be asked by an employee or
111   contractor of a public K-12 educational institution to provide
112   his or her preferred personal title or pronouns or be penalized
113   or subjected to adverse or discriminatory treatment for not
114   providing his or her preferred personal title or pronouns.
115        (5)  The State Board of Education may adopt rules to
116   administer this section.
117        Section 3.  Paragraph (c) of subsection (8) of section
118   1001.42, Florida Statutes, is amended to read:
119        1001.42  Powers and duties of district school board.—The
120   district school board, acting as a board, shall exercise all
121   powers and perform all duties listed below:
122        (8)  STUDENT WELFARE.—
123        (c)1.  In accordance with the rights of parents enumerated
124   in ss. 1002.20 and 1014.04, adopt procedures for notifying a
125   student's parent if there is a change in the student's services

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                      2023 Legislature

126  or monitoring related to the student's mental, emotional, or
127  physical health or well-being and the school's ability to
128  provide a safe and supportive learning environment for the
129  student. The procedures must reinforce the fundamental right of
130  parents to make decisions regarding the upbringing and control
131  of their children by requiring school district personnel to
132  encourage a student to discuss issues relating to his or her
133  well-being with his or her parent or to facilitate discussion of
134  the issue with the parent. The procedures may not prohibit
135  parents from accessing any of their student's education and
136  health records created, maintained, or used by the school
137  district, as required by s. 1002.22(2).
138      2.  A school district may not adopt procedures or student
139  support forms that prohibit school district personnel from
140  notifying a parent about his or her student's mental, emotional,
141  or physical health or well-being, or a change in related
142  services or monitoring, or that encourage or have the effect of
143  encouraging a student to withhold from a parent such
144  information. School district personnel may not discourage or
145  prohibit parental notification of and involvement in critical
146  decisions affecting a student's mental, emotional, or physical
147  health or well-being. This subparagraph does not prohibit a
148  school district from adopting procedures that permit school
149  personnel to withhold such information from a parent if a
150  reasonably prudent person would believe that disclosure would

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

151  result in abuse, abandonment, or neglect, as those terms are
152  defined in s. 39.01.
153       3.  Classroom instruction by school personnel or third
154  parties on sexual orientation or gender identity may not occur
155  in prekindergarten ~~kindergarten~~ through grade 8, except when
156  required by ss. 1003.42(2)(n)3. and 1003.46. If such instruction
157  is provided in grades 9 through 12, the instruction must be ~~3 or~~
158  ~~in a manner that is not~~ age-appropriate or developmentally
159  appropriate for students in accordance with state standards.
160  This subparagraph applies to charter schools.
161       4.  Student support services training developed or provided
162  by a school district to school district personnel must adhere to
163  student services guidelines, standards, and frameworks
164  established by the Department of Education.
165       5.  At the beginning of the school year, each school
166  district shall notify parents of each health care service
167  offered at their student's school and the option to withhold
168  consent or decline any specific service in accordance with s.
169  1014.06. Parental consent to a health care service does not
170  waive the parent's right to access his or her student's
171  educational or health records or to be notified about a change
172  in his or her student's services or monitoring as provided by
173  this paragraph.
174       6.  Before administering a student well-being questionnaire
175  or health screening form to a student in kindergarten through

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                          2023 Legislature

176  grade 3, the school district must provide the questionnaire or
177  health screening form to the parent and obtain the permission of
178  the parent.
179      7.  Each school district shall adopt procedures for a
180  parent to notify the principal, or his or her designee,
181  regarding concerns under this paragraph at his or her student's
182  school and the process for resolving those concerns within 7
183  calendar days after notification by the parent.
184      a.  At a minimum, the procedures must require that within
185  30 days after notification by the parent that the concern
186  remains unresolved, the school district must either resolve the
187  concern or provide a statement of the reasons for not resolving
188  the concern.
189      b.  If a concern is not resolved by the school district, a
190  parent may:
191      (I)  Request the Commissioner of Education to appoint a
192  special magistrate who is a member of The Florida Bar in good
193  standing and who has at least 5 years' experience in
194  administrative law. The special magistrate shall determine facts
195  relating to the dispute over the school district procedure or
196  practice, consider information provided by the school district,
197  and render a recommended decision for resolution to the State
198  Board of Education within 30 days after receipt of the request
199  by the parent. The State Board of Education must approve or
200  reject the recommended decision at its next regularly scheduled

Page 8 of 20

CODING: Words stricken are deletions; words underlined are additions.

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

201  meeting that is more than 7 calendar days and no more than 30
202  days after the date the recommended decision is transmitted. The
203  costs of the special magistrate shall be borne by the school
204  district. The State Board of Education shall adopt rules,
205  including forms, necessary to implement this subparagraph.
206       (II)  Bring an action against the school district to obtain
207  a declaratory judgment that the school district procedure or
208  practice violates this paragraph and seek injunctive relief. A
209  court may award damages and shall award reasonable attorney fees
210  and court costs to a parent who receives declaratory or
211  injunctive relief.
212       c.  Each school district shall adopt and post on its
213  website policies to notify parents of the procedures required
214  under this subparagraph.
215       d.  Nothing contained in this subparagraph shall be
216  construed to abridge or alter rights of action or remedies in
217  equity already existing under the common law or general law.
218       Section 4.  Paragraph (b) of subsection (1) of section
219  1003.42, Florida Statutes, is amended to read:
220       1003.42  Required instruction.—
221       (1)
222       (b)  All instructional materials, as defined in s.
223  1006.29(2), used to teach reproductive health or any disease,
224  including HIV/AIDS, its symptoms, development, and treatment, as
225  part of the courses referenced in subsection (5), must be

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A    H O U S E    O F    R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

226  ~~annually~~ approved by <u>the department</u> ~~a district school board in~~
227  ~~an open, noticed public meeting~~.
228       Section 5.  Subsection (2) of section 1003.46, Florida
229  Statutes, is amended to read:
230       1003.46  Health education; instruction in acquired immune
231  deficiency syndrome.—
232       (2)  Throughout instruction in acquired immune deficiency
233  syndrome, sexually transmitted diseases, or health education,
234  when such instruction and course material contains instruction
235  in human sexuality, a school shall:
236       <u>(a)  Classify males and females as provided in s.</u>
237  <u>1000.21(9) and teach that biological males impregnate biological</u>
238  <u>females by fertilizing the female egg with male sperm; that the</u>
239  <u>female then gestates the offspring; and that these reproductive</u>
240  <u>roles are binary, stable, and unchangeable.</u>
241       <u>(b)</u>~~(a)~~  Teach abstinence from sexual activity outside of
242  marriage as the expected standard for all school-age students
243  while teaching the benefits of monogamous heterosexual marriage.
244       <u>(c)</u>~~(b)~~  Emphasize that abstinence from sexual activity is a
245  certain way to avoid out-of-wedlock pregnancy, sexually
246  transmitted diseases, including acquired immune deficiency
247  syndrome, and other associated health problems.
248       <u>(d)</u>~~(c)~~  Teach that each student has the power to control
249  personal behavior and encourage students to base actions on
250  reasoning, self-esteem, and respect for others.

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                2023 Legislature

251       (e)(d)  Provide instruction and material that is
252  appropriate for the grade and age of the student.
253
254       The Department of Education must approve any materials used for
255  instruction under this subsection.
256       Section 6.  Paragraphs (a), (d), and (e) of subsection (2)
257  and paragraphs (a) and (f) of subsection (4) of section 1006.28,
258  Florida Statutes, are amended to read:
259       1006.28  Duties of district school board, district school
260  superintendent; and school principal regarding K-12
261  instructional materials.—
262       (2)  DISTRICT SCHOOL BOARD.—The district school board has
263  the constitutional duty and responsibility to select and provide
264  adequate instructional materials for all students in accordance
265  with the requirements of this part. The district school board
266  also has the following specific duties and responsibilities:
267       (a)  Courses of study; adoption.—Adopt courses of study,
268  including instructional materials, for use in the schools of the
269  district.
270       1.  Each district school board is responsible for the
271  content of all instructional materials and any other materials
272  used in a classroom, made available in a school or classroom
273  library, or included on a reading list, whether adopted and
274  purchased from the state-adopted instructional materials list,
275  adopted and purchased through a district instructional materials

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                           2023 Legislature

276 | program under s. 1006.283, or otherwise purchased or made
277 | available.
278 |     2.  Each district school board must adopt a policy
279 | regarding an objection by a parent or a resident of the county
280 | to the use of a specific material, which clearly describes a
281 | process to handle all objections and provides for resolution.
282 | The <u>objection form, as prescribed by State Board of Education</u>
283 | <u>rule, and the district school board's process must be easy to</u>
284 | <u>read and understand and be easily accessible on the homepage of</u>
285 | <u>the school district's website. The objection form must also</u>
286 | <u>identify the school district point of contact and contact</u>
287 | <u>information for the submission of an objection. The</u> process must
288 | provide the parent or resident the opportunity to proffer
289 | evidence to the district school board that:
290 |     a.  An instructional material does not meet the criteria of
291 | s. 1006.31(2) or s. 1006.40(3)(d) if it was selected for use in
292 | a course or otherwise made available to students in the school
293 | district but was not subject to the public notice, review,
294 | comment, and hearing procedures under s. 1006.283(2)(b)8., 9.,
295 | and 11.
296 |     b.  Any material used in a classroom, made available in a
297 | school <u>or classroom</u> library, or included on a reading list
298 | contains content <u>which:</u> <s>that</s>
299 |     <u>(I)</u>  Is pornographic or prohibited under s. 847.012<u>;</u> <s>,</s>
300 |     <u>(II)  Depicts or describes sexual conduct as defined in s.</u>

CODING: Words <s>stricken</s> are deletions; words <u>underlined</u> are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

301    847.001(19), unless such material is for a course required by s.
302    1003.46, s. 1003.42(2)(n)1.g., or s. 1003.42(2)(n)3., or
303    identified by State Board of Education rule;
304         (III)  Is not suited to student needs and their ability to
305    comprehend the material presented; or
306         (IV)  Is inappropriate for the grade level and age group
307    for which the material is used.
308
309    Any material that is subject to an objection on the basis of
310    sub-sub-subparagraph b.(I) or sub-sub-subparagraph b.(II) must
311    be removed within 5 school days of receipt of the objection and
312    remain unavailable to students of that school until the
313    objection is resolved. Parents shall have the right to read
314    passages from any material that is subject to an objection. If
315    the school board denies a parent the right to read passages due
316    to content that meets the requirements under sub-sub-
317    subparagraph b.(I), the school district shall discontinue the
318    use of the material. If the district school board finds that any
319    an instructional material meets does not meet the requirements
320    criteria under sub-subparagraph a. or that any other material
321    contains prohibited content under sub-sub-subparagraph b.(I)
322    sub-subparagraph b., the school district shall discontinue use
323    of the material. If the district school board finds that any
324    other material contains prohibited content under sub-sub-
325    subparagraph b. (II)-(IV), the school district shall discontinue

Page 13 of 20

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A    H O U S E    O F    R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                           2023 Legislature

326  use of the material for any grade level or age group for which
327  such use is inappropriate or unsuitable.
328      3.  Each district school board must establish a process by
329  which the parent of a public school student or a resident of the
330  county may contest the district school board's adoption of a
331  specific instructional material. The parent or resident must
332  file a petition, on a form provided by the school board, within
333  30 calendar days after the adoption of the instructional
334  material by the school board. The school board must make the
335  form available to the public and publish the form on the school
336  district's website. The form must be signed by the parent or
337  resident, include the required contact information, and state
338  the objection to the instructional material based on the
339  criteria of s. 1006.31(2) or s. 1006.40(3)(d). Within 30 days
340  after the 30-day period has expired, the school board must, for
341  all petitions timely received, conduct at least one open public
342  hearing before an unbiased and qualified hearing officer. The
343  hearing officer may not be an employee or agent of the school
344  district. The hearing is not subject to the provisions of
345  chapter 120; however, the hearing must provide sufficient
346  procedural protections to allow each petitioner an adequate and
347  fair opportunity to be heard and present evidence to the hearing
348  officer. The school board's decision after convening a hearing
349  is final and not subject to further petition or review.
350      4.  Meetings of committees convened for the purpose of

CODING: Words stricken are deletions; words underlined are additions.

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                           2023 Legislature

351  ranking, eliminating, or selecting instructional materials for
352  recommendation to the district school board must be noticed and
353  open to the public in accordance with s. 286.011. Any committees
354  convened for such purposes must include parents of ~~district~~
355  students who will have access to such materials.
356       5.  Meetings of committees convened for the purpose of
357  resolving an objection by a parent or resident to specific
358  materials must be noticed and open to the public in accordance
359  with s. 286.011. Any committees convened for such purposes must
360  include parents of students who will have access to such
361  materials.
362       6.  If a parent disagrees with the determination made by
363  the district school board on the objection to the use of a
364  specific material, a parent may request the Commissioner of
365  Education to appoint a special magistrate who is a member of The
366  Florida Bar in good standing and who has at least 5 years'
367  experience in administrative law. The special magistrate shall
368  determine facts relating to the school district's determination,
369  consider information provided by the parent and the school
370  district, and render a recommended decision for resolution to
371  the State Board of Education within 30 days after receipt of the
372  request by the parent. The State Board of Education must approve
373  or reject the recommended decision at its next regularly
374  scheduled meeting that is more than 7 calendar days and no more
375  than 30 days after the date the recommended decision is

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

376  transmitted. The costs of the special magistrate shall be borne
377  by the school district. The State Board of Education shall adopt
378  rules, including forms, necessary to implement this
379  subparagraph.
380      (d)   School library media services; establishment and
381  maintenance.—Establish and maintain a program of school library
382  media services for all public schools in the district, including
383  school library media centers, or school library media centers
384  open to the public, and, in addition such traveling or
385  circulating libraries as may be needed for the proper operation
386  of the district school system. Beginning January 1, 2023, school
387  librarians, media specialists, and other personnel involved in
388  the selection of school district library materials must complete
389  the training program developed pursuant to s. 1006.29(6) before
390  reviewing and selecting age-appropriate materials and library
391  resources. Upon written request, a school district shall provide
392  access to any material or book specified in the request that is
393  maintained in a district school system library and is available
394  for review.
395      1.   Each book made available to students through a school
396  district library media center or included in a recommended or
397  assigned school or grade-level reading list must be selected by
398  a school district employee who holds a valid educational media
399  specialist certificate, regardless of whether the book is
400  purchased, donated, or otherwise made available to students.

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A    H O U S E    O F    R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                              2023 Legislature

401     2.  Each district school board shall adopt procedures for
402  developing library media center collections and post the
403  procedures on the website for each school within the district.
404  The procedures must:
405     a.  Require that book selections meet the criteria in s.
406  1006.40(3)(d).
407     b.  Require consultation of reputable, professionally
408  recognized reviewing periodicals and school community
409  stakeholders.
410     c.  Provide for library media center collections, including
411  classroom libraries, based on reader interest, support of state
412  academic standards and aligned curriculum, and the academic
413  needs of students and faculty.
414     d.  Provide for the regular removal or discontinuance of
415  books based on, at a minimum, physical condition, rate of recent
416  circulation, alignment to state academic standards and relevancy
417  to curriculum, out-of-date content, and required removal
418  pursuant to subparagraph (a)2.
419     3.  Each elementary school must publish on its website, in
420  a searchable format prescribed by the department, a list of all
421  materials maintained and accessible in the school library media
422  center or a classroom library or required as part of a school or
423  grade-level reading list.
424     4.  Each district school board shall adopt and publish on
425  its website the process for a parent to limit his or her

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                           2023 Legislature

426  <u>student's access to materials in the school or classroom</u>
427  <u>library.</u>
428       (e)  Public participation.—Publish on its website, in a
429  searchable format prescribed by the department, a list of all
430  instructional materials, including those used to provide
431  instruction required by s. 1003.42. Each district school board
432  must:
433       1.  Provide access to all materials, excluding teacher
434  editions, in accordance with s. 1006.283(2)(b)8.a. before the
435  district school board takes any official action on such
436  materials. This process must include reasonable safeguards
437  against the unauthorized use, reproduction, and distribution of
438  instructional materials considered for adoption.
439       2.  Select, approve, adopt, or purchase all materials as a
440  separate line item on the agenda and provide a reasonable
441  opportunity for public comment. The use of materials described
442  in this paragraph may not be selected, approved, or adopted as
443  part of a consent agenda.
444       3.  Annually, beginning June 30, 2023, submit to the
445  Commissioner of Education a report that identifies:
446       a.  Each material for which the school district received an
447  objection pursuant to subparagraph (a)2.<u>, including the grade</u>
448  <u>level and course the material was used in,</u> for the school year
449  and the specific objections thereto.
450       b.  Each material that was removed or discontinued ~~as a~~

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

451 | result of an objection.

452 |     c.  Each material that was not removed or discontinued and

453 | the rationale for not removing or discontinuing the material The

454 | grade level and course for which a removed or discontinued

455 | material was used, as applicable.

456 |

457 | The department shall publish and regularly update a list of

458 | materials that were removed or discontinued as a result of an

459 | objection and disseminate the list to school districts for

460 | consideration in their selection procedures.

461 |     (4)  SCHOOL PRINCIPAL.—The school principal has the

462 | following duties for the management and care of materials at the

463 | school:

464 |     (a)  Proper use of instructional materials.—The principal

465 | shall assure that instructional materials are used to provide

466 | instruction to students enrolled at the grade level or levels

467 | for which the materials are designed, pursuant to adopted

468 | district school board rule. The school principal shall

469 | communicate to parents the manner in which instructional

470 | materials are used to implement the curricular objectives of the

471 | school and the procedures for contesting the adoption and use of

472 | instructional materials.

473 |     (f)  Selection of library media center materials.—School

474 | principals are responsible for overseeing compliance with school

475 | district procedures for selecting school library media center

CODING: Words stricken are deletions; words underlined are additions.

hb1069-03-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/CS/HB 1069                                                    2023 Legislature

476  materials at the school to which they are assigned <u>and notifying</u>
477  <u>parents of the process for objecting to the use of specific</u>
478  <u>materials</u>.
479       Section 7.  <u>Sections 1000.05(2), (3), (4)(a), (5), and</u>
480  <u>(6)(d), 1001.453(2)(c), 1002.42(3)(a), 1003.27(2)(b) and (c),</u>
481  <u>1003.42(3)(a), (c), (e), and (f), 1004.43(2), 1006.205(2)(b) and</u>
482  <u>(3), 1009.23(7), 1009.24(10)(b), 1009.983(6), 1009.986(3)(e),</u>
483  <u>and 1014.05(1)(c), (d), and (f), Florida Statutes, are reenacted</u>
484  <u>for the purpose of incorporating the amendment made by this act</u>
485  <u>to s. 1000.21, Florida Statutes, in references thereto.</u>
486       Section 8.  <u>If any provision of this act or the application</u>
487  <u>thereof to any person or circumstance is held invalid, the</u>
488  <u>invalidity does not affect other provisions or applications of</u>
489  <u>this act which can be given effect without the invalid provision</u>
490  <u>or application, and to this end the provisions of this act are</u>
491  <u>severable.</u>
492       Section 9.  This act shall take effect July 1, 2023.

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb1069-03-er