# EXHIBIT B

## Specific Material Objection Template

**Part I:**

> In order to assist a parent or resident of the county with the submission of an objection, Part I of the template must be modified by school districts with information and directions based upon policies adopted by the school board to handle objections, as required by Section 1006.28(2)(a)2., F.S. The information must be easily understandable, include information about, and directions for, the district's process for submission, review and disposition of an objection. This information must include any resolution procedures required before consideration by the school board, such as school-level review requirements. This information must also include district contact and submittal information for objections.

**Part II:**

**Introduction**

This form must be used by a parent or resident of this county, in conjunction with district policies and procedures, to submit an objection to the school board for the following material:

1. Materials used in a classroom in the district, except for instructional materials as defined in s. 1006.29(2), F.S. The process and forms to object to instructional materials can be found *<insert district Weblink here>*.

2. Materials made available to students in a school or classroom library.

3. Materials included on a school or classroom reading list.

4. Instructional Materials adopted and made available to students without the opportunity for public notice, review and hearing procedures by districts that implement their own instructional materials program under s. 1006.283, F.S. *(Districts that do not implement their own instructional materials program under s. 1006.283, F.S., must remove item 4.)*

**Section 1: Parent or Resident Information**

Check the box that applies to you. Check all that apply.
☐ Parent/guardian of a student   ☐ Resident of this county

Specific Material Objection Template
Incorporated in Rule 6A-7.0714, F.A.C.
Effective November 2023

First Name _____ Last Name _____

Address _____

City _____ State _____ Zip Code _____

County _____ Email _____

Phone Number _____

**Section 2: Information Regarding Material**

Type of material: ☐ Book ☐Non-print material ☐ Other (identify): _____

Title of the material: _____

Author(s): _____ Publisher or Producer: _____

Copyright Date: _____ Grade Level used: _____

Where is the material found: ☐ Media Center ☐ Classroom Library ☐ Reading List ☐ Other: _____

School(s) where material is found: _____

ISBN, if available: _____

**Section 3: Basis for the Objection**

Identify the basis for your objection:

☐The material is pornographic.

☐The material is prohibited under Section 847.012, F.S.

☐The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S.

☐The material is not suited to student needs and their ability to comprehend the material.

☐The material is inappropriate for the grade level and age group for which it is used.

Specific Material Objection Template
Incorporated in Rule 6A-7.0714, F.A.C.
Effective November 2023

**Section 4: Objection Specific Information**

1.  What brought this material to your attention?

    _____

    _____

    _____

2.  Did you examine this material in its entirety? ☐ Yes  ☐ No

    If not, what sections did you examine?

    _____

    _____

    _____

3.  Identify the portion of the material objected to and why. (*You must be specific and provide page numbers, sections, or timestamps, as appropriate. You may attach additional information that does not fit within this form.*)

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

4. Is there any age or grade you would recommend this material? ☐ Yes ☐ No

   If yes, please specify: _____

5. Is there any value in this material?

   _____

   _____

   _____

6. What is your desired outcome for this material?

   ☐ Remove or discontinue use of material.

   ☐ Limit access to certain grade levels: _____

   ☐ Limit my child's access.

   ☐ Other: _____

   Signature: _____   Date: _____

Specific Material Objection Template
Incorporated in Rule 6A-7.0714, F.A.C.
Effective November 2023