IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.  6:24-cv-01573

PENGUIN RANDOM HOUSE LLC,
*et al.*,

       Plaintiffs,

*v.*

BEN GIBSON, in his official capacity as
Chair of the Florida State Board of
Education, *et al.*

       Defendants.
_____/

## PLAINTIFFS' DESIGNATION OF LEAD COUNSEL

As required by M.D. Fla. L.R. 2.02(a), all the Plaintiffs designate Frederick J. Sperling of ArentFox Schiff LLP as lead counsel for this case.  Mr. Sperling's motion for special admission pro hac vice in the Middle District of Florida is forthcoming.

Date:  August 29, 2024

Respectfully submitted,

*/s/ David A. Karp*
David A. Karp
Florida Bar No. 69226
CARLTON FIELDS P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, Florida 33136-4118
(305) 539-7280
dkarp@carltonfields.com

- and -

Frederick J. Sperling
Adam Diederich
Kirstie Brenson
*Pro hac vice motion forthcoming*
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
(312) 258-5608
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com

*Counsel for Plaintiffs*

137141246.#