UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-01573

PENGUIN RANDOM HOUSE LLC,
*et al.*,

        Plaintiffs,

*v.*

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*

        Defendants.

_____/

**PLAINTIFF SIMON & SCHUSTER LLC'S DISCLOSURE STATEMENT**

Plaintiff Simon & Schuster LLC files this disclosure statement as required by Fed. R. Civ. P. 7.1 and M.D. Fla. L.R. 3.03:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

　　☐　No.

　　☒　Yes, and

　　　　☐　These parent corporations and publicly held corporations own 10% or more of the filer's shares:

　　　　☐　The filer has no parent corporation.

　　　　☒　No publicly held corporation owns 10% or more of the filer's shares.

Plaintiff Simon & Schuster, LLC, a non-governmental corporate party, is indirectly wholly-owned by (i) certain of its and its affiliates' directors, officers and employees and (ii) certain investment vehicles advised by Kohlberg Kravis Roberts & Co. L.P., an indirect subsidiary of KKR & Co. Inc. (NYSE: KKR).

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

   ☒ No.

   ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

   a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

      ☒ No.

      ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

   b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

      ☒ No.

      ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

   c. Is the filer an insurer?

      ☒ No.

       ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

   d.   Is the filer a legal representative?

       ☒    No.

       ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

   e.   Has the filer identified any corporation?

       ☒    No.

       ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

   f.   Has the filer identified any natural person?

       ☒    No.

       ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

       ☐    No.

       ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

**Alvarez, Julia** (Plaintiff)

**Anderson, Laurie Halse** (Plaintiff)

**ArentFox Schiff LLP** (Counsel for Plaintiffs)

**Brenson, Kirstie** (Counsel for Plaintiffs)

**Byrd, Esther**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Byrd, Melissa**, in her official capacity as a member of the Orange County School Board (Defendant)

**Burnette, Anita**, in her official capacity as Vice Chair of the Volusia County School Board (Defendant)

**Carlton Fields P.A.** (Counsel for Plaintiffs)

**Castor Dental, Karen**, in her official capacity as a member of the Orange County School Board (Defendant)

**Christie, Grazie P.**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Colón, Ruben**, in his official capacity as a member of the Volusia County School Board (Defendant)

**Diederich, Adam** (Counsel for Plaintiffs)

**Farrant, Alicia**, in her official capacity as a member of the Orange County School Board (Defendant)

**Felder, Vicki-Elaine**, in her official capacity as a member of the Orange County School Board (Defendant)

**Gallo, Angie**, in her official capacity as a member of the Orange County School Board (Defendant)

**García, Kelly**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Gibson, Ben**, in his official capacity as Chair of the Florida State Board of Education (Defendant)

4

**Gould, Pam**, in her official capacity as a member of the Orange County School Board (Defendant)

**Green, John** (Plaintiff)

**Hachette Book Group, Inc.** (Plaintiff)

**HarperCollins Publishers LLC** (Plaintiff)

**Hayes, Judith Anne**, as parent and next friend of J.H. (Plaintiff)

**Haynes, Jamie**, in her official capacity as Chair of the Volusia County School Board (Defendant)

**Jacobs, Teresa,** in her official capacity as Chair of the Orange County School Board (Defendant)

**Karp, David A.** (Counsel for Plaintiffs)

**Kellogg, Heidi**, as parent and next friend of R.K.  (Plaintiff)

**Macmillan Publishing Group, LLC** (Plaintiff)

**Magar, Marylynn**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Penguin Random House LLC** (Plaintiff)

**Persis, Carl**, in his official capacity as a member of the Volusia County School Board (Defendant)

**Petty, Ryan**, in his official capacity as Vice Chair of the Florida State Board of Education (Defendant)

**Picoult, Jodi** (Plaintiff)

**Salamanca, Maria**, in her official capacity as a member of the Orange County School Board (Defendant)

**Simon & Schuster, LLC** (Plaintiff)

        **Sourcebooks LLC** (Plaintiff)

        **Sperling, Frederick J.** (Counsel for Plaintiffs)

        **The Authors Guild** (Plaintiff)

        **Thomas, Angie** (Plaintiff)

        **Thompson, Jessie**, in her official capacity as a member of the Volusia County School Board (Defendant)

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒ No.

    ☐ Yes, and this is the entity: []

5. Is this a bankruptcy action?

    ☒ No.

    ☐ Yes, and the debtor is [].

    ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒ No.

    ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒ No.

    ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

August 29, 2024

Respectfully submitted,

*/s/ David A. Karp*
David A. Karp
Florida Bar No. 69226
CARLTON FIELDS P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, Florida 33136-4118
(305) 539-7280
dkarp@carltonfields.com

Frederick J. Sperling
Adam Diederich
Kirstie Brenson
*Motion for pro hac vice admission forthcoming*
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
(312) 258-5608
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com

*Counsel for Plaintiff Simon & Schuster LLC*

137143123.#