UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC, et al.<br><br>    Plaintiffs,<br><br>        v.<br><br>BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al.,<br><br>    Defendants. | Case No. 6:24-cv-01573 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** of the appearance of Bridget K. O'Hickey as counsel for Defendants Ben Gibson, Ryan Petty, Esther Byrd, Grazie P. Christie, Kelly Garcia, and MaryLynn Magar.

1

Dated: September 3, 2024

Respectfully submitted,

ASHLEY MOODY
 *Attorney General*

*/s/ Bridget K. O'Hickey*
BRIDGET K. O'HICKEY (FBN 1048521)
 *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
bridget.ohickey@myfloridalegal.com

*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Bridget K. O'Hickey*
Assistant Solicitor General

2