# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No. 6:24-cv-01573

PENGUIN RANDOM HOUSE LLC, *et al.*,

      Plaintiffs,

*v.*

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*

      Defendants.

_____/

## *UNOPPOSED* MOTION FOR SPECIAL ADMISSION OF FREDERICK J. SPERLING AS COUNSEL FOR PLAINTIFFS

Plaintiffs and their counsel move under M.D. Fla. L.R. 2.01(c) for the Court to grant Frederick J. Sperling of the law firm ArentFox Schiff LLP special admission to this Court to appear in this case for the Plaintiffs.

Mr. Sperling meets the qualifications for special admission to the Court as set forth in Rule 2.01(c) of the Local Rules of the Middle District of Florida:

1. Mr. Sperling is not a resident of Florida nor a member of the Florida Bar. He resides in Illinois, practices out of the Chicago office of ArentFox Schiff LLP, and is a member in good standing of the Illinois Bar.

2. Mr. Sperling is also a member in good standing of the U.S. District Court for the Northern District of Illinois and U.S. District Court for the Central District of Illinois.

3. He has not abused the privilege of special admission by maintaining a regular practice of law in Florida and has not appeared in any case in either federal or state court in Florida in the last 36 months.

4. Mr. Sperling otherwise meets the requirements for general admission to the Bar of the Middle District of Florida, except for being a member of the Florida Bar, applying for general admission to the Court's Bar, and paying a periodic fee for general membership in the Court's Bar.

5. Mr. Sperling acknowledges that he is familiar with 28 U.S.C. § 1927, which permits a court to require an attorney to personally satisfy the excess costs, expenses, and attorney's fees for unreasonable and vexatious litigation.

6. Mr. Sperling acknowledges that he will comply with the federal rules governing this case and the Local Rules of the Middle District of Florida.

7. Mr. Sperling will also pay the fee for special admission to this Court.

8. He will also register to use the CM/ECF system for the U.S. District Court for the Middle District of Florida.

9. Mr. Sperling affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

Plaintiffs' counsel David A. Karp certifies that he conferred with Bridget K. O'Hickey of the Solicitor General's Office, counsel for the State of Florida Defendants, and Howard Marks and Sheena Thakrar of Burr & Forman LLP, counsel for the Orange County and Volusia County Defendants, about the relief requested in this motion, and they consent to the motion.

## CONCLUSION

*Wherefore,* the Plaintiffs and their counsel respectfully request that the Court grant Mr. Sperling special admission to this Court for this case.

September 6, 2024                               Respectfully submitted,

| | |
|---|---|
| /s/ Frederick J. Sperling | /s/ David A. Karp |
| Frederick J. Sperling | David A. Karp |
| Adam Diederich | Florida Bar No. 69226 |
| Kirstie Brenson | CARLTON FIELDS P.A. |
| ARENTFOX SCHIFF LLP | 2 MiamiCentral |
| 233 South Wacker Drive, Suite 7100 | 700 N.W. First Avenue, Suite 1200 |
| Chicago, Illinois 60606 | Miami, Florida 33136-4118 |
| (312) 258-5608 | (305) 539-7280 |
| frederick.sperling@afslaw.com | dkarp@carltonfields.com |
| adam.diederich@afslaw.com | |
| kirstie.brenson@afslaw.com | |

*Counsel for Plaintiffs*

137230734.#