# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE, LLC, ET AL.,

    Plaintiffs,

v.                              Case No. 6:24-CV-01573

BEN GIBSON, ET AL.,

    Defendants.
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: September 11, 2024

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
bridget.ohickey@myfloridalegal.com

Respectfully submitted,
ASHLEY MOODY
  *Attorney General*
*/s/ Bridget K. O'Hickey*
BRIDGET K. O'HICKEY (FBN 1048521)
  *Assistant Solicitor General*

*Counsel for the State Defendants*[1]

---

[1] Defendants Ben Gibson, Ryan Petty, Esther Byrd, Grazie P. Christie, Kelly Garcia, and MaryLynn Magar are collectively the "State Defendants."

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Bridget K. O'Hickey*
Assistant Solicitor General
