IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-01573-CEM-RMN

PENGUIN RANDOM HOUSE LLC,
*et al.*,

      Plaintiffs,

v.

BEN GIBSON, in his official capacity as
Chair of the Florida State Board of
Education, *et al.*

      Defendants.

_____/

**NOTICE OF PENDANCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that this action:

_     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
_____
_____
_____
_____

✓     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

| | |
|---|---|
| Date: September 13, 2024 | Respectfully submitted, |
| | /s/ David A. Karp |
| | David A. Karp |
| | Florida Bar No. 69226 |
| | CARLTON FIELDS P.A. |
| | 2 MiamiCentral |
| | 700 N.W. First Avenue, Suite 1200 |
| | Miami, Florida 33136-4118 |
| | (305) 539-7280 |
| | dkarp@carltonfields.com |
| | |
| | - and - |
| | |
| | Frederick J. Sperling |
| | Adam Diederich |
| | Kirstie Brenson |
| | (*Admitted pro hac vice*) |
| | ARENTFOX SCHIFF LLP |
| | 233 South Wacker Drive, Suite 7100 |
| | Chicago, Illinois 60606 |
| | (312) 258-5608 |
| | frederick.sperling@afslaw.com |
| | adam.diederich@afslaw.com |
| | kirstie.brenson@afslaw.com |
| | |
| | *Counsel for Plaintiffs* |

137141371.#