IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-01573-CEM-RMN

PENGUIN RANDOM HOUSE LLC,
*et al.*,

      Plaintiffs,

*v.*

BEN GIBSON, in his official capacity as
Chair of the Florida State Board of
Education, *et al.*

      Defendants.

_____/

**NOTICE OF PENDANCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that this action:

_     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
_____
_____
_____
_____

✓     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

| | |
|---|---|
| Date: September 16, 2024 | Respectfully submitted, |

*/s/ David A. Karp*
David A. Karp
Florida Bar No. 69226
CARLTON FIELDS P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, Florida 33136-4118
(305) 539-7280
dkarp@carltonfields.com

- and -

Frederick J. Sperling
Adam Diederich
Kirstie Brenson
(*Admitted pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
(312) 258-5608
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com

*Counsel for Plaintiffs*

137141371.#