IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-cv-01573

PENGUIN RANDOM HOUSE LLC;
HACHETTE BOOK GROUP, INC.;
HARPERCOLLINS PUBLISHERS LLC;
MACMILLAN PUBLISHING GROUP, LLC;
SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC;
THE AUTHORS GUILD; JULIA ALVAREZ;
JOHN GREEN; LAURIE HALSE ANDERSON;
JODI PICOULT; ANGIE THOMAS;
HEIDI KELLOGG AS PARENT AND
NEXT FRIEND OF R.K.; AND
JUDITH ANNE HAYES AS PARENT AND
NEXT FRIEND OF J.H.,

      p

vs.

BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR
OF THE FLORIDA STATE BOARD OF EDUCATION;
RYAN PETTY, IN HIS OFFICIAL CAPACITY
AS VICE CHAIR OF THE FLORIDA STATE
BOARD OF EDUCATION; ESTHER BYRD,
GRAZIE P. CHRISTIE, KELLY GARCIA, AND
MARYLYNN MAGAR, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE FLORIDA STATE
BOARD OF EDUCATION; TERESA JACOBS, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE ORANGE
COUNTY SCHOOL BOARD; ANGIE GALLO,
MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD,
VICKI-ELAINE FELDER, KAREN CASTOR DENTEL,
AND MELISSA BYRD, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE ORANGE
COUNTY SCHOOL BOARD; JAMIE HAYNES, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE VOLUSIA
COUNTY SCHOOL BOARD; ANITA BURNETTE, IN HER
OFFICIAL CAPACITY AS VICE CHAIR OF THE
VOLUSIA COUNTY SCHOOL BOARD; AND
RUBEN COLÓN, CARL PERSIS, AND JESSIE
THOMPSON, IN THEIR OFFICIAL CAPACITIES

AS MEMBERS OF THE VOLUSIA COUNTY
SCHOOL BOARD,

     Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD TRIAL COUNSEL FOR DEFENDANTS

Howard S. Marks, an attorney with the law firm Burr & Forman LLP, hereby enters his appearance and designation of lead trial counsel of record for Defendants, Teresa Jacobs, in her official capacity as Chair of the Orange County School Board; Angie Gallo, Maria Salamanca, Alicia Farrant, Pam Gould, Vicki-Elaine Felder, Karen Castor Dentel, and Melissa Byrd, in their official capacities as members of the Orange County School Board, in the above-styled action. Mr. Marks is admitted to practice in this Court.

    /s/ Howard S. Marks
    HOWARD MARKS (FL Bar #0750085)
    Email: hmarks@burr.com
    Secondary Email: echaves@burr.com
    SHEENA THAKRAR (FL Bar #871141)
    Email: sthakrar@burr.com
    Secondary Email: acape@burr.com
    BURR & FORMAN LLP
    200 S. Orange Avenue, Suite 800
    Orlando, Florida 32801
    Telephone: (407) 540-6600
    *Attorneys for Defendants, Teresa Jacobs, in her official capacity as Chair of the Orange County School Board; Angie Gallo, Maria Salamanca, Alicia Farrant, Pam Gould, Vicki-Elaine Felder, Karen Castor Dentel, and Melissa Byrd, in their official capacities as members of the Orange County School Board*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of October, 2024, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Howard S. Marks*
HOWARD MARKS (FL Bar #0750085)
