IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-cv-01573

PENGUIN RANDOM HOUSE LLC;
HACHETTE BOOK GROUP, INC.;
HARPERCOLLINS PUBLISHERS LLC;
MACMILLAN PUBLISHING GROUP, LLC;
SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC;
THE AUTHORS GUILD; JULIA ALVAREZ;
JOHN GREEN; LAURIE HALSE ANDERSON;
JODI PICOULT; ANGIE THOMAS;
HEIDI KELLOGG AS PARENT AND
NEXT FRIEND OF R.K.; AND
JUDITH ANNE HAYES AS PARENT AND
NEXT FRIEND OF J.H.,

    Plaintiffs,

vs.

BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR
OF THE FLORIDA STATE BOARD OF EDUCATION;
RYAN PETTY, IN HIS OFFICIAL CAPACITY
AS VICE CHAIR OF THE FLORIDA STATE
BOARD OF EDUCATION; ESTHER BYRD,
GRAZIE P. CHRISTIE, KELLY GARCIA, AND
MARYLYNN MAGAR, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE FLORIDA STATE
BOARD OF EDUCATION; TERESA JACOBS, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE ORANGE
COUNTY SCHOOL BOARD; ANGIE GALLO,
MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD,
VICKI-ELAINE FELDER, KAREN CASTOR DENTEL,
AND MELISSA BYRD, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE ORANGE
COUNTY SCHOOL BOARD; JAMIE HAYNES, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE VOLUSIA
COUNTY SCHOOL BOARD; ANITA BURNETTE, IN HER

55491186 v1

OFFICIAL CAPACITY AS VICE CHAIR OF THE
VOLUSIA COUNTY SCHOOL BOARD; AND
RUBEN COLÓN, CARL PERSIS, AND JESSIE
THOMPSON, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE VOLUSIA COUNTY
SCHOOL BOARD,

    Defendants.
_____/

# THE ORANGE COUNTY SCHOOL BOARD DEFENDANTS' DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULE OF CIVIL PROCEDURE, AND LOCAL RULE 3.03[1]

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒    No.

    ☐    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐    The filer has no parent corporation.

        ☐    No publicly held corporation owns 10% or more of the filer's shares.

---

[1] Defendants Angie Gallo, Maria Salamanca, Alicia Farrant, Pam Gould, Vicki-Elaine Felder, Karen Castor Dentel, and Melissa Byrd, in their official capacities as members of the Orange County School Board, and Teresa Jacobs, in her official capacity as Chair of the Orange County School Board, are together referred to herein as the Orange County School Board Defendants.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

   ☒   No.

   ☐   Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

   a.  Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

       ☒   No.

       ☐   Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

   b.  Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

       ☒   No.

       ☐   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

   c.  Is the filer an insurer?

       ☒   No.

       ☐   Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☒    No. The filers are named as defendants in their official capacities as members of the Orange County School Board.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

**Alvarez, Julia** (Plaintiff)

**Anderson, Laurie Halse** (Plaintiff)

**ArentFox Schiff LLP** (Counsel for Plaintiffs) **Brenson, Kirstie** (Counsel for Plaintiffs)

**Byrd, Esther**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Byrd, Melissa**, in her official capacity as a member of the Orange County School Board (Defendant)

**Burnette, Anita**, in her official capacity as Vice Chair of the Volusia County School Board (Defendant)

**Carlton Fields P.A.** (Counsel for Plaintiffs)

**Castor Dental, Karen**, in her official capacity as a member of the Orange County School Board (Defendant)

**Christie, Grazie P.**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Colón, Ruben**, in his official capacity as a member of the Volusia County School Board (Defendant)

**Diederich, Adam** (Counsel for Plaintiffs)

**Farrant, Alicia**, in her official capacity as a member of the Orange County School Board (Defendant)

**Felder, Vicki-Elaine**, in her official capacity as a member of the Orange County School Board (Defendant)

**Gallo, Angie**, in her official capacity as a member of the Orange County School Board (Defendant)

**Garcia, Kelly**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Gibson, Ben**, in his official capacity as Chair of the Florida State Board of Education (Defendant)

**Gould, Pam**, in her official capacity as a member of the Orange County School Board (Defendant)

**Green, John** (Plaintiff)

**Hachette Book Group, Inc.** (Plaintiff)

**HarperCollins Publishers LLC** (Plaintiff)

**Hayes, Judith Anne**, as parent and next friend of J.H. (Plaintiff)

**Haynes, Jamie**, in her official capacity as Chair of the Volusia County School Board (Defendant)

**Jacobs, Teresa,** in her official capacity as Chair of the Orange County School Board (Defendant)

**Karp, David A.** (Counsel for Plaintiffs)

**Kellogg, Heidi**, as parent and next friend of R.K. (Plaintiff)

**Macmillan Publishing Group, LLC** (Plaintiff)

**Magar, Marylynn**, in her official capacity as a member of the Florida State Board of Education (Defendant)

**Marks, Howard**, (Counsel for Defendants, Teresa Jacobs, in her official capacity as Chair of the Orange County School Board; Angie Gallo, Maria Salamanca, Alicia Farrant, Pam Gould, Vicki-Elaine Felder, Karen Castor Dentel, and Melissa Byrd, in their official capacities as members of the Orange County School Board

**Penguin Random House LLC** (Plaintiff)

**Persis, Carl**, in his official capacity as a member of the Volusia County School Board (Defendant)

**Petty, Ryan**, in his official capacity as Vice Chair of the Florida State Board of Education (Defendant)

**Picoult, Jodi** (Plaintiff)

**Salamanca, Maria**, in her official capacity as a member of the Orange County School Board (Defendant) Gibson, Ben, in his official capacity as Chair of the Florida State Board of Education (Defendant)

**Simon & Schuster, LLC** (Plaintiff)

**Sourcebooks LLC** (Plaintiff)

**Sperling, Frederick J.** (Counsel for Plaintiffs)

**The Authors Guild** (Plaintiff)

**Thakrar, Sheena** (Counsel for Defendants, Teresa Jacobs, in her official capacity as Chair of the Orange County School Board; Angie Gallo, Maria Salamanca, Alicia Farrant, Pam Gould, Vicki-Elaine Felder, Karen Castor Dentel, and Melissa Byrd, in their official capacities as members of the Orange County School Board

**Thomas, Angie** (Plaintiff)

**Thompson, Jessie**, in her official capacity as a member of the Volusia County School Board (Defendant)

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒   No.

   ☐   Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒   No.

   ☐   Yes, and the debtor is [].

   ☐   Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒   No.

   ☐   Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒   No.

   ☐   Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒   Yes.

Signed:

*/s/ Sheena Thakrar*
HOWARD MARKS (FL Bar #0750085)
Email: hmarks@burr.com
Secondary Email: echaves@burr.com
SHEENA THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com

Secondary Email: acape@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
*Attorneys for The Orange County School Board Defendants.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2024, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Sheena Thakrar*
SHEENA THAKRAR (FL Bar #871141)