AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-1573-CEM-RMN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* Anita Burnette, in her official capacity
was received by me on *(date)* 09/26/24 .

☐ I personally served the summons on the individual at *(place)* ADDRESS REDACTED
on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Robert Burnette, father in law/co-resident , a person of suitable age and discretion who resides there,
on *(date)* 10/12/2024 at 10:39 AM, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/14/24

*Server's signature*

Joshua Kes
*Printed name and title*

1500 BEVILLE ROAD SUITE 606 UNIT 233 DAYTONA BEACH, FL 32114
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

Job # MIA18879

**Client Info:**

Carlton Fields
700 NW 1st Avenue, Ste. 1200
Miami, FL  33136

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>PENGUIN RANDOM HOUSE LLC, ET AL<br>-versus-<br>**DEFENDANT:**<br>BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE<br>FLORIDA STATE BOARD OF EDUCATION, ET AL | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br>Court Case # **6:24-CV-1573-CEM-RMN** |

**Service Info:**

Received by Joshua Kes: on September, 26th 2024 at **12:28 PM**
Service: I Served **ANITA BURNETTE, IN HER OFFICIAL CAPACITY AS VICE CHAIR OF THE VOLUSIA COUNTY SCHOOL BOARD**
With: **SUMMONS; COMPLAINT W/EXHIBITS; CIVIL COVER SHEET**
by leaving with **Robert Burnette, FATHER / CO-RESIDENT**

**At Residence REDACTED**
Latitude: **29.151810**,   Longitude: **-81.010670**

On **10/12/2024** at **10:39 AM**
Manner of Service: SUBSTITUTE (CO-RESIDENT)
PURSUANT TO 48.031 (1)(a) SUBSTITUTE SERVICE WAS PERFORMED BY LEAVING A TRUE COPY OF THIS PROCESS, WITH THE SERVER'S INITIALS OR SIGNATURE, IDENTIFICATION/BADGE NUMBER (IF APPLICABLE) AND THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER, AT THE WITHIN NAME PERSON'S USUAL PLACE OF ABODE WITH A PERSON RESIDING THEREIN OVER FIFTEEN YEARS OF AGE TO WIT:
NAME: **Robert Burnette** , RELATIONSHIP: **FATHER / CO-RESIDENT** AND INFORMING SUCH PERSON OF THEIR CONTENTS.

**Served Description:** (Approx)

Age: **84**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 11"**, Weight: **180**, Hair: **Gray** Glasses: **No**

**Military Status:**

**Military Status = No**

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:_____
**Joshua Kes**
Lic # **Court Appointed**

**Accurate Serve Plantation**
151 N. Nob Hill Rd #378
Plantation, FL 33324

Client # Penguin Random Houses v. Ben Gibson (20875.77665)
Ref # DB2402870

SUBSCRIBED AND SWORN to before me this ____14_____ day of ____October____ , _2024_, by **Joshua Kes**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

*Mikhael Goldgisser*



NOTARY PUBLIC for the state of ___Florida___



1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

PENGUIN RANDOM HOUSE LLC, et al.,

*Plaintiff(s)*

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al.

*Defendant(s)*

Civil Action No. 6:24-cv-1573-CEM-RMN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anita Burnette, in her official capacity as Vice Chair of the Volusia County School Board
200 N. Clara Ave.
DeLand, Florida 32724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Karp
Carlton Fields, P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, FL 33136-4118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 19, 2024

Gabriella Lobaina

*Signature of Clerk or Deputy Clerk*