AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:24-cv-1573-CEM-RMN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JESSE THOMPSON, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE VOLUSIA COUNTY SCHOOL BOARD

was received by me on *(date)*   09/26/24         .

☒ I personally served the summons on the individual at *(place)*   ADDRESS REDACTED

on *(date)*   9/27/2024 at 10:00 AM  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                 ; or

☐ I returned the summons unexecuted because                              ; or

☐ Other *(specify):*


My fees are $                for travel and $               for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date:   10/14/24

_____
*Server's signature*

Joshua Kes
_____
*Printed name and title*


1500 BEVILLE ROAD SUITE 606 UNIT 233 DAYTONA BEACH, FL 32114
_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

Job # MIA18881

**Client Info:**

Carlton Fields
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| PENGUIN RANDOM HOUSE LLC, ET AL | Court Division: MIDDLE DISTRICT OF FLORIDA |
| -versus- | Court Case # **6:24-CV-1573-CEM-RMN** |
| **DEFENDANT:** | |
| BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE | |
| FLORIDA STATE BOARD OF EDUCATION, ET AL | |

**Service Info:**

**Received by Joshua Kes: on September, 26th 2024 at 12:30 PM**
**Service:** I Served **JESSE THOMPSON, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE VOLUSIA COUNTY SCHOOL BOARD**
With: **SUMMONS; COMPLAINT W/EXHIBITS; CIVIL COVER SHEET**
by leaving with **JESSE THOMPSON, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE VOLUSIA COUNTY SCHOOL BOARD, INDIVIDUALLY**

**At Residence REDACTED**
Latitude: **29.033875**,   Longitude: **-80.950579**

On **9/27/2024 at 10:00 AM**
**Manner of Service: PERSONAL SERVICE**
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description:  (Approx)**

Age: **36**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 4"**, Weight: **160**, Hair: **Blond** Glasses:  **No**

**Military Status:**

**Military Status = No**

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:_____
**Joshua Kes**
Lic # **Court Appointed**

**Accurate Serve Plantation**
151 N. Nob Hill Rd #378
Plantation, FL 33324

Client # Penguin Random Houses v. Ben Gibson (20875.77665)
Ref # DB2402871

SUBSCRIBED AND SWORN to before me this ____14____ day of ____October____ , _2024_ , by **Joshua Kes**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [___] online presence.



NOTARY PUBLIC for the state of ____Florida____



Mikhael Goldgisser
Comm.: HH 382214
Expires: April 25, 2027
Notary Public - State of Florida

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

PENGUIN RANDOM HOUSE LLC, et al.

_____
*Plaintiff(s)*

v.

BEN GIBSON, in his official capacity as Chair of the
Florida State Board of Education, et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  6:24-cv-1573-CEM-RMN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jessie Thompson, in her official capacity as a member of the Volusia County School Board
200 N. Clara Ave.
DeLand, Florida 32724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Karp
Carlton Fields, P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, FL 33136-4118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  September 19, 2024                                      _____
                                                                                          Gabriella Lobaina
                                                                                 *Signature of Clerk or Deputy Clerk*