Case 6:24-cv-01573-CEM-RMN   Document 45   Filed 09/19/24   Page 2 of 10 PageID 260
Case 6:24-cv-01573-CEM-RMN   Document 63   Filed 10/14/24   Page 1 of 3 PageID 310

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-1573-CEM-RMN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jamie Haynes. in her official capacity
was received by me on *(date)*  09/26/24  .

☒ I personally served the summons on the individual at *(place)*  ADDRESS REDACTED
on *(date)*  10/11/24 @ 6:04PM  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/14/24

*Server's signature*  C. Grady Legett

*Printed name and title*  C. Grady Legette

1500 BEVILLE ROAD SUITE 606 UNIT 233 DAYTONA BEACH, FL 32114
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

Job # MIA18877

**Client Info:**
Carlton Fields
700 NW 1st Avenue, Ste. 1200
Miami, FL  33136

**Case Info:**

**PLAINTIFF:**
PENGUIN RANDOM HOUSE LLC, ET AL
-versus-
**DEFENDANT:**
BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE
FLORIDA STATE BOARD OF EDUCATION, ET AL

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA
Court Case # 6:24-CV-1573-CEM-RMN

**Service Info:**

Received by Grady Legette: on September, 26th 2024 at 12:20 PM
Service: I Served **JAIME HAYNES, IN HER OFFICIAL CAPACITY AS CHAIR OF THE VOLUSIA COUNTY SCHOOL BOARD**
With: **SUMMONS; COMPLAINT W/EXHIBITS; CIVIL COVER SHEET**
by leaving with **JAIME HAYNES, OFFICER**

**At Residence REDACTED**
Latitude: 28.891144, Longitude: -81.312217

On **10/11/2024** at **06:04 AM**
Manner of Service: **CORPORATE**
CORPORATE SERVICE WAS PERFORMED BY DELIVERING A TRUE COPY TO DESIGNATED PERSON TO ACCEPT PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

**Served Description: (Approx)**

Age: **55**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 5"**, Weight: **160**, Hair: **Brown** Glasses: **No**

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _C. Grady Legette_
**Grady Legette**
Lic # # 487

**Accurate Serve Plantation**
151 N. Nob Hill Rd #378
Plantation, FL 33324

Client # Penguin Random Houses v. Ben Gibson (20875.77665)
Ref # DB2402868

SUBSCRIBED AND SWORN to before me this __14__ day of __October__, __2024__, by **Grady Legette**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

Joshua Kes
Comm.: HH 412253
Expires: Jun. 24, 2027
Notary Public - State of Florida

NOTARY PUBLIC for the state of __Florida__




1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:24-cv-1573-CEM-RMN |
| BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jamie Haynes, in her official capacity as Chair of the Volusia County School Board
200 N. Clara Ave.
DeLand, Florida 32724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David A. Karp
Carlton Fields, P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, FL 33136-4118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 19, 2024

Gabriella Lobaina
*Signature of Clerk or Deputy Clerk*