Civil Action No. 6:24-cv-1573-CEM-RMN

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carl Persis, in his official capacity
was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* *address redacted*
on *(date)* 9/27/2024 at 01:26 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/24

*Server's signature*

Joshua Kes, Process Server
*Printed name and title*

1500 Beville Road Suite 606 Unit 233 Daytona Beach, FL 32114
*Server's address*

Additional information regarding attempted service, etc:

## VERIFIED RETURN OF SERVICE

Job # MIA18878

**Client Info:**

Carlton Fields
700 NW 1st Avenue, Ste. 1200
Miami, FL  33136

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>PENGUIN RANDOM HOUSE LLC, ET AL<br>-versus-<br>**DEFENDANT:**<br>BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE FLORIDA STATE BOARD OF EDUCATION, ET AL | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br>Court Case # **6:24-CV-1573-CEM-RMN** |

**Service Info:**

Received by Joshua Kes: on September, 26th 2024 at **12:21 PM**
**Service:** I Served **CARL PERSIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE VOUSIA COUNTY SCHOOL BOARD**
With: **SUMMONS; COMPLAINT W/EXHIBITS; CIVIL COVER SHEET**
by leaving with **CARL PERSIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE VOUSIA COUNTY SCHOOL BOARD, INDIVIDUALLY**

**At Residence REDACTED**
Latitude: **29.268982**,   Longitude: **-81.109347**

On **9/27/2024** at **01:26 PM**
**Manner of Service: PERSONAL SERVICE**
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description:  (Approx)**

Age: **75**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **175**, Hair: **Gray** Glasses:  **No**

**Military Status:**

**Military Status = No**

I **Joshua Kes** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Joshua Kes**
Lic # **Court Appointed**

**Accurate Serve Plantation**
151 N. Nob Hill Rd #378
Plantation, FL 33324

Client # Penguin Random Houses v. Ben Gibson (20875.77665)
Ref # DB2402869



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, et al.<br><br>*Plaintiff(s)*<br>v.<br>BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  6:24-cv-1573-CEM-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carl Persis, in his official capacity as a member of the Volusia County School Board
200 N. Clara Ave.
DeLand, Florida 32724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Karp
Carlton Fields, P.A.
2 MiamiCentral
700 N.W. First Avenue, Suite 1200
Miami, FL 33136-4118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 19, 2024                                              Gabriella Lobaina
                                                                     *Signature of Clerk or Deputy Clerk*