IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-cv-01573

PENGUIN RANDOM HOUSE LLC;
HACHETTE BOOK GROUP, INC.;
HARPERCOLLINS PUBLISHERS LLC;
MACMILLAN PUBLISHING GROUP, LLC;
SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC;
THE AUTHORS GUILD; JULIA ALVAREZ;
JOHN GREEN; LAURIE HALSE ANDERSON;
JODI PICOULT; ANGIE THOMAS;
HEIDI KELLOGG AS PARENT AND
NEXT FRIEND OF R.K.; AND
JUDITH ANNE HAYES AS PARENT AND
NEXT FRIEND OF J.H.,

    p

vs.

BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR
OF THE FLORIDA STATE BOARD OF EDUCATION;
RYAN PETTY, IN HIS OFFICIAL CAPACITY
AS VICE CHAIR OF THE FLORIDA STATE
BOARD OF EDUCATION; ESTHER BYRD,
GRAZIE P. CHRISTIE, KELLY GARCIA, AND
MARYLYNN MAGAR, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE FLORIDA STATE
BOARD OF EDUCATION; TERESA JACOBS, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE ORANGE
COUNTY SCHOOL BOARD; ANGIE GALLO,
MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD,
VICKI-ELAINE FELDER, KAREN CASTOR DENTEL,
AND MELISSA BYRD, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE ORANGE
COUNTY SCHOOL BOARD; JAMIE HAYNES, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE VOLUSIA
COUNTY SCHOOL BOARD; ANITA BURNETTE, IN HER
OFFICIAL CAPACITY AS VICE CHAIR OF THE
VOLUSIA COUNTY SCHOOL BOARD; AND
RUBEN COLÓN, CARL PERSIS, AND JESSIE
THOMPSON, IN THEIR OFFICIAL CAPACITIES

AS MEMBERS OF THE VOLUSIA COUNTY
SCHOOL BOARD,

      Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD TRIAL COUNSEL FOR DEFENDANTS

Howard S. Marks, an attorney with the law firm Burr & Forman LLP, hereby enters his appearance and designation of lead trial counsel of record for Defendants, Jamie Haynes, Anita Burnett, Ruben Colon, Carl Persis and Jessie Thompson, in their official capacities as members of the Volusia County School Board, in the above-styled action. Mr. Marks is admitted to practice in this Court.

      */s/Howard S. Marks*
      HOWARD MARKS (FL Bar #0750085)
      Email: hmarks@burr.com
      Secondary Email: echaves@burr.com
      SHEENA THAKRAR (FL Bar #871141)
      Email: sthakrar@burr.com
      Secondary Email: acape@burr.com
      BURR & FORMAN LLP
      200 S. Orange Avenue, Suite 800
      Orlando, Florida 32801
      Telephone: (407) 540-6600
      *Attorneys for Defendants, Jamie Haynes, Anita Burnett, Ruben Colon, Carl Persis and Jessie Thompson, in their official capacities as members of the Volusia County School Board*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2024, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Howard S. Marks*
HOWARD MARKS (FL Bar #0750085)
