UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC, et al. <br><br>     Plaintiffs, <br><br>         v. <br><br> BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al., <br><br>     Defendants. | Case No. 6:24-cv-01573 |

**UNOPPOSED MOTION TO EXTEND TIME**

As discussed below, Defendants respectfully ask the Court to extend their time to answer the complaint or file a motion to dismiss, as well as Plaintiffs' time to respond to any motion to dismiss. This motion is unopposed.

On September 4, 2024, the State Defendants waived service of a summons. DE24–29. The Orange County School Board Defendants did the same on September 19 and 20. DE48–55. The executed waivers provide that Defendants must respond to the complaint no later than 60 days from August 30, 2024, which is October 29, 2024. The Volusia County School Board Defendants were served on September 27, October 11, and October 12, 2024, DE61–65. Accordingly, the last-served defendant's response to the complaint currently is due on November 2, 2024. *See* Fed. R. Civ. P. 12(a), (b).

Because of the impacts of hurricanes Helene and Milton, Defendants ask the Court to extend the deadline for their answer or motion to dismiss to November 26, 2024, and the deadline for Plaintiffs' response to any motion to dismiss to January 10, 2025. Undersigned counsel have consulted with counsel for Plaintiffs and are authorized to represent that they agree to the relief requested herein.

Dated: October 17, 2024                                      Respectfully submitted,

ASHLEY MOODY
  *Attorney General*

*/s/Sheena A. Thakrar*                                        */s/ Bridget K. O'Hickey*
HOWARD MARKS (FBN 0750085)               BRIDGET K. O'HICKEY (FBN 1048521)
SHEENA A. THAKRAR (FBN 871141)         *Deputy Solicitor General*

Burr & Forman LLP                                        Office of the Attorney General
200 S. Orange Avenue, Suite 800             The Capitol, PL-01
Orlando, Florida 32801                              Tallahassee, Florida 32399-1050
(407) 504-6600                                            (850) 414-3300
hmarks@burr.com                                     (850) 410-2672 (fax)
sthakrar@burr.com                                    bridget.ohickey@myfloridalegal.com

*Counsel for the Orange County and Volusia County School Board Defendants*   *Counsel for the State Defendants*

2

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that the parties conferred via email on October 11, 2024 concerning the relief requested in this motion, and the parties have agreed to the relief requested above.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General

## CERTIFICATE OF SERVICE

I certify that on October 17, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General