UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

Case No. 6:24-CV-01572-CEM-RMN

### *Unopposed* Plaintiffs' Motion For Extension Of Time To Respond To Defendants' Motions To Dismiss

Plaintiffs, by their attorneys, move this Court to extend their time to respond to Defendants' forthcoming motions to dismiss. In support of their motion, Plaintiffs state as follows:

1. On October 18, 2024, this Court entered an order extending Defendants' time to answer or otherwise respond to the Complaint until November 15, 2024. (ECF No. 69.)

2. Defendants have advised Plaintiffs that they will be moving to dismiss the Complaint.

3. Under Local Rule 3.01, Plaintiffs would have until December 6, 2024 to respond to Defendants' motions to dismiss.

4. Plaintiffs' lead counsel Frederick J. Sperling will be out of the country from the date Defendants will file their motions to dismiss until late in the day on November 25, 2024.

5.      Without an extension, Mr. Sperling would have only seven business days (excluding Thanksgiving and the day after) to work on Plaintiffs' responses to Defendants' motions to dismiss.

6.      During the time to respond, Plaintiffs' counsel will also be preparing their reply in support of their motion for a preliminary injunction in *Penguin Random House, et al. v. Robbins, et al.* in the United States District Court for the Southern District of Iowa, Case No. 4:23-cv-00478.

7.      In order for Plaintiffs' counsel to have adequate time to respond to Defendants' forthcoming motions to dismiss, Plaintiffs request a two-week extension until December 20, 2024.

8.      Plaintiffs bring this motion now because Defendants have already stated that they will be moving to dismiss the Complaint.

WHEREFORE, Plaintiffs request that this Court grant them an extension of time of two weeks (to December 20, 2024) to respond to Defendants' forthcoming motions to dismiss.

## Local Rule 3.01(g) Certification

In accordance with M.D. Fla. L.R. 3.01(g), I certify that I conferred by e-mail with counsel for the State Defendants, Bridget O'Hickey, and counsel for the School Board Defendants, Sheena Thakrar, who agreed to the extension sought in this motion.

| | |
|---|---|
| Dated:  October 21, 2024 | CARLTON FIELDS P.A. |
| | By:  /s/ *David A. Karp*<br>David A. Karp<br>Florida Bar No. 69226<br>2 MiamiCentral<br>700 NW 1st Avenue, Suite 1200<br>Miami, Florida 33136<br>Telephone: (305) 539-7280<br>dkarp@carltonfields.com |
| | Frederick J. Sperling<br>Adam J. Diederich<br>Kirstie Brenson<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>Telephone: (312) 258-5500<br>frederick.sperling@afslaw.com<br>adam.diederich@afslaw.com<br>kirstie.brenson@afslaw.com<br>(admitted *pro hac vice*) |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I caused a copy of the above document to be served on all counsel of record via e-mail.

/s/ *David A. Karp*
David A. Karp

*Attorney for Plaintiffs*

AFSDOCS:300401951.2