## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CASE NO. 6:24-CV-01573**

**PENGUIN RANDOM HOUSE LLC;**
**HACHETTE BOOK GROUP, INC.;**
**HARPERCOLLINS PUBLISHERS LLC;**
**MACMILLAN PUBLISHING GROUP, LLC;**
**SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC;**
**THE AUTHORS GUILD; JULIA ALVAREZ;**
**JOHN GREEN; LAURIE HALSE ANDERSON;**
**JODI PICOULT; ANGIE THOMAS;**
**HEIDI KELLOGG AS PARENT AND**
**NEXT FRIEND OF R.K.; AND**
**JUDITH ANNE HAYES AS PARENT AND**
**NEXT FRIEND OF J.H.,**

**PLAINTIFFS,**

**VS.**

**BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR**
**OF THE FLORIDA STATE BOARD OF EDUCATION;**
**RYAN PETTY, IN HIS OFFICIAL CAPACITY**
**AS VICE CHAIR OF THE FLORIDA STATE**
**BOARD OF EDUCATION; ESTHER BYRD,**
**GRAZIE P. CHRISTIE, KELLY GARCIA, AND**
**MARYLYNN MAGAR, IN THEIR OFFICIAL CAPACITIES**
**AS MEMBERS OF THE FLORIDA STATE**
**BOARD OF EDUCATION; TERESA JACOBS, IN HER**
**OFFICIAL CAPACITY AS CHAIR OF THE ORANGE**
**COUNTY SCHOOL BOARD; ANGIE GALLO,**
**MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD,**
**VICKI-ELAINE FELDER, KAREN CASTOR DENTEL,**
**AND MELISSA BYRD, IN THEIR OFFICIAL**
**CAPACITIES AS MEMBERS OF THE ORANGE**
**COUNTY SCHOOL BOARD; JAMIE HAYNES, IN HER**
**OFFICIAL CAPACITY AS CHAIR OF THE VOLUSIA**
**COUNTY SCHOOL BOARD; ANITA BURNETTE, IN HER**

55591604 v1

**OFFICIAL CAPACITY AS VICE CHAIR OF THE
VOLUSIA COUNTY SCHOOL BOARD; AND
RUBEN COLÓN, CARL PERSIS, AND JESSIE
THOMPSON, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE VOLUSIA COUNTY
SCHOOL BOARD,**

      **DEFENDANTS.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

*/s/ Sheena Thakrar*
HOWARD MARKS (FL Bar #0750085)
Email: hmarks@burr.com
Secondary Email: echaves@burr.com
SHEENA THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: acape@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
*Attorneys for Defendants, Jamie Haynes,*

*in her official capacity as Chair of the Volusia County School Board; Anita Burnette, in her official capacity as Vice Chair of the Volusia County School Board; and Ruben Colón, Carl Persis, and Jessie Thompson, in their official capacities as members of the Volusia County School Board*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2024, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Sheena Thakrar*
SHEENA THAKRAR (FL Bar #871141)

55591604 v1