UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

P<small>ENGUIN</small> R<small>ANDOM</small> H<small>OUSE</small> LLC, *et al.*,

    Plaintiffs,

v.

B<small>EN</small> G<small>IBSON</small>, in his official capacity as
Chair of the Florida State Board of
Education, *et al.*,

    Defendants.

Case No. 6:24-<small>CV</small>-01573-CEM-RMN

**<u>Plaintiffs' Unopposed Motion To Reschedule The Preliminary Pretrial Conference</u>**

Plaintiffs, by their counsel and with the consent of Defendants' counsel, move the Court to reschedule the Preliminary Pretrial Conference to any day the week of December 9, 2024 (other than December 12) and that counsel be allowed to attend remotely. In support of their motion, Plaintiffs state as follows:

    1.    The Court scheduled a Preliminary Pretrial Conference for December 4, 2024 at 10:00 at a.m. in Orlando Courtroom 3 C before Magistrate Judge Robert M. Norway.

    2.    Plaintiffs' Chicago counsel, including Plaintiffs' lead counsel Frederick Sperling, will be traveling from New York to Chicago the morning of December 4, 2024.

    3.    With the consent of Defendants' counsel, Plaintiffs request that the Court reschedule the Preliminary Pretrial Conference to any day the week of December 9, 2024 (other than December 12).

    4.    Also with the consent of Defendant's counsel, Plaintiffs request that counsel be allowed to attend remotely.

WHEREFORE, Plaintiffs request that the Court reschedule the Preliminary Pretrial Conference to any day the week of December 9, 2024 (other than December 12) and that counsel be allowed to attend remotely.

### **Local Rule 3.01(g) Certification**

In accordance with M.D. Fla. L.R. 3.01(g), I certify that I conferred by e-mail with counsel for the State Defendants, Bridget O'Hickey, and counsel for the School Board Defendants, Sheena Thakrar, who do not object to this motion.

Dated:  November 7, 2024          CARLTON FIELDS

         By: <u>/s/ David A. Karp</u>
             David A. Karp
             Florida Bar No. 69226
             2 MiamiCentral
             700 NW 1st Avenue, Suite 1200
             Miami, Florida 33136
             Telephone: (305) 539-7280
             dkarp@carltonfields.com

             Frederick J. Sperling
             Adam J. Diederich
             Kirstie Brenson
             ArentFox Schiff LLP
             233 South Wacker Drive, Suite 7100
             Chicago, Illinois 60606
             Telephone: (312) 258-5500
             frederick.sperling@afslaw.com

             adam.diederich@afslaw.com
             kirstie.brenson@afslaw.com
             (admitted *pro hac vice*)

             *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I caused a copy of the above document to be served on all counsel of record via email.

/s/ David A. Karp
David A. Karp

*An Attorney for Plaintiffs*
