# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC, et al.<br><br>    Plaintiffs,<br><br>            v.<br><br>BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al.,<br><br>    Defendants. | Case No. 6:24-cv-01573 |

## UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO DISMISS OUT OF TIME

The State Defendants respectfully ask the Court for leave to refile their motion to dismiss with the certificate required under Local Rule 3.01(g). This motion is unopposed.

On October 18, 2024, the Court partially granted the parties' unopposed motion for an extension of time to respond to Plaintiffs' complaint and ordered all defendants to respond by November 15, 2024. ECF No. 69. The State Defendants timely filed their motion to dismiss, but on December 3, 2024, the Court denied their motion for failure to comply with Local Rule 3.01(g), which required the State Defendants to confer with Plaintiffs prior to filing their motion.  The State Defendants have now cured that deficiency and move for leave to refile their motion out of time. Undersigned counsel

1

consulted with Plaintiffs' counsel, and Plaintiffs do not oppose the relief requested herein. If the Court grants this motion, the State Defendants request that it deem the attached motion to dismiss as filed.

Dated: December 4, 2024

Respectfully submitted,

ASHLEY MOODY
 *Attorney General*

*/s/ Bridget K. O'Hickey*
BRIDGET K. O'HICKEY (FBN 1048521)
 *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
bridget.ohickey@myfloridalegal.com

*Counsel for the State Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that counsel for the State Defendants conferred with Plaintiffs' counsel via email on December 3, 2024, concerning the relief requested in this motion, and Plaintiffs are not opposed to the relief requested above.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General

## CERTIFICATE OF SERVICE

I certify that on December 4, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General