## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CASE NO. 6:24-cv-01573**

PENGUIN RANDOM HOUSE LLC;
HACHETTE BOOK GROUP, INC.;
HARPERCOLLINS PUBLISHERS LLC;
MACMILLAN PUBLISHING GROUP, LLC;
SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC;
THE AUTHORS GUILD; JULIA ALVAREZ;
JOHN GREEN; LAURIE HALSE ANDERSON;
JODI PICOULT; ANGIE THOMAS;
HEIDI KELLOGG AS PARENT AND
NEXT FRIEND OF R.K.; AND
JUDITH ANNE HAYES AS PARENT AND
NEXT FRIEND OF J.H.,

      Plaintiffs,

vs.

BEN GIBSON, IN HIS OFFICIAL CAPACITY AS CHAIR
OF THE FLORIDA STATE BOARD OF EDUCATION;
RYAN PETTY, IN HIS OFFICIAL CAPACITY
AS VICE CHAIR OF THE FLORIDA STATE
BOARD OF EDUCATION; ESTHER BYRD,
GRAZIE P. CHRISTIE, KELLY GARCIA, AND
MARYLYNN MAGAR, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE FLORIDA STATE
BOARD OF EDUCATION; TERESA JACOBS, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE ORANGE
COUNTY SCHOOL BOARD; ANGIE GALLO,
MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD,
VICKI-ELAINE FELDER, KAREN CASTOR DENTEL,
AND MELISSA BYRD, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE ORANGE
COUNTY SCHOOL BOARD; JAMIE HAYNES, IN HER
OFFICIAL CAPACITY AS CHAIR OF THE VOLUSIA
COUNTY SCHOOL BOARD; ANITA BURNETTE, IN HER
OFFICIAL CAPACITY AS VICE CHAIR OF THE
VOLUSIA COUNTY SCHOOL BOARD; AND
RUBEN COLÓN, CARL PERSIS, AND JESSIE

THOMPSON, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE VOLUSIA COUNTY
SCHOOL BOARD,

      Defendants.

_____/

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF THE VOLUSIA COUNTY SCHOOL BOARD DEFENDANTS

Defendants, Jamie Haynes, Anita Burnette, Ruben Colon, Carl Persis and Jessie Thompson, in their official capacities as members of the Volusia County School Board (collectively the "VCSB Defendants"), through counsel, file this Amended Answer and Affirmative Defenses to Plaintiffs' Complaint stating as follows:

Specifically, in response to paragraph 51 of the Complaint, the VCSB Defendants admit that the Volusia County School Board operates Volusia County Public Schools. The VCSB Defendants specifically admit the allegations in paragraphs 52, 53 and 54. The VCSB Defendants specifically admit the allegations in paragraph 55 in that they have been sued in their official capacities, but deny the remainder of paragraph 55, deny that they have properly been so sued, and further state that the Volusia County School Board is the proper defendant-entity (not its members).

The VCSB Defendants do not respond to counts I through III and count VII, as those counts are not directed at the VCSB Defendants, and thus no response from the VCSB Defendants is required.

As to Count IV, the VCSB Defendants specifically admit the allegations in paragraph 230 to the extent that Plaintiffs' allege, in that paragraph, that the VCSB Defendants are required to comply with Florida law as set forth in Florida Statute § 1006.28. Otherwise, and as to the remaining allegations in paragraph 230, the VCSB Defendants deny those remaining allegations. The VCSB Defendants deny the allegations in paragraph 231, 232, and 234.

As to Count V, the VCSB Defendants specifically admit the allegations in paragraph 242 to the extent that Plaintiffs' allege, in that paragraph, that the VCSB Defendants are required to comply with Florida law as set forth in Florida Statute § 1006.28. Otherwise, and as to the remaining allegations in paragraph 242, the VCSB Defendants deny those remaining allegations.

The VCSB Defendants specifically admit the allegations in paragraph 243 to the extent that Plaintiffs' allege, in that paragraph, that the VCSB Defendants are required to comply with Florida law as set forth in Florida Statute § 1006.28. Otherwise, and as to the remaining allegations in paragraph 243, the VCSB Defendants deny those remaining allegations. The VCSB Defendants deny the allegations in paragraphs 244, 245, and 246.

As to Count VI, the VCSB Defendants specifically admit the allegations in paragraph 262 to the extent that Plaintiffs' allege, in that paragraph, that the VCSB Defendants are required to comply with Florida law as set forth in Florida Statute § 1006.28. Otherwise, and as to the remaining allegations in

paragraph 262, the VCSB Defendants deny those remaining allegations.  The VCSB Defendants deny the allegations in paragraphs 263, 265, and 266.

As to all of the other allegations in the Complaint, the VCSB Defendants lack knowledge or information sufficient to form a belief about the truth of those remaining allegations, and therefore deny those allegations, by a general denial.  The VCSB Defendants will abide by any final judgement of this Court concerning the facially-challenged statute.

<u>**AFFIRMATIVE DEFENSES**</u>

**First Affirmative Defense:** The VCSB Defendants allege that Plaintiffs lack standing to bring their claims.

**Second Affirmative Defense:** The VCSB Defendants allege that they are not proper defendants in this action in which Plaintiff has sued them in their official capacities. As the governing body of Volusia County Public Schools, organized and operated under Fla. Stat. §§ 1001.34 through 1001.453, the Volusia County School Board is the proper party and not its board members in their official capacities. *See* Fla. Stat. § 1001.41(4).

**Third Affirmative Defense**: The VCSB Defendants allege that Plaintiffs have failed to state a cause of action against them.

**Fourth Affirmative Defense**: To the extent that any materials have been removed from any Volusia County public school, this was for the sole purpose of complying with Florida law.

**Fifth Affirmative Defense**: There is no policy, procedure, or custom in place, or decision made by a final decision-maker or any of the board members that would subject the VCSB Defendants to liability.

**Sixth Affirmative Defense**: To the extent that Plaintiffs are alleging claims against the VCSB Defendants other than a facial constitutional challenge to the relevant statute, Plaintiffs' claims against the VCSB Defendants are barred by the Eleventh Amendment and sovereign immunity. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 101–02 (1984)

**Seventh Affirmative Defense**: The VCSB Defendants allege that Plaintiffs fail to state causes of action against them under the First Amendment and defer to and adopt the State Defendants' arguments raised on the merits of Plaintiffs' First Amendment claims.

Dated this 5th day of December, 2024.

/s/ Sheena A. Thakrar
HOWARD MARKS (FL Bar #0750085)
Email: hmarks@burr.com
Secondary Email: echaves@burr.com
SHEENA THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: acape@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
*Attorneys for Defendants VCSB Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2024, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Sheena A. Thakrar*
SHEENA THAKRAR (FL BAR #871141)