**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

PENGUIN RANDOM HOUSE LLC; HACHETTE
BOOK GROUP, INC.; HARPERCOLLINS
PUBLISHERS LLC; MACMILLAN PUBLISHING
GROUP, LLC; SIMON & SCHUSTER, LLC;
SOURCEBOOKS LLC; THE AUTHORS GUILD;
JULIA ALVAREZ; JOHN GREEN; LAURIE HALSE
ANDERSON; JODI PICOULT; ANGIE THOMAS;
HEIDI KELLOGG and JUDITH ANNE HAYES,

      Plaintiffs,

v.     Case No. 6:24-cv-1573-CEM-RMN

BEN GIBSON, RYAN PETTY, ESTHER BYRD,
GRAZIE P CHRISTIE, KELLY GARCIA,
MARYLYNN MAGAR, TERESA JACOBS, ANGIE
GALLO, MARIA SALAMANCA, ALICIA FARRANT,
PAM GOULD, VICKI-ELAINE FELDER, KAREN
CASTOR DENTEL, MELISSA BYRD, JAMIE
HAYNES, ANITA BURNETTE, RUBEN COLON,
CARL PERSIS and JESSIE THOMPSON,

      Defendants.

| United States Magistrate Judge: | Robert M. Norway | Courtroom: | 3C |
|---|---|---|---|
| Deputy Clerk: | L. Jernigan | Counsel for Plaintiff: | Frederick J. Sperling<br>Adam J. Diederich<br>David Arnold Karp |
| Audio Recording: | Nikki Peters<br>courttranscripts@outlook.com | Counsel for Defendant: | Howard S. Marks<br>Sheena A. Thakrar<br>Bridget O'Hickey |
| Date/Time: | December 10, 2024<br>9:58 A.M.-10:20 A.M. | | |
| Total Time: | 22 minutes | | |

**CLERK'S MINUTES**
**Preliminary Pretrial Conference**

Case called, appearances made, procedural setting by the Court.
Parties brief the court on status of the case.
Court to enter Report and Recommendation regarding Scheduling Order.
Court adjourned.