UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

Case No. 6:24-CV-01573-CEM-RMN

### *Unopposed* Plaintiffs' Motion To File A Response To The State Defendants' Motion To Dismiss Exceeding The Page Limit

Plaintiffs, by their counsel and with the consent of Defendants' counsel, seek leave under Local Rule 3.01(b) to file an overlength Response To The State Defendants' Motion To Dismiss. In support of their motion, Plaintiffs state as follows:

1. On November 15, 2024, the State Defendants moved to dismiss Plaintiffs' claims against them. (ECF No. 83.)

2. Plaintiffs' Response To The State Defendants' Motion To Dismiss is due on December 20, 2024. (ECF No. 73.)

3. Local Rule 3.01(b) permits a party responding to a motion to "file a legal memorandum no longer than twenty pages inclusive of all parts."

4. In their Motion To Dismiss, the State Defendants raised six separate arguments across 25 pages.

5. To respond to those arguments, Plaintiffs seek to file a Response that is no more than 23 pages inclusive of all parts—at most three pages in excess of the page limit set by Local Rule 3.01(b).

6. Plaintiffs' counsel have conferred with counsel for the Defendants, who consent to Plaintiffs' request to file a Response that is no more than three pages in excess of the page limit set by Local Rule 3.01(b).

WHEREFORE, Plaintiffs request that the Court grant them leave to file a Response To The State Defendants' Motion To Dismiss that exceeds the page limit by no more than three pages.

### Local Rule 3.01(g) Certification

In accordance with M.D. Fla. L.R. 3.01(g), I certify that counsel for Plaintiffs, Frederick J. Sperling, conferred by e-mail with counsel for the State Defendants, Bridget O'Hickey, and in person with counsel for the School Board Defendants, Sheena Thakrar, who consent to this motion.

Dated: December 10, 2024

CARLTON FIELDS

By: /s/ David A. Karp
David A. Karp
Florida Bar No. 69226
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 539-7280
dkarp@carltonfields.com

Frederick J. Sperling
Adam J. Diederich
Kirstie Brenson
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs*