# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

Case No. 6:24-CV-01573-CEM-RMN

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

## UNOPPOSED OBJECTION TO REPORT AND RECOMMENDATION

At the December 10, 2024 preliminary pretrial conference, counsel for all of the parties stated that they did not believe discovery would be necessary.

Although counsel for all the parties expect to be able to avoid the need for almost all discovery by entering into stipulations, Plaintiffs issued a single document request to the Orange County Defendants to follow up on public records that the Florida Department of Education recently provided to Plaintiffs. Counsel for the Orange County Defendants has stated that the requested documents will be produced, but due to the holidays not until the new year.

Plaintiffs' counsel believe that it will not be necessary to seek the intervention of the Court, but under the circumstances and heeding Judge Norway's comment that some additional time may be advisable, Plaintiffs request that the February 4, 2024 deadline for completing discovery and filing any motion to compel be extended by two weeks until February 18, 2024.

Plaintiffs do not request any other modification of dates in the Case Management Report.

### Local Rule 3.01(g) Certification

In accordance with M.D. Fla. L.R. 3.01(g), I certify that counsel for Plaintiffs Frederick Sperling conferred by e-mail with counsel for the State Defendants, Bridget O'Hickey, and counsel for the School Board Defendants, Sheena Thakrar, who do not object to the modification of the Report and Recommendation to extend the deadline for completing discovery and filing any motion to compel to February 18, 2024.

### CONCLUSION

For the foregoing reasons, Plaintiffs request that this Court modify the Magistrate Judge's Report and Recommendation to extend the deadline for completing discovery and filing any motion to compel to February 18, 2024.

Dated:  December 23, 2024

By: /s/ *David A. Karp*
David A. Karp (Florida Bar No. 69226)
Carlton Fields P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 539-7280
dkarp@carltonfields.com

Frederick J. Sperling
Adam J. Diederich
Kirstie Brenson
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
(admitted *pro hac vice*)
*Attorneys for Plaintiffs*