# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE, LLC, et al.

    Plaintiffs,

        v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al.,

    Defendants.

Case No. 6:24-cv-01573

## STATE DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

The State Defendants respectfully request leave to file a reply in support of their motion to dismiss (DE85-1). *See* M.D. Fla. L.R. 3.01(d). On December 10, 2024, Plaintiffs moved without opposition to expand the page limit for their response. DE91. The Court granted that motion, and Plaintiffs filed their response on December 20, 2024. DE94. The State Defendants request leave to file a reply to respond to arguments Plaintiffs made in their response that Defendants have not addressed in their motion. Because no hearing has been set on the motion to dismiss, the reply would not require further alterations to the schedule in this case.

    WHEREFORE, the State Defendants request that this Court grant them leave to file a seven-page reply by Friday, January 10, 2025.

1

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted, |

ASHLEY MOODY
  *Attorney General*
HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050      */s/ Bridget K. O'Hickey*
(850) 414-3300                        BRIDGET K. O'HICKEY (FBN 1048521)
(850) 410-2672 (fax)                    *Deputy Solicitor General*
bridget.ohickey@myfloridalegal.com

*Counsel for the State Defendants*

## LOCAL RULE 3.01(g) CERTIFICATE

I certify that the State Defendants' counsel conferred with Plaintiffs' counsel via email on December 23, 26, and 30, 2024, and Plaintiffs take no position on the relief requested above.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General

2