UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PENGUIN RANDOM HOUSE LLC, HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, MACMILLAN PUBLISHING GROUP, LLC, SIMON & SCHUSTER, LLC, SOURCEBOOKS LLC, THE AUTHORS GUILD, JULIA ALVAREZ, JOHN GREEN, LAURIE HALSE ANDERSON, JODI PICOULT, ANGIE THOMAS, HEIDI KELLOGG and JUDITH ANNE HAYES,**

    **Plaintiffs,**

v.                                                                      **Case No.  6:24-cv-1573-CEM-RMN**

**BEN GIBSON, RYAN PETTY, ESTHER BYRD, GRAZIE P CHRISTIE, KELLY GARCIA, MARYLYNN MAGAR, TERESA JACOBS, ANGIE GALLO, MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD, VICKI-ELAINE FELDER, KAREN CASTOR DENTEL, MELISSA BYRD, JAMIE HAYNES, ANITA BURNETTE, RUBEN COLON, CARL PERSIS, and JESSIE THOMPSON,**

    **Defendants.**
_____/

# ORDER

THIS CAUSE is before the Court on the Amended Case Management Report (Doc. 75). The United States Magistrate Judge held a preliminary pretrial conference on the matter (Min. Entry, Dec. 10, 2024 Hr'g, Doc. 90) and issued a Report and Recommendation ("R&R," Doc. 93), recommending that the Court enter a Case Management and Scheduling Order that sets the deadlines indicated in the Amended Case Management Report, (*id.* at 3). Plaintiffs filed an Objection (Doc. 95).

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, as opposed to entering a Case Management and Scheduling Order that sets the deadlines indicated in the Amended Case Management Report, Plaintiffs "request that the February 4, 202[5] deadline for completing discovery and filing any motion to compel be extended by two weeks until February 18, 202[5]." (Doc. 95 at 1). Plaintiffs make this request to "heed[ ] Judge Norway's comment that some

additional time may be advisable." (*Id.*). This proposed modification is unopposed by Defendants. (*Id.* at 1, 2).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 93) is **ADOPTED** as modified herein.

2. The Court shall enter a Case Management and Scheduling Order that sets the deadlines indicated in the Amended Case Management Report with the modification that the deadline for completing discovery and filing any motion to compel be extended until February 18, 2025.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record