# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC, et al. <br><br> Plaintiffs, <br><br> v. <br><br> BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al., <br><br> Defendants. | Case No. 6:24-cv-01573 |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that David M. Costello, Chief Deputy Solicitor General, appears as counsel for Defendants, Ben Gibson, Ryan Petty, Esther Byrd, Grazie P. Christie, Kelly Garcia and MaryLynn Magar, in their official capacities as members of the Florida State Board of Education. All pleadings and papers should be served upon Mr. Costello at the email addresses listed below.

    Primary Email:    david.costello@myfloridalegal.com

    Secondary Email:    jenna.hodges@myfloridalegal.com

1

Respectfully submitted,

JOHN M. GUARD
  *Acting Attorney General*

JEFFREY P. DESOUSA
  *Acting Solicitor General*

*/s/ David M. Costello*
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*david.costello@myfloridalegal.com*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ David M. Costello*
Chief Deputy Solicitor General