# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-CV-01573-CEM-RMN

### Joint Motion To Set A Summary Judgment Briefing Schedule, For Leave To File Oversized Briefs, And To Schedule Oral Argument

Plaintiffs and Defendants (collectively, the "Parties"), by their counsel, jointly move this Court to set a consolidated briefing schedule on their forthcoming motions for summary judgment, grant them leave to file briefs in excess of the page limits set by Local Rule 3.01, and schedule oral argument on their motions for summary judgment. In support of their motion, the Parties state as follows:

1. The deadline for filing motions for summary judgment in this case is March 4, 2025. (ECF No. 101 at 2.)

2. This case involves seven complex constitutional claims concerning a matter of great public importance that are brought against three sets of defendants. Consistent with their case management report, the Parties anticipate that the Court's ruling on their summary judgment motions will resolve the case. (ECF No. 75 at 3.)

3. A consolidated briefing schedule will promote efficiency. Because all Parties plan to move for summary judgment, without a consolidated briefing schedule this Court will be presented with eighteen briefs of up to 312 total pages to review and consider.[1] In contrast, the consolidated briefing schedule that the Parties propose would result in only six briefs of up to 210 total pages for the Court to review and consider.

4. Therefore, the Parties request that the Court enter a consolidated briefing schedule and grant them leave to file briefs in excess of the page limits set by Local Rule 3.01. The Parties have agreed to and request that the Court enter the following consolidated briefing schedule with the following page limits:

    a. Plaintiffs' Combined Motion For Summary Judgment Against The State Defendants And The Orange County and Volusia County Defendants (50 pages) – March 4, 2025

    b. The State Defendants' Consolidated Motion For Summary Judgment And Response To Plaintiffs' Motion For Summary Judgment and The Orange County and Volusia County Defendants' Consolidated Motion For Summary Judgment And Response To Plaintiffs' Motion For Summary Judgment (50 pages each) – April 1, 2025

    c. Plaintiffs' Consolidated Response To The State Defendants' And The Orange County And Volusia County Defendants' Motions For Summary Judgment And Reply In Support Of Plaintiffs' Combined Motion For Summary Judgment (30 pages) – April 29, 2025

    d. The State Defendants' Reply In Support Of Their Motion For Summary Judgment and The Orange County and Volusia County Defendants' Reply In Support Of Their Motion For Summary Judgment (15 pages each) – May 10, 2025

---

[1] Without consolidation, briefing would be required on six separate motions for summary judgment by and against Plaintiffs, the State Defendants, the Orange County Defendants, and the Volusia County Defendants.

5.  Pursuant to Local Rule 3.01(h), the Parties also request that the Court schedule a 90-minute oral argument on their motions for summary judgment.

WHEREFORE, the Parties request that the Court enter their proposed agreed briefing schedule, grant them leave to file summary judgment briefs that exceed the page limit, and schedule oral argument.

### Local Rule 3.01(g) Certification

In accordance with M.D. Fla. L.R. 3.01(g), I certify that counsel for Plaintiffs, Frederick J. Sperling, conferred by e-mail with counsel for the State Defendants and counsel for the School Board Defendants, who agree and join in this motion.

Dated: February 12, 2025

/s/ David A. Karp
David A. Karp
Carlton Fields LLP
Florida Bar No. 69226
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 539-7280
dkarp@carltonfields.com

Frederick J. Sperling
Adam J. Diederich
Kirstie Brenson
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
frederick.sperling@afslaw.com
adam.diederich@afslaw.com
kirstie.brenson@afslaw.com
(admitted pro hac vice)

*Attorneys for Plaintiffs*

/s/ Bridget K. O'Hickey
Bridget K. O'Hickey  (FBN 1048521)
Deputy Solicitor General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
bridget.ohickey@myfloridalegal.com

*Attorney for the State Defendants*

/s/Sheena  A.  Thakrar
Howard Marks (FL Bar #0750085)
Sheena Thakrar (FL Bar #871141)
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
hmarks@burr.com
sthakrar@burr.com

*Attorneys for the School District Defendants*