UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, MACMILLAN PUBLISHING GROUP, LLC, SIMON & SCHUSTER, LLC, SOURCEBOOKS LLC, THE AUTHORS GUILD, JULIA ALVAREZ, JOHN GREEN, LAURIE HALSE ANDERSON, JODI PICOULT, ANGIE THOMAS, HEIDI KELLOGG and JUDITH ANNE HAYES,

    Plaintiffs,

v.            Case No.  6:24-cv-1573-CEM-RMN

BEN GIBSON, RYAN PETTY, ESTHER BYRD, GRAZIE P CHRISTIE, KELLY GARCIA, MARYLYNN MAGAR, TERESA JACOBS, ANGIE GALLO, MARIA SALAMANCA, ALICIA FARRANT, PAM GOULD, VICKI-ELAINE FELDER, KAREN CASTOR DENTEL, MELISSA BYRD, JAMIE HAYNES, ANITA BURNETTE, RUBEN COLON, CARL PERSIS, and JESSIE THOMPSON,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion to Set a Summary Judgment Briefing Schedule (Doc. 103). Defendants "agree and join in this motion." (*Id.* at 3). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion to Set a Summary Judgment Briefing Schedule (Doc. 103) is **GRANTED**.

2. **On or before March 4, 2025**, Plaintiffs shall file a Combined Motion for Summary Judgment Against State Defendants and Orange and Volusia County Defendants of no more than 50 pages.

3. **On or before April 1, 2025**, State Defendants shall file a Consolidated Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment of no more than 50 pages. Also **on or before April 1, 2025**, Orange and Volusia County Defendants shall file a Consolidated Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment of no more than 50 pages.

4. **On or before April 29, 2025**, Plaintiffs shall file a Consolidated Response to State Defendants' and Orange and Volusia County Defendants' Motions for Summary Judgment and a Reply in support of Plaintiffs' Combined Motion for Summary Judgment of no more than 30 pages.

5. **On or before May 10, 2025**, State Defendants shall file a Reply in support of their Motion for Summary Judgment of no more than 15 pages. Also **on or before May 10, 2025**, Orange and Volusia County Defendants shall file a Reply in support of their Motion for Summary Judgment of no more than 15 pages.

6. Parties' request for 90-minute oral argument (45 minutes per side) on the motions is **GRANTED**. Oral argument is set for **May 21, 2025, at 9:30 AM in Courtroom 5B**.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record