# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.                                                   Case No. 6:24-cv-01573-CEM-RMN

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

## INDEX OF EXHIBITS TO
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| Exhibit Number | Description |
|---|---|
| Exhibit A | Declaration of Skip Dye |
| Exhibit A-1 | C.A. Bridges, *DeSantis bristles at 'book banning hoax,' fights 'myths' with 'facts.' Which ones are myths?*, The Palm Beach Post (March 10, 2023), https://www.palmbeachpost.com/story/news/education/2023/03/10/desantis-fights-book-banning-backlash-florida/69990134007/ |
| Exhibit A-2 | *Governor Ron DeSantis Debunks Book Ban Hoax* (March 8, 2023), https://www.flgov.com/eog/news/press/2023/governor-ron-desantis-debunks-book-ban-hoax |
| Exhibit A-3 | Douglas Soule, Ana Goñi-Lessan, and Jeanine Santucci, *To be or not to be on the shelf? New Florida school book law could restrict even Shakespeare*, USA Today (July 15, 2023), https://www.usatoday.com/story/news/nation/2023/07/15/law-limits-florida-school-books/70414412007/ |
| Exhibit A-4 | Leslie Postal, *Orange schools target classics, popular novels to keep sex out of class*, Orlando Sentinel (July 3, 2023), https://www.orlandosentinel.com/2023/07/03/orange-schools-target-classics-popular-novels-to-keep-sex-out-of-class/. |

| Exhibit Number | Description |
|---|---|
| Exhibit A-5 | Pinellas County Schools' School and Classroom Library Media Student Access Form (2-3186) |
| Exhibit A-6 | Polk County Public Schools' News Release |
| Exhibit A-7 | May 24, 2024 Florida Department of Education Library Media and Instructional Materials Training, effective July 2024, Ref-16709. |
| Exhibit B | Declaration of David Karp |
| Exhibit B-1 | Alachua.xlsx |
| Exhibit B-2 | Bay.xlsx |
| Exhibit B-3 | Brevard.xlsx |
| Exhibit B-4 | Broward.xlsx |
| Exhibit B-5 | Clay.xlsx |
| Exhibit B-6 | Collier.xlsx |
| Exhibit B-7 | Duval.xlsx |
| Exhibit B-8 | Escambia.xlsx |
| Exhibit B-9 | Flagler.xlsx |
| Exhibit B-10 | Gilchrist.xlsx |
| Exhibit B-11 | Hernando.xlsx |
| Exhibit B-12 | Hillsborough.xlsx |
| Exhibit B-13 | Indian River.xlsx |
| Exhibit B-14 | Lake.xlsx |
| Exhibit B-15 | Lee.xlsx |
| Exhibit B-16 | Leon.xlsx |
| Exhibit B-17 | Manatee.xlsx |
| Exhibit B-18 | Marion.xlsx |
| Exhibit B-19 | Martin.xlsx |
| Exhibit B-20 | Miami-Dade.xlsx |
| Exhibit B-21 | Nassau.xlsx |
| Exhibit B-22 | Orange.xlsx |

| Exhibit Number | Description |
| --- | --- |
| Exhibit B-23 | Palm Beach.xlsx |
| Exhibit B-24 | Pasco.xlsx |
| Exhibit B-25 | Pinellas.xlsx |
| Exhibit B-26 | Polk.xlsx |
| Exhibit B-27 | Santa Rosa.xlsx |
| Exhibit B-28 | Sarasota.xlsx |
| Exhibit B-29 | Seminole.xlsx |
| Exhibit B-30 | St. Johns.xlsx |
| Exhibit B-31 | Volusia.xlsx |
| Exhibit B-32 | Wakulla.xlsx |
| Exhibit B-33 | Stipulation Between Plaintiffs and the State Defendants |
| Exhibit B-34 | Stipulation Between Plaintiffs and the Orange County School District Defendants re Orange.xlsx |
| Exhibit B-35 | Stipulation Between Plaintiffs and the Volusia County School District Defendants re Volusia.xlsx |
| Exhibit B-36 | Orange County 000001_OCPS Rejected Books – Rejected between 07_01_2023-12_18_2024.xlsx |
| Exhibit B-37 | Stipulation Between Plaintiffs and the Orange County School District Defendants re Orange County 000001_OCPS Rejected Books – Rejected between 07_01_2023-12_18_2024.xlsx |
| Exhibit C | Declaration of Christina Hackey |
| Exhibit D | Declaration of Mary E. Rasenberger |
| Exhibit E | Declaration of Julia Alvarez |
| Exhibit F | Declaration of John Green |
| Exhibit G | Declaration of Laurie Halse Anderson |
| Exhibit H | Declaration of Jodi Picoult |
| Exhibit I | Declaration of Angie Thomas |
| Exhibit J | Declaration of Heidi Kellogg |
| Exhibit K | Declaration of Judith Anne Hayes |

| Exhibit Number | Description |
|---|---|
| Exhibit L | Declaration of R.K. |
| Exhibit M | Declaration of J.H. |
| Exhibit N | Specific Material Objection Template incorporated in Rule 6A-7.0714 |