# EXHIBIT A-5

PINELLAS COUNTY SCHOOLS

**SCHOOL AND CLASSROOM LIBRARY MATERIAL STUDENT ACCESS FORM**

To the parents of: _____

School: _____    Date: _____

The purpose of this form is for families to communicate their preference regarding a student's access to school and classroom library materials.

To view current school and classroom library materials that students have access to, please visit Library Media Materials Search.

**Please select one of the following:**

___ I allow my student access to school and classroom library materials.

___ I wish to limit my student's access to school and classroom library materials. *For this option, I understand that no limitations I request will be put in place until they have been discussed directly with the school.*

For additional information about our district school and classroom library selection process, please see Library Media Materials Selection Guidelines.

For additional information about our objection process, please see Policy 2510- Instructional Materials, Including Textbooks.