# EXHIBIT A-6



Language



**Bus Delays**

**Switchboard:** 863-534-0500

HOME | ABOUT PCPS | COMMUNITY | OUR SCHOOLS & PROGRAMS | STUDENTS & PARENTS

CAREERS | HELP ME

# LIBRARY OPT-OUT SYSTEM REOPENS JAN. 6-17

Posted on 12/16/2024

Polk County Public Schools will open our library opt-out system from Jan. 6-17, 2025 for the spring semester.

This online tool, available through **Parent Portal**, allows families to control what books and media materials their children can access in their school and classroom libraries. Please see the tutorial video below for complete details.

PCPS families will be able to access the opt-out system beginning Monday, Jan. 6. The system will close on Friday, Jan. 17.







**CONNECT**     **QUICK LINKS**

**The mission of Polk County Public Schools is to provide a high-quality education for all students.**

**District Office:** 1915 South Floral Ave., Bartow, FL 33830

**Switchboard:** 863-534-0500

**Mailing:** P. O. Box 391, Bartow, FL 33831

- About Us
- News
- Calendars
- Staff Directory
- School Zone Search
- theHUB

- Departments
- Board Meetings
- Careers
- Get Involved
- Contact Us

© 2024 Polk County Public Schools | Powered by SchoolMessenger | Equity & Federal Compliance | About the District