# EXHIBIT A-7



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org



# Library Media and Instructional Materials Training

Rule 6A-7.0715, F.A.C.

Effective July 2024    1



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Main Purpose

Part 1: Criteria for Selection of Library Materials and Reading Lists

Part 2: Collection Development Policies for Library Media Specialists

Part 3: Selection and Maintenance of Library Media Materials for Library Media Specialists

Part 4: Training to Assist Reviewers of Instructional Materials



# Criteria for Selection and Maintenance of Library Materials and Reading Lists



# The Primary Objective of the Library Media Center:



To implement, enrich, and support the educational program of the school. The library media center shall provide a wide range of materials on all levels of difficulty, with diversity of appeal, and with the representation of different points of view.



FLORIDA DEPARTMENT OF
**EDUCATION**
fldoe.org

# Section (s.) 1006.29(6), Florida Statutes (F.S.)

*The department shall develop an online training program for school librarians, media specialists, and other personnel involved in the selection and maintenance of library media and collections or materials maintained on a reading list. This training must assist reviewers in complying with the requirements of s. 1006.31(2). The department shall make this training available no later than January 1, 2023. No later than July 1, 2023, and annually thereafter, each superintendent must certify to the department that all school librarians and media specialists employed by the district have completed the online training program.*



# Criteria for Selection of Library Materials

**Sections 1006.28(2)(d) and 1006.40(3)(c), F.S.**

All materials in a school library or included on a reading list must be:

1.  Free of Pornography and material prohibited under s. 847.012, F.S.
2.  Suited to student needs and their ability to comprehend the material presented.
3.  Appropriate for the grade level and age group for which the materials are used and made available.

6



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Pornography

While there is no statutory definition of pornography in the Florida Statutes, the Merriam-Webster dictionary defines it as "the depiction of erotic behavior (as in pictures or writing) intended to cause sexual excitement."

7



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Materials Prohibited by Section 847.012, F.S.

An adult may not knowingly distribute to a minor on school property:

- *Any picture…or visual representation of a person or a portion of a human body which depicts nudity or sexual conduct, sexual excitement, sexual battery, bestiality, or sadomasochistic abuse **and** which is harmful to minors.*

- *Any book, pamphlet, magazine [or] printed matter…that contains…explicit and detailed verbal descriptions or narrative accounts of sexual excitement, or sexual conduct **and** that is harmful to minors.*



# Materials Prohibited by Section 847.012, F.S. (cont.)

- The phrase "harmful to minors" requires that any description or representation of nudity, sexual conduct or sexual excitement meet three requirements in order to be found "harmful to minors."

- The description or representation must:
  - Predominantly appeal to a prurient, shameful, or morbid interest;
  - Be patently offensive to prevailing standards in the adult community as a whole with respect to what is suitable material for minors; **and**
  - Taken as a whole the material is without serious literary, artistic, political, or scientific value for minors.



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Penalty for Violating Section 847.012, F.S.

*(6)	Any person violating any provision of this section commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.*

To protect librarians and media specialists, it must be clear that a book depicting nudity, sexual conduct, or sexual excitement does not meet the tenets of "harmful to minors" (s. 847.001, F.S.), which are:

*(a)	Predominantly appeals to a prurient, shameful, or morbid interest;*
*(b)	Is patently offensive to prevailing standards in the adult community as a whole with respect to what is suitable material or conduct for minors; and*
*(c)	Taken as a whole, is without serious literary, artistic, political, or scientific value for minors.*

10



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Suited to Student Needs and Appropriate for Age and Grade Level

**Pursuant to ss. 1006.28(2)(d)2. and 1006.34(2)(b), F.S., considerations should include:**

- Student ability to comprehend material.

- The degree to which the material will be explained/supplemented by classroom instruction.

- The educational purpose of the material.

- The accurate portrayal of the state's broad racial, ethnic, socioeconomic and cultural diversity, without bias or indoctrination.

- Age and grade level of students

- Maturity of students

- Err on the side of caution

11



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# District Objection Process for Challenged Materials (s. 1006.28(2)(a)2.b., F.S.)

Each district must adopt an objection process which allows a parent or resident to provide evidence that any material used in a classroom, made available in a school or classroom library, or included on a reading list contains content which:

(I) Is pornographic or prohibited under s. 847.012, F.S.;

**(II) Depicts or describes sexual conduct as defined in s. 847.001(19), unless such materials is for a course required by s. 1003.46, or s. 1003.42(2)(o)1.g. or 3., or identified by State Board of Education rule;**

(III) Is not suited to student needs and their ability to comprehend the material presented; or

(IV) Is inappropriate for the grade level and age group for which the materials are used and made available.

12



# District Objection Process for Challenged Materials (s. 1006.28(2)(a)2.b., F.S.), cont.

- Removal is required if the school board finds that any material is pornographic or prohibited under s. 847.012, F.S.

- If the school board finds the material depicts or describes sexual conduct as defined in s. 847.001(19), F.S.

  - Use of the material must be discontinued for any grade or age for which use is inappropriate or unsuitable.

13



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Additional Requirements

**Section 1006.34(2)(b), F.S.**

*1.    The age of the students who normally could be expected to have access to the material.*
*2.    The educational purpose to be served by the material. Priority shall be given to the selection of materials that align with the state academic standards as provided for in s. 1003.41 and include the instructional objectives contained within the curriculum frameworks for career and technical education and adult and adult general education adopted by rule of the State Board of Education under s. 1004.92.*
*3.    The degree to which the material would be supplemented and explained by mature classroom instruction as part of a normal classroom instructional program.*
*4.    The consideration of the broad racial, ethnic, socioeconomic, and cultural diversity of the students of this state.*
*Any instructional material containing pornography or otherwise prohibited by s. 847.012 may not be used or made available within any public school.*



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# **Additional Requirements (cont.)**

**Section 1006.28(2)(d)2., F.S.**

*a.    Require that book selections meet the criteria in s. 1006.40(3)(c).*
*b.    Require consultation of reputable, professionally recognized reviewing periodicals and school community stakeholders.*
*c.    Provide for library media center collections based on reader interest, support of state academic standards and aligned curriculum, and the academic needs of students and faculty.*
*d.    Provide for the regular removal or discontinuance of books based on, at a minimum, physical condition, rate of recent circulation, alignment to state academic standards and relevancy to curriculum, out-of-date content, and required removal pursuant to subparagraph (a)2.*

15



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Parental Rights

- The Parents' Bill of Rights (s. 1014.04(1)(a), F.S.) states that a parent has the right to direct the education and care of his or her minor child.
- Upon written request, school districts are required to provide parents access to any material or book in a school library specified in the request (s. 1006.28(2)(d), F.S.)
- Per Rule 6A-7.0713, Florida Administrative Code (F.A.C.), each elementary school is required to publish on its website a list of all materials maintained in the school library media center including classroom libraries.
- Parents must be informed of the district policies that are in place to provide transparency to families.
- The department's parental rights page may be found at https://www.fldoe.org/ParentalRights/.

16



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# District Objection (Challenged Materials) Policy

- Follow your district policy.
- Each district is responsible for having a policy on challenged materials.
- Objections can be brought forth by any person residing within the district or a parent of a district or homeschool student.
- A resident of the county who is not the parent or guardian of a student with access to school district materials may not object to more than one material per month.

**Section 1006.28(2)(a)2., F.S.:**

*Each district school board must adopt a policy regarding an objection by a parent or a resident of the county to the use of a specific material, which clearly describes a process to handle all objections and provides for resolution.*



# Collection Development Policies




# Collection Development

Library collection development is the ongoing process of systematically building high-quality print and non-print information resources to meet the information needs of a particular district or school.



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

**Goals of
Collection
Development**

Provides guidelines for selecting material for the collection of the library that are balanced.

Determines the retention, preservation and archiving of materials.

Describes the process for removal of inappropriate materials.



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# School Districts Must Establish and Maintain School Libraries

**Districts must establish procedures that:**

- Require library books meet the statutory selection criteria of being suited to student needs, are age and developmentally appropriate, are free from pornography and materials harmful to minors under s. 847.012, F.S.

- Requires input of stakeholders, including parents.

- Requires the consultation of reputable, professionally recognized reviewing periodicals.





FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Collection Development Process

## Goals

- Mission and vision of the school or district

- Special program considerations

- Current collection analysis

- Responsibilities of the media specialist

## Audience

- School demographics

- School community

- Population needs

- Transparency to the community

## Acquisition

- Budget

- District policies and procedures

- School expectations

- Stakeholder reviews

- Peer reviews

## Maintenance

- Inventory policies

- Know your district procedures for removal of materials

## Preservation

- Ongoing development of the collection to mirror district policies or procedures



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Removal or Discontinuance of Materials

The removal or discontinuance of library materials and resources is determined by a continuous review of the existing collection, both print and digital. In the removal process, many factors are taken into consideration including, but not limited to, space constraints, age or relevancy of material, physical condition of the material, and circulation data.

Follow district policies for regular removal or discontinuance of materials.

23



**FLORIDA DEPARTMENT OF**
**EDUCATION**
fldoe.org

# Library Media Specialists

Only persons who are certified as an Educational Media Specialist under Rule 6A-4.0251, F.A.C., are authorized to make selections of:

- Materials available to students in a school library; and
- Books included on a recommended or assigned school, grade-level, or classroom reading list.

School principals are responsible for compliance with school district procedures for the selection of school library materials.

Elementary classroom libraries are a type of school library. Materials in all school libraries must be selected by a certified media specialist. (Rule 6A-7.0714, F.A.C.; s. 1006.28(2)(d)1., F.S.)

24



# Selection, Evaluation and Maintenance of School Library Materials



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Criteria For Selection of Library Materials

**Collections must:**

- Support academic standards and curriculum.
- Support the academic needs of students and faculty.
- Support the broad racial, ethnic, socioeconomic and cultural diversity of the students of this state.
- Be based upon reader interest.
- Be appropriate for the grade level and age group for which the materials are made available.
- Be suited to student needs and their ability to comprehend the material.
- Follow Florida Statutes, State Board of Education rules and school district policies.

26



FLORIDA DEPARTMENT OF
**EDUCATION**
fldoe.org

# Appropriate for the Grade Level and Age Group

- Choose materials that are relevant for the ages of your students.

- Choose materials that address the reading levels, special curricular needs and programs of your school/district.

- Look at professional peer-reviewed journals for age or grade level recommendations.
  - Section 1006.28(2)(d)2., F.S., provides that school districts must adopt policies that:

    *Require consultation of reputable, professionally recognized reviewing periodicals and school community stakeholders.*

  - While the law requires consultation of peer reviews, districts should consider the consultation of crowd-sourced reviews.

27



FLORIDA DEPARTMENT OF
**EDUCATION**
fldoe.org

# Suggestions for Selecting New Materials

- Curriculum needs - high priority.

- Survey stakeholders - teachers, students, parents, administration.

- Balance fiction vs. nonfiction.

- Diversity and age of collection.

- High interest needs of readers.

- Use reputable book vendors that offer quality bindings .

- Look at professional and reputable award lists and state compiled book lists appropriate for your school age level.

- Follow district protocol for selection of new books.

- Check any books that have been removed or restricted due to a challenge in other districts. Those books should be carefully considered before purchasing.



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Academic Standards and Academic Needs of Students and Faculty

- Consider titles from state standards booklists such as the English Language Arts Benchmarks for Excellent Student Thinking (B.E.S.T.) Sample texts and the Civic Literacy Reading List

- Evaluate school academic organizational needs to include, but not be limited to:
  - School mission and vision;
  - School performance or improvement plan;
  - Specialized curriculum needs such as those for career or technical courses;
  - School population needs such as exceptional student education (ESE), gifted and English language learners (ELL); and
  - Material to supplement state-approved, district-adopted core curriculum.

- Age of student population should be considered when selecting materials based on student interest.

29



**FLORIDA DEPARTMENT OF**
# EDUCATION
fldoe.org

# School Community Stakeholders

**Examples:**

- Parents
- Students
- School Advisory Council
- Parent Teacher Association
- School Faculty and Subject departments
- Administrators
- Media Advisory Committee
- Community Members

**Ideas for Input:**

- Present/Publish lists to be ordered to SAC/PTA/Media Advisory before ordering.
- Host a preview night for stakeholders before placing books on shelf.
- Provide materials suggestion box or Google/Microsoft form for suggestions.
- Conduct interest inventories with learners.

**Suggestions for gaining stakeholder contributions:**
Online surveys, QR codes, suggestion box, virtual meetings, emails, newsletters, etc.



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Maintenance

- Organization
  - Decide how materials are organized
  - Make sure signage is clear and up-to-date.

- Availability
  - Inventory everything in collection at regular intervals

- Know:
  - Cataloging profile - classifications and prefixes, location of barcode, spine label, and any other additional needed labels.
  - MARC (Machine-Readable Cataloging) Records

- Damaged books

31

# Instructional Materials Reviewers



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Common Selection Criteria for Instructional Materials, Library Materials and Reading Lists

**Factors to consider for any material include:**

- Meetings for the purpose of selecting instructional materials must be open to the public, including parents (s. 1006.28(2)(a)4., F.S.) and consultation with school community stakeholders, including parents is required in the purchasing of new library media materials (s. 1006.28(2)(d), F.S.)
- Age of the students who normally could be expected to have access to the material
- Educational purpose to be served by the material
- The degree to which the material will be supplemented and explained by classroom instruction
- The broad racial, ethnic, socioeconomic and cultural diversity of the students of this state
- Materials must be free of pornography and prohibited by s. 847.012, F.S.

33



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Additional Selection Criteria for Instructional Materials

**Instructional Materials must be:**

- Accurate, objective, balanced, noninflammatory and current
- Aligned with state academic standards
- Suited to student needs, including academically talented students
- Suited to students' ability to comprehend material and maturity levels
- Readable, contain appropriate pacing, and easy to use

**Instructional Materials should:**

- Not contain any matter reflecting unfairly upon persons because of their race, color, creed, national origin, ancestry, sex, religion, disability, socioeconomic status or occupation.
- Not include unsolicited theories that may lead to student indoctrination.
- Accurately portray the ethnic, socioeconomic, cultural, religious, physical and racial diversity of our society.

34



**FLORIDA DEPARTMENT OF**

**EDUCATION**
fldoe.org

# Instructional Materials and the Principles of Individual Freedom (s. 1003.42(3), F.S.)

Instructional Materials may not contradict the principles enumerated under s. 1003.42(3), F.S., These six principles are set forth below:

*(a)    No person is inherently racist, sexist, or oppressive, whether consciously or unconsciously, solely by virtue of his or her race or sex.*

*(b)    No race is inherently superior to another race.*

*(c)    No person should be discriminated against or receive adverse treatment solely or partly on the basis of race, color, national origin, religion, disability, or sex.*

*(d)    Meritocracy or traits such as a hard work ethic are not racist but fundamental to the right to pursue happiness and be rewarded for industry.*

*(e)    A person, by virtue of his or her race or sex, does not bear responsibility for actions committed in the past by other members of the same race or sex.*

*(f)    A person should not be instructed that he or she must feel guilt, anguish, or other forms of psychological distress for actions, in which he or she played no part, committed in the past by other members of the same race or sex.*

35



# Other Criteria for Instructional Materials

**s. 1006.31(2), F.S.**

Whenever appropriate, include instructional materials that portray:

- The necessity to protect the environment and conserve natural resources.
- The effects of the use of tobacco, alcohol, controlled substances and other dangerous substances.
- Humane treatment of people and animals.
- Fire prevention.
- Thrift – using money and other resources wisely and not carelessly.

36



# Other Criteria for Instructional Materials (cont.)

**s. 1006.31(2), F.S.**

Whenever appropriate for social science, history, or civics courses, the materials submitted must contain:

- The Declaration of Independence
- The Constitution of the United States

37





FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Core Questions Rubric for IM Reviewers

The full rubric may be found at
https://www.fldoe.org/academics
/standards/instructional-
materials/.

| **Core Questions Rubric** |
|---|
| *This serves as the rubric used for evaluation of all instructional materials bid for state adoption.* |
| **Content** |
| 1.   A. **Alignment with curriculum:** The content aligns with the state's standards, benchmarks and clarifications for subject, grade level and learning outcomes. |
| 2. A. **Alignment with curriculum:** The content is written to the correct skill level of the standards, benchmarks and clarifications in the course. |
| 3. A. **Alignment with curriculum:** The materials are adaptable and useful for classroom instruction. |
| 4. B. **Level of Treatment:** The materials provide sufficient details for students to understand the significance of topics and events. |
| 5. B. **Level of Treatment:** The content matches the standards. |
| 6. B. **Level of Treatment:** The content matches the student abilities and grade level. |
| 7. B. **Level of Treatment:** The content matches the time period allowed for teaching. |
| 8. C. **Expertise for Content Development:** The primary and secondary sources cited in the materials reflect expert information for the subject. |
| 9. C. **Expertise for Content Development:** The primary and secondary sources contribute to the quality of the content in the materials. |
| 10. D. **Accuracy of Content:** The content is presented accurately. (Material should be devoid of typographical or visual errors.) |

38




**FLORIDA DEPARTMENT OF**
**EDUCATION**
fldoe.org

# Core Questions Rubric for IM Reviewers (cont.)

• The full rubric may be found at https://www.fldoe.org/academics/standards/instructional-materials/.

| Florida Statutes and State Board of Education Rule |
| --- |
| **1. Critical Race Theory:** Do materials align to Rule 6A-1.094124, F.A.C., which prohibits Critical Race Theory (CRT) in instructional materials? |
| **2. Culturally Responsive Teaching:** Do instructional materials omit Culturally Responsive Teaching as it relates to CRT? |
| **3. Social Justice:** Do instructional materials omit Social Justice as it relates to CRT? |
| **4. Social Emotional Learning:** Do instructional materials NOT solicit Social Emotional Learning (SEL), as these are considered extraneous and unsolicited strategies outside the scope of subject-area standards? |
| **5. Principles of Individual Freedom**: Do instructional materials align to s. 1003.42(3), F.S., by acknowledging that all people are equal before the law and have inalienable rights and materials are consistent with the following principles:<br>*(a) No person is inherently racist, sexist, or oppressive, whether consciously or unconsciously, solely by virtue of his or her race or sex*<br>*(b) No race is inherently superior to another race.*<br>*(c) No person should be discriminated against or receive adverse treatment solely or partly on the bases of race, color, national origin, religion, disability, or sex.*<br>*(d) Meritocracy or trains such as hard work ethic are not racist but fundamental to the right to pursue happiness and be rewarded for industry.*<br>*(e) A person, by virtue of his or her race or sex, does not bear responsibility for actions committed in the past by other members of the same race or sex.*<br>*(f) A person should not be instructed that he or she must feel guilt, anguish, or other forms of psychological distress for actions, in which he or she played no part, committed in the past by other members of the same race or sex.* |
| **6. Student Welfare**: Do instructional materials align to s. 1001.42(8)(c)3., F.S., in grades - 8 to EXCLUDE instruction regarding sexual orientation or gender identity except as provided by ss. 1003.42(2)(n)3. and 1003.46, F.S.? If such instruction is provided in grades 9 through 12, is the instruction age-appropriate or developmentally appropriate for students in accordance with state standards? |
| **7. Statewide Definitions:** Do instructional materials classify a person as either female or male based on the organization of the body of such person for a specific reproductive role as it aligns to s. 1000.21(9), F.S.? |
| **8. Health Education:** Do instructional materials teach reproductive roles as binary, stable, and unchangeable as it aligns to s. 1003.46, F.S. |

39



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Instructional Materials – District Responsibilities

- The responsibility of the content of instructional materials lies with those that choose the materials. Parental feedback is important and parents should be included in all aspects of choosing materials.

- The district school board oversees the final process of instructional materials after a vetting process that involves all stakeholders, including teachers, students, district staff, and community members.

- Districts must adopt procedures to permit a parent or resident to object to the adoption or use of any instructional material if it does not meet the criteria of ss. 1006.31(2) or 1006.40(3)(c), F.S.

40



# Copyright and Fair Use

When using instructional materials, know the guidelines and permissions for use.

- Please discuss copyright and fair use guidelines with publishers before purchase.

- Follow district policies.

- Potential violations may include:
  - Reproducing pages in textbooks without publisher permission or watching videos without having a license.
  - Use of streaming services may violate individual contracts with service.

41



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

# Thank you!