# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

Case No. 6:24-CV-01572-CEM-RMN

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

## DECLARATION OF DAVID A. KARP

I, David A. Karp, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am an attorney at the law firm of Carlton Fields P.A. My firm represents the Plaintiffs in this matter.

2. True and correct copies of documents produced by the Florida Department of Education in response to my August 1, 2024 Public Records Request (PRR 24-399) are attached as the following exhibits:

    a.    Alachua.xlsx, attached hereto as Exhibit B-1;

    b.    Bay.xlsx, attached hereto as Exhibit B-2;

    c.    Brevard.xlsx, attached hereto as Exhibit B-3;

    d.    Broward.xlsx, attached hereto as Exhibit B-4;

    e.    Clay.xlsx, attached hereto as Exhibit B-5;

f.  Collier.xlsx, attached hereto as Exhibit B-6;

g.  Duval.xlsx, attached hereto as Exhibit B-7;

h.  Escambia.xlsx, attached hereto as Exhibit B-8;

i.  Flagler.xlsx, attached hereto as Exhibit B-9;

j.  Gilchrist.xlsx, attached hereto as Exhibit B-10;

k.  Hernando.xlsx, attached hereto as Exhibit B-11;

l.  Hillsborough.xlsx, attached hereto as Exhibit B-12;

m.  Indian River.xlsx, attached hereto as Exhibit B-13;

n.  Lake.xlsx, attached hereto as Exhibit B-14;

o.  Lee.xlsx, attached hereto as Exhibit B-15;

p.  Leon.xlsx, attached hereto as Exhibit B-16;

q.  Manatee.xlsx, attached hereto as Exhibit B-17;

r.  Marion.xlsx, attached hereto as Exhibit B-18;

s.  Martin.xlsx, attached hereto as Exhibit B-19;

t.  Miami-Dade.xlsx, attached hereto as Exhibit B-20;

u.  Nassau.xlsx, attached hereto as Exhibit B-21;

v.  Orange.xlsx, attached hereto as Exhibit B-22;

w.  Palm Beach.xlsx, attached hereto as Exhibit B-23;

x.  Pasco.xlsx, attached hereto as Exhibit B-24;

y.  Pinellas.xlsx, attached hereto as Exhibit B-25;

z.  Polk.xlsx, attached hereto as Exhibit B-26;

aa.  Santa Rosa.xlsx, attached hereto as Exhibit B-27;

  bb. Sarasota.xlsx, attached hereto as Exhibit B-28;

  cc. Seminole.xlsx, attached hereto as Exhibit B-29;

  dd. St. Johns.xlsx, attached hereto as Exhibit B-30;

  ee. Volusia.xlsx, attached hereto as Exhibit B-31; and

  ff. Wakulla.xlsx, attached hereto as Exhibit B-32.

 3. Attached as Exhibit B-33 is a true and correct copy of the stipulation entered into between Plaintiffs and the State Defendants, agreeing and stipulating that the documents produced to Plaintiffs by the Florida Department of Education in response to Plaintiffs' August 1, 2024 Public Records Request 24-399 (including Exhibits B-1 through B-32) are genuine and authentic copies, within the meaning of Federal Rule of Evidence 901, of the annual reports for the 2023-2024 school year of the respective Florida school districts that are identified in the below file names; and were received from each respective school district by the Commissioner of Education pursuant to Fla. Stat. s. 1006.28(2)(e)(3).

 4. Attached as Exhibit B-34 is a true and correct copy of the stipulation entered into between Plaintiffs and the Orange County School District Defendants, agreeing and stipulating that the document produced to Plaintiffs by the Florida Department of Education in response to Plaintiffs' August 1, 2024 Public Records Request 24-399 identified by the file name "Orange.xlsx" (Exhibit B-22) is a genuine and authentic copy, within the meaning of Federal Rule of Evidence 901, of the annual report for the 2023-2024 school year of the Orange County School District; was submitted by the Orange County School District to the Commissioner of Education

3

pursuant to Fla. Stat. s. 1006.28(2)(e)(3); and identifies materials that have been removed or discontinued, or have had their access restricted, pursuant to either Fla. Stat. s. 1006.28(2)(e)(3), or other Florida law, by the Orange County School District for the reason(s) stated in the records.

5. Attached as Exhibit B-35 is a true and correct copy of the stipulation entered into between Plaintiffs and the Volusia School District Defendants, agreeing and stipulating that the document produced to Plaintiffs by the Florida Department of Education in response to Plaintiffs' August 1, 2024 Public Records Request 24-399 identified by the file name "Volusia.xlsx" (Exhibit B-31) is a genuine and authentic copy, within the meaning of Federal Rule of Evidence 901, of the annual report for the 2023-2024 school year of the Volusia County School District; was submitted by the Volusia County School District to the Commissioner of Education pursuant to Fla. Stat. s. 1006.28(2)(e)(3); and identifies materials that have been removed or discontinued, or have had their access restricted, pursuant to either Fla. Stat. s. 1006.28(2)(e)(3), or other Florida law, by the Volusia County School District for the reason(s) stated in the records.

6. Attached as Exhibit B-36 is a true and correct copy of a document with the file name "Orange County 000001_OCPS Rejected Books - Rejected between 07_1_2023-12_18_2024.xlsx," produced by the Orange County School District Defendants.

7. Attached as Exhibit B-37 is a true and correct copy of the stipulation entered into between Plaintiffs and the Orange County School District Defendants,

4

agreeing and stipulating that the document produced to Plaintiffs by the Orange County School District Defendants in response to Plaintiffs' December 18, 2024 First Request For Production Of Documents, identified by the bates number Orange County 000001 (Exhibit B-36), is a genuine and authentic copy, within the meaning of Federal Rule of Evidence 901, of a document showing (1) books removed from a school or classroom library in Orange County Public Schools since July 1, 2023 and (2) the reason(s) that each book was removed from a school or classroom library.

8. The following books were removed from Florida school district libraries following objections that the books contained either content that "describes sexual conduct" or so-called "pornographic" content:

| Title | Author | "Pornographic" | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." | County |
|---|---|---|---|---|
| *The Color Purple* | Alice Walker | X | X | Clay (Ex. B-5) |
| *Collected Poems 1947-1980* | Allen Ginsberg | | X | Manatee (Ex. B-17) |
| *The Hate U Give* | Angie Thomas | | X | Indian River (Ex. B-13) |
| *A Clockwork Orange* | Anthony Burgess | X | | Clay (Ex. B-5) |
| *Half of a Yellow Sun* | Chimamanda Ngozi Adichie | X | X | Lee (Ex. B-15) |
| *Half of a Yellow Sun* | Chimamanda Ngozi Adichie | X | X | Polk (Ex. B-26) |
| *I am Not Your Perfect Mexican Daughter* | Erika Sanchez | X | X | Volusia (Ex. B-31) |

5

| Title | Author | "Pornographic" | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." | County |
|---|---|---|---|---|
| *The Freedom Writers Diary* | Erin Gruwell | X | X | Manatee (Ex. B-17) |
| *The Freedom Writers Diary* | Erin Gruwell | | X | Volusia (Ex. B-31) |
| *The Freedom Writers Diary* | Erin Gruwell | | X | Indian River (Ex. B-13) |
| *You Too? 25 voices share their #MeToo stories* | Janet Gurtler | X | | Volusia (Ex. B-31) |
| *Change of Heart* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Handle With Care* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *House Rules* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Keeping Faith* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Lone Wolf* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Mercy* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *My Sister's Keeper* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Nineteen Minutes* | Jodi Picoult | | X | Hernando (Ex. B-11) |
| *Nineteen Minutes* | Jodi Picoult | X | X | Polk (Ex. B-26) |
| *Nineteen Minutes* | Jodi Picoult | X | | Volusia (Ex. B-31) |

| Title | Author | "Pornographic" | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." | County |
|---|---|---|---|---|
| *Nineteen Minutes* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Perfect Match* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Plain Truth* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Salem Falls* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Second Glance* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Songs of the Humpback Whale: A Novel in Five Voices* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *The Pact: A Love Story* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *The Storyteller* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *The Tenth Circle* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Vanishing Acts* | Jodi Picoult | | X | Indian River (Ex. B-13) |
| *Looking For Alaska* | John Green | X | X | Volusia (Ex. B-31) |
| *Paper Towns* | John Green | | X | Indian River (Ex. B-13) |
| *How The Garcia Girls Lost Their Accent* | Julia Alvarez | X | | Clay (Ex. B-5) |

| Title | Author | "Pornographic" | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." | County |
|---|---|---|---|---|
| *The Kite Runner* | Khaled Hosseini | | X | Indian River (Ex. B-13) |
| *Slaughterhouse-Five* | Kurt Vonnegut | X | | Volusia (Ex. B-31) |
| *Slaughterhouse-Five* | Kurt Vonnegut | | X | Indian River (Ex. B-13) |
| *Shout* | Laurie Halse Anderson | | X | Indian River (Ex. B-13) |
| *Last Night At The Telegraph Club* | Malinda Lo | X | X | Volusia (Ex. B-31) |
| *The Handmaid's Tale* | Margaret Atwood | | X | Hernando (Ex. B-11) |
| *The Handmaid's Tale* | Margaret Atwood | X | X | Volusia (Ex. B-31) |
| *This is Where it End* | Marieke Jijkamp | | X | Clay (Ex. B-5) |
| *Kaffir Boy: The True Story of a Black Youth's Coming of Age in Apartheid South Africa* | Mathabane, Mark | | X | Indian River (Ex. B-13) |
| *Native Son* | Richard Wright | | X | Indian River (Ex. B-13) |
| *Water for Elephants* | Sara Gruen | | X | Leon (Ex. B-16) |
| *Water for Elephants* | Sara Gruen | X | X | Manatee (Ex. B-17) |
| *Beloved* | Toni Morrison | | X | Hernando (Ex. B-11) |
| *Song of Solomon* | Toni Morrison | X | X | Clay (Ex. B-5) |
| *The Bluest Eye* | Toni Morrison | X | | Volusia (Ex. B-31) |

| Title | Author | "Pornographic" | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." | County |
|---|---|---|---|---|
| *Homegoing* | Yaa Gyasi | | X | Hernando (Ex. B-11) |

9. The following books were removed from school libraries in Orange County because Orange County Public Schools determined that the books contain content that "describes sexual conduct," as shown in Exhibit B-36:

| Title | Author | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." |
|---|---|---|
| *Half of a Yellow Sun* | Chimamanda Ngozi Adichie | X |
| *Cloud Atlas* | David Stephen Mitchell | X |
| *The Splendid and the Vile* | Erik Larson | X |
| *Let's Talk About It: The Teen's Guide to Sex, Relationships, and Being a Human* | Erika Moen | X |
| *The Freedom Writers Diary* | Erin Gruwell | X |
| *On the Road* | Jack Kerouac | X |
| *Handle With Care* | Jodi Picoult | X |
| *Change of Heart* | Jodi Picoult | X |
| *The Tenth Circle* | Jodi Picoult | X |
| *House Rules* | Jodi Picoult | X |
| *Sing You Home* | Jodi Picoult | X |
| *Perfect Match* | Jodi Picoult | X |
| *Slaughterhouse-Five* | Kurt Vonnegut | X |
| *The Handmaid's Tale* | Margaret Atwood | X |
| *Herzog* | Saul Bellow | X |

10. The following books were removed from school libraries in Volusia County because the School District of Volusia County determined that the books

9

contain content that "describes sexual conduct" or so-called "pornographic" content, as shown in Exhibit B-31:

| Title | Author | "Pornographic" | "Depicts or describes sexual conduct as defined in s. 847.001(19), F.S." |
|---|---|---|---|
| *I am Not Your Perfect Mexican Daughter* | Erika Sanchez | X | X |
| *The Freedom Writers Diary* | Erin Gruwell | | X |
| *You Too? 25 voices share their #MeToo stories* | Janet Gurtler | X | |
| *Nineteen Minutes* | Jodi Picoult | X | |
| *Looking For Alaska* | John Green | X | X |
| *Slaughterhouse-Five* | Kurt Vonnegut | X | |
| *Last Night At The Telegraph Club* | Malinda Lo | X | X |
| *The Handmaid's Tale* | Margaret Atwood | X | X |
| *The Bluest Eye* | Toni Morrison | X | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2025

David A. Karp

AFSDOCS:301741625.2

10