# EXHIBIT B-1

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Alachua**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes __x__  No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Beyond Magenta | Susan Kuklin | N/A | 9-12 | | | | | | Y | | | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| Instructional Materials | Other Materials | Understanding Sexual Identities | Janice Rench | 8522500442 | 9-12 | | | | | | | Y | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | Being Transgender | Robert Rodi/Laura Ross | 9.78142E+12 | 9-12 | | | | | | | Y | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | A is for Activist | Innosanto Nagara | 9.78161E+12 | 3-7 | | | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | 13 Reasons Why | Jay Asher | 9.7816E+12 | 9-12 | | | | | | | Y | | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| Instructional Materials | Other Materials | Gender Queer | Maia Kobabe | N/A | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| Instructional Materials | Other Materials | It Feels Good to Be Yourself | Theresa Thorn | 9.78125E+12 | 3-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | Melissa | Alex Gino | 9.78055E+12 | 3-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | Tricks | Ellen Hopkins | 9.78142E+12 | 9-12 | | | | | y | y | y | y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | This title was scheduled for deselection due to lack of circulation when this challenge was submitted. The book was removed without a review as agreed upon by the Principal and objector. |
| Instructional Materials | Other Materials | All Boys Aren't Blue | George Johnson | 9.78037E+12 | 9-12 | | | | y | y | y | y | y | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| Instructional Materials | Other Materials | My Maddy | Gayle Pittman | 9.78143E+12 | 3-5 | | | | | | | y | y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | The Duff | Kody Keplinger | 9.78032E+12 | 9-12 | | | | y | y | y | | | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal decision - no committee review |
| Instructional Materials | Other Materials | PET | Akwaeke Mazi | 9.78059E+12 | 3-5 | | | | | y | y | y | y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | Milk and Honey | Rupi Kaur | 9.78145E+12 | 9-12 | | | | y | y | y | y | y | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Almost Moon | Alice Sebold | N/A | 9-12 | | | | y | y | y | | | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| Instructional Materials | Other Materials | When Adian Became a Brother | Kyke Lukoff | 9.78143E+12 | 3-5 | | | | | | | y | y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | You Don't Know Everthing, Jilly P | Alex Gino | 9.78055E+12 | 3-5 | | | | | | | y | y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |

| # | Type of Material | (B) | Title | Author | ISBN | Grade Level | Course Name | Course Number | Basis for Objection | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. | Other | School District Action on Objection | Removed/Discontinued | Access Limited | Did Not Remove/Discontinue/Limit Access | Pending | Basis for School District Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Instructional Materials | Other Materials | Jack Not Jackie | Erica Silverman | 9.7815E+12 | 3-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| 27 | Instructional Materials | Other Materials | The Sun and Her Flowers | Rupi Kaur | 9.78145E+12 | 9-12 | | | | Y | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| 28 | Instructional Materials | Other Materials | Haunted | Chuck Palahnuik | 9.78039E+11 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. |
| 29 | Instructional Materials | Other Materials | FADE | Lisa McMann | 9.78033E+12 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 30 | Instructional Materials | Other Materials | Empire of Storms | Sarah Maas | 9.78162E+12 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 31 | Instructional Materials | Other Materials | Slaughterhouse Five | Kurt Vonnegut | 9.78044E+12 | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| 32 | Instructional Materials | Other Materials | Wicked | Gregory Maguire | 9.78006E+12 | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 33 | Instructional Materials | Other Materials | Sold | Patricia McCormick | 9.78079E+12 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 34 | Instructional Materials | Other Materials | Burned | Ellen Hopkins | 9.78144E+12 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 35 | Instructional Materials | Other Materials | Last Night at the Telegraph Club | Melinda Lo | 9.78053E+12 | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 36 | Instructional Materials | Other Materials | Water for Elephants | Sara Gruen | 9.78157E+12 | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 37 | Instructional Materials | Other Materials | Clockwork Orange | William Heinemann | 9.78039E+12 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 38 | Instructional Materials | Other Materials | Nineteen Minutes | Jodi Picoult | 9.78175E+11 | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 39 | Instructional Materials | Other Materials | The Freedom Writers Diary | The Freedom Writers with Erin Gurwell | 038549422x | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| 40 | Instructional Materials | Other Materials | Storm and Fury | Jennifer Armentrout | 9.78149E+12 | 9-12 | | | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 41 | Instructional Materials | Other Materials | Jesus Land: A Memoir | Julia Scheeres | 1582433380 | 9-12 | | | | | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 42 | Instructional Materials | Other Materials | Lucky | Alice Sebold | 316096199 | 9-12 | | | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 43 | Instructional Materials | Other Materials | Julian is a Mermaid | Jessica Love | 9.78076E+12 | K-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 44 | Instructional Materials | Other Materials | The Ship We Built | Lexi Bean | 9.78053E+12 | 3-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 45 | Instructional Materials | Other Materials | Ho'onani: Hula Warrior | Heather Gale | 9.78074E+12 | K-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 46 | Instructional Materials | Other Materials | Ana on the Edge | A.J. Sass | 9.78032E+12 | 4-7 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 47 | Instructional Materials | Other Materials | Marvin Redpost: Is He a Girl? | Louis Sachar | 679919481 | K-5 | | | | | | | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |