# EXHIBIT B-2

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report.

1. **School District Name: BAY**
2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
3. **Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials Y | Oryx & Crake | Margaret Atwood | 978-0385721677 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains alcohol use and abuse; drug use; sexual activities; sexual nudity; profanity; suicide; violence; inflammatory religious commentary; and inexplicit beastiality. | | Grade: 9-12 Course Name: N/A Course No.: N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | All the Bright Places | Jennifer Niven | 9.78039E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains moderate profanity and derogatory terms; suicidal ideations; sexual activities; and alcohol use. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Crown of Midnight | Sarah J Maas | 7.8164E+11 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains inexplicit sexual activities; nudity; violence; alcohol use; and mild/infrequent profanity. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Storm & Fury | Jennifer L. Armentrout | 9.78134E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains obscene sexual activities; sexual nudity; profanity; and violence. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | The Handmaid's Tale | Margaret Atwood | 9.78039E+12 | 9 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains profanity; violence; sexual activities; and self-harm, including suicide. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | The Handmaid's Tale: Graphic Novel | Renee Nault | 9.78039E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains graphic images of alcohol use; explicit sexual activities; sexual nudity; mild profanity; explicit violence; and controversial gender ideologies. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | TTYL | Lauren Myracle | 9.78081E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains excessive profanity and references to sexual nudity and sexual activities. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Fun Home: A Family Tragicomic | Alison Bechdel | 9.78062E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains alternate sexualities; alternate gender ideologies; profanity; alcohol use; suicide commentary; controversial religious commentary; sexual activities; and sexual nudity. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued per media specialist on-site decision |
| Instructional Materials | Other Materials Y | YOLO | Lauren Myracle | N/A | 8 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains sexual activities including sexual assault; sexual nudity; alternate sexualities; references to underage alcohol use and drug abuse; and profanity. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Kissing Kate | Lauren Myracle | 9.78041E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains inexplicit sexual activities; alternate sexualities; alcohol use by minors; and mild/infrequent profanity | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | The Carnival at Bray | Jessie Ann Foley | 9.78099E+12 | 10-12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | This book contains alcohol use involving minors; profanity; sexual activities; sexual assault involving minors; sexual nudity and suicide. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | A Stolen Life: A Memoir | Jaycee Lee Dugard | 9.78145E+12 | 9 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | Subjects are kidnapping and sexually abused children. This book contains aberrant sexual activities involving child molestation and rape; sexual nudity; violence; and drug use. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Sold | Patricia McCormick | 9.78079E+12 | 6 TO 12 | N/A | N/A | | Y | Y | N/A | N/A | N/A | N/A | Subjects are human trafficking, prostitution, and slavery. This contains explicit aberrant sexual activities including rape of a minor; prostitution and explicit violence. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Boy Toy | Barry Lyga | 9.78055E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | Page 207-I completely object to a detailed biography of repeated sessions of intimate sexual activities. This does not belong in any school. Included w/this form is a PDF w/page #'s included, and excerpts provided; from the book "Boy Toy" which are completely objectionable. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | A Court of Wings & Ruin | Sarah J Maas | | | | | | | | | | | | Note: Awaiting objector to send appropriate documentation | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | Juliet Takes a Breath | Gabby Rivera | 9.78163E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains alternate sexualities; alternate gender ideologies; alcohol and drug use; excessive/frequent profanity and derogatory terms; controversial and inflammatory racial commentary; controversial historical, racial, and social commentary; discussion of self-harm involving cutting. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| Instructional Materials | Other Materials Y | The Lovely Bones | Alice Sebold | 9.78032E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains mild profanity; alternate sexualities; sexual activities including sexual assault; sexual nudity; violence; alcohol use; and suicide commentary. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
| 26 | Instructional Materials | Other Materials Y | Normal People | Sally Rooney | 9.78198E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains sexual activities including sadomasochism; profanity; and alcohol use. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 27 | Instructional Materials | Other Materials Y | Friction | E.R. Frank | 9.78081E+12 | JR. HIGH SCHOOL | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | Having taught and served in both county schools and charter schools I do not believe there are many, if any, schools in America which would exhibit this kind of scenario. The content is not one I can approve of for any adolescents. This book sets a very bad example to young readers. The topic and content of this book are a matter which should be reserved to ADULT crime novels. This book should be removed from all grade schools, junior high schools and high schools. It has no academic value whatsoever. Though it seems to be punctuated properly, it is poorly written and poorly thought out, with no redeeming factors. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 28 | Instructional Materials | Other Materials Y | The Nowhere Girls | Amy Reed | 9.78148E+12 | K TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains obscene sexual activities including rape involving minors; alcohol use; and excessive/frequent profanity | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 29 | Instructional Materials | Other Materials Y | Flamer | Mike Curato | 9.78163E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains alternate sexualities; sexual activities; sexual nudity; profanity and derogatory term; violence including self-harm; and controversial religious commentary | | Grade: 6-8 Course Name:N/A Course No.:N/A Other: MS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | No copies at school location, had been checked out & not returned for 2+ years (LOST)-no other copies in the district |
| 30 | Instructional Materials | Other Materials Y | Slaughterhouse Five | Kurt Vonnegut | N/A | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains explicit violence including animal cruelty; inexplicit sexual activities including beastiality; sexual nudity; profanity; and inflammatory religious commentary. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 31 | Instructional Materials | Other Materials Y | Empire of Storms | Sarah J Maas | N/A | K TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains obscene sexual activities; explicit sexual nudity; violence; and profanity. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 32 | Instructional Materials | Other Materials Y | Smoke | Ellen Hopkins | N/A | 6 TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains sexual activities including sexual assault; sexual nudity; profanity and derogatory terms; alcohol and drug use; and violence including domestic violence and child abuse. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 33 | Instructional Materials | Other Materials Y | Queen of Shadows | Sarah J Maas | 9.78168E+12 | K TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains inexplicit sexual nudity; sexual activities; violence; and profanity. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 34 | Instructional Materials | Other Materials Y | Fallout | Ellen Hopkins | 9.78144E+12 | 6 TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains sexual activities; sexual nudity; profanity; drug abuse and alcohol use. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 35 | Instructional Materials | Other Materials Y | Glass | Ellen Hopkins | 9.78144E+12 | 6 TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains inexplicit sexual activities; profanity; suicidal ideation; and drug abuse. | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 36 | Instructional Materials | Other Materials Y | Impulse | Ellen Hopkins | 9.78142E+12 | K TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains violence; sexual nudity; sexual activities; profanity; and illegal drug use | | Grade: 6-12 Course Name:N/A Course No.:N/A Other: MS/HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 37 | Instructional Materials | Other Materials Y | It Ends With Us | Colleen Hoover | 9.7815E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains explicit sexual activities; profanity; alcohol and drug use; suicidal ideation; violence; and profanity. | | Grade: 9-12 Course Name:N/A Course No.:N/A Other: HS MEDIA CENTER | Grade: N/A Course Name: N/A Course No.: N/A Other: N/A | N/A | N/A | discontinued from media center due to weeding criteria met, low circulation stats v.s. aquisition date |
| 38 | Instructional Materials | Other Materials Y | Flowers in the Attic | V.C. Andrew | 9.78198E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains sexual activities including rape and incest with minors; and some violence involving child abuse. It is pornographic and obscene. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 39 | Instructional Materials | Other Materials Y | Gone | Lisa McMann | 9.78142E+12 | 6 TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains sexual nudity and sexual activities with a minor. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 40 | Instructional Materials | Other Materials Y | Pumpkinheads | Rainbow Rowell | 9.78125E+12 | 6 TO 12 | N/A | N/A | | N | N | Y | Y | Y | N/A | This graphic novel contains references to sexuality. From start to finish, the boy is running around the pumpkin patch, chasing a girl that he has been wanting for years. Another girl keeps trying to tell the boy that she herself is really into him. It ends with sketches of passionate kissing and touching. Content is obscene. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 41 | Instructional Materials | Other Materials Y | Stealing Heaven | Elizabeth Scott | 9.78006E+12 | 6 TO 12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains sexual activities including minors with adults; wrist cutting; profanity, references to suicide and drug use; and alcohol use involving minors. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 42 | Instructional Materials | Other Materials Y | When Aidan Became a Brother | Kyle Lukoff | 9.78162E+12 | PK to 3 | N/A | N/A | | N | N | Y | Y | Y | N/A | This book contains alternate gender ideologies and is about a preschool age girl who is a child and says she thinks she should be a boy so her parents let her become a boy and change her name while still a preschooler. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 43 | Instructional Materials | Other Materials Y | When I was the Greatest | Jason Reynolds | 9.78144E+12 | HIGH SCHOOL | N/A | N/A | | Y | Y | Y | Y | Y | N/A | This book contains inexplicit sexual activities; mild profanity; and violence. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials Y | All American Boys | Jason Reynolds | 9.78148E+12 | K TO 12 | N/A | N/A | | N | N | Y | Y | Y | N/A | This book contains inflammatory racial and social commentary; profanity; alcohol and drug use; and violence, brutality and beatings. It appears to have been written to incite violence between races and it does not seem to be a desirable thing to invite more riots in our high schools which could be harmful to school age children, teachers, and staff. Content is obscene. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials Y | Julian is a Mermaid | Jessica Love | 9.78076E+12 | K-5 | N/A | N/A | | N | N | Y | Y | Y | N/A | This book contains depictions of alternate gender ideologies where a boy child turns into a girl (mermaid). It introduces the harmful and false idea that a pre-school age boy can easily become a girl and wear pretty dresses. Once this idea is put into a child's brain, it can never be removed. This is obscene. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials Y | Marvin Redpost: Is He a Girl? | Louis Sachar | 9.78068E+12 | 1-4 | N/A | N/A | | N | N | Y | Y | Y | N/A | This book contains references to switching genders. It introduces the harmful and false ideas that a boy can easily become a girl, that if a boy has a soft side, likes to do any activities that a girl likes to do, or likes girls, then he is turning into a girl. Once this idea is out into a child's brain, it can never be removed. This is obscene. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials Y | Wrecked | E.R Frank | 9.78069E+12 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | N/A | Objector states that this book tocuhes on illicit, underage, sexual permissiveness and "alternative lifestyles" | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |