# EXHIBIT B-3

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name:** Brevard

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes __X__ No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials Y | Sold | McCormick, Patricia | N/A | N/A | N/A | N/A | | Y | | Y | | | N/A | Pornographic | | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: | | | Met requirements 1006.40 (3)(c) |
| Instructional Materials | Other Materials Y | The Kite Runner | Hosseini, Khaled | N/A | N/A | N/A | N/A | | Y | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: | | | Met requirements 1006.40 (3)(c) |
| Instructional Materials | Other Materials Y | Slaughterhouse Five | Vonnegut, Kurt | N/A | N/A | N/A | N/A | | Y | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: | | | Met requirements 1006.40 (3)(c) |
| Instructional Materials | Other Materials Y | A Court of Mist and Fury | Maas, S. | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | A Court of Thorns and Roses | Maas, S. | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | The Nowhere Girls | Reed, Amy | N/A | N/A | N/A | N/A | | Y | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | House of Earth and Blood | Maas, S. | N/A | N/A | N/A | N/A | | | | | | | N/A | No Formal Objection | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |
| Instructional Materials | Other Materials Y | What Girls Are Made Of | Arnold, E. | N/A | N/A | N/A | N/A | | | | | | | N/A | No Formal Objection | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |
| Instructional Materials | Other Materials Y | A Court of Wings and Ruin | Maas, S. | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | The Perks of Being a Wallflower | Chbosky, S. | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | A Court of Silver Flames | Maas, S. | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |
| Instructional Materials | Other Materials Y | House of Sky and Breath | Maas, S. | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |
| Instructional Materials | Other Materials Y | The Infinite Moment of Us | Myracle | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |
| Instructional Materials | Other Materials Y | Jesus Land | Scheeres | N/A | N/A | N/A | N/A | | | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: K-12 Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |

| Type of Material | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials Y | Red Hood | Arnold, E. | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | per statutory language discontinued by board action due to a parent not being allowed to continue reading a passage having sexual content during public comment at a board meeting. |
| Instructional Materials | Other Materials Y | A Court of Frost and Starlight | Maas, S. | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | Forever | Blume, Judy | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | Tilt | Hopkins, E. | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | Tricks | Hopkins, E. | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | The Action Bible God's Redemptive Story | Cariello, Sergio | N/A | N/A | N/A | N/A | | | | | | Y | N/A | Inappropriate for grade level and age group | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Met requirements 1006.40 (3)(c) |
| Instructional Materials | Other Materials Y | Bible Stories for Little Angels | Dodd, Sarah | N/A | N/A | N/A | N/A | | | | | | Y | N/A | Inappropriate for grade level and age group | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Met requirements 1006.40 (3)(c) |
| Instructional Materials | Other Materials Y | Living Dead Girl | Scott, Elizabeth | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | This One Summer | Tamaki | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | Beautiful | Reed, Amy | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | Infandous | Arnold, E. | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: K-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Discontinued from use due to statutory language in s.847.001(19) |
| Instructional Materials | Other Materials Y | Not My Problem | Smyth, C | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: | | | Met requirements 1006.40 (3)(c) |
| Instructional Materials | Other Materials Y | People Kill People | Hopkins, E. | N/A | N/A | N/A | N/A | | | | | | Y | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | Damsel | Arnold, E. | N/A | N/A | N/A | N/A | | Y | | Y | | | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | All Boys Aren't Blue | Johnson, George | N/A | N/A | N/A | N/A | | Y | | Y | | Y | N/A | Inappropriate for grade level and age group | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | Breathless | Niven, J | N/A | N/A | N/A | N/A | | Y | Y | Y | | | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | Last Night at the Telegraph Club | Lo, M. | N/A | N/A | N/A | N/A | | Y | | Y | | Y | N/A | Inappropriate for grade level and age group | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | Out of Darkness | Perez, Ashley | N/A | N/A | N/A | N/A | | Y | | Y | | Y | N/A | Inappropriate for grade level and age group | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | The Haters | Andrews, J. | N/A | N/A | N/A | N/A | | Y | | Y | | Y | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | The Kingdom of Little Wounds | Cokal, Susan | N/A | N/A | N/A | N/A | | Y | | Y | | Y | N/A | Depicts or describes sexual conduct | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |
| Instructional Materials | Other Materials Y | Sasaki and Miyanoo | Harusono, Shou | N/A | N/A | N/A | N/A | | Y | | | | | N/A | Pornographic | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending |