# EXHIBIT B-4

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Broward County Public Schools**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes__x___ No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Check all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Check all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (check all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials ☐ | Other materials ☐ | Front Desk | Kelly Yang | 978-338-15782-6 | Grade 4 | N\A | N\A | | ☐ / ☐ | ☐ / ☑ | ☑ / ☑ | ☑ | ☐ | Objection form. I wiuld like to know how this is going to be handled when it comes to HB 7 violations and afterschool book clubs are formed with the principals permission after my specific Objection. I have proof this is the case. I would like to know how this will not trickle into the classroom considering it's specifically for his class. I also think how a book dispute is disclosed to parents and to the children needs to be evaluated. It should never be specifically disclosed that a parent in the only class reading this book had a problem. As the complaints can be filed by any public stakeholder. Telling other parents this is because of a parent allows them to expose the parent and leaves their child vulnerable to bullying and social isolation. That would become this districts responsiblity and liability if a child gets injured or bullied because of disclosure. Disputes from a parent | | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☑ Grade: 4 & Up<br>Course Name:<br>Course No.:<br>Other: | ☐ | ☐ | Does not violate state statute. |
| Instructional Materials ☐ | Other materials ☐ | Kaffir Boy | Mark Mathabane | 978-0-395-85804-2 | All Grades | N/A | N/A | | | | | ☑ | ☐ | pages 118-119 depict a sexual encounter that seems to violate HB 1069 as it relates to pg.12 of HB 1069 section b. (II) Depicts or describes sexual conduct as defined in s.847.001 (19), unless such material is for a course required bys. 1003.46, s. 1003.42 (2) 1.g., ors. 1003.42 (2) (n) 3., or identified by State Board of Education rule. | | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☑ Grade: 11 & 12<br>Course Name:<br>Course No.:<br>Other: | ☐ | ☐ | Content is mature in nature, but it does not violate state statute. |
| Instructional Materials ☐ | Other materials ☐ | Bible | King James Version | 10:0670887978 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012;<br>Violates 847.001(19);<br>Materials are not suited to student needs;<br>Materials are inappropriate grade level | | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☑ | ☐ | Does not violate state statute. |
| Instructional Materials ☐ | Other materials ☑ | All Boys Aren't Blue | George Johnson | 978-0-374-31271-8 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012;<br>Violates 847.001(19);<br>Materials are not suited to student needs;<br>Materials are inappropriate grade level | | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☑ Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: | ☐ | ☐ | Content is mature in nature, but it does not violate state statute. |
| Instructional Materials ☐ | Other materials ☑ | Beyond Magenta | Susan Kuklin | 978-0-7636-7035-1 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012;<br>Violates 847.001(19);<br>Materials are not suited to student needs;<br>Materials are inappropriate grade level | | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☑ Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: | ☐ | ☐ | Content is mature in nature, but it does not violate state statute. |
| Instructional Materials ☐ | Other materials ☑ | Forever | Judy Blume | 1-41693400-6 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012;<br>Violates 847.001(19);<br>Materials are not suited to student needs;<br>Materials are inappropriate grade level | | ☐ Grade:<br>Course Name:<br>Course No.:<br>Other: | ☑ Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: | ☐ | ☐ | Content is mature in nature, but it does not violate state statute. |

| Type of Material (Check all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Check all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (check all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Instructional Materials | ☑ Other materials | Choke | Chuck Palahniuk | 9780385720922 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012; Violates 847.001(19); Materials are not suited to student needs; Materials are inappropriate grade level | | ☑ Grade: All Grades Course Name: Course No.: Other: | ☐ Grade: Course Name: Course No.: Other: | ☐ | ☐ | Content is mature in nature and not suitable for students. |
| ☐ Instructional Materials | ☑ Other materials | Identical | Ellen Hopkins | 978-1-41695006-6 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012; Violates 847.001(19); Materials are not suited to student needs; Materials are inappropriate grade level | | ☐ Grade: Course Name: Course No.: Other: | ☑ Grade: 9-12 Course Name: Course No.: Other: | ☐ | ☐ | Content is mature in nature, but it does not violate state statute. |
| ☐ Instructional Materials | ☑ Other materials | Jack of Hearts and Other Parts | L.C. Rosen | 978-0-316-48053-6 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012; Violates 847.001(19); Materials are not suited to student needs; Materials are inappropriate grade level | | ☑ Grade: All Grades Course Name: Course No.: Other: | ☐ Grade: Course Name: Course No.: Other: | ☐ | ☐ | Content is mature in nature and not suitable for students. |
| ☐ Instructional Materials | ☐ Other materials | Lucky | Alice Sebold | 0-316-09619-9 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012; Violates 847.001(19); Materials are not suited to student needs; Materials are inappropriate grade level | | ☑ Grade: All Grades Course Name: Course No.: Other: | ☐ Grade: Course Name: Course No.: Other: | ☐ | ☐ | Content is mature in nature and not suitable for students. |
| ☐ Instructional Materials | ☐ Other materials | The Handmaid's Tale Graphic Novel | Margaret Atwood | 978-0-385-53924-1 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012; Violates 847.001(19); Materials are not suited to student needs; Materials are inappropriate grade level | | ☑ Grade: All Grades Course Name: Course No.: Other: | ☐ Grade: Course Name: Course No.: Other: | ☐ | ☐ | Content is mature in nature and not suitable for students. |
| ☐ Instructional Materials | ☐ Other materials | Tricks | Ellen Hopkins | 1-41695007-9 | All Grades | N/A | N/A | | ☐ | ☑ | ☑ | ☑ | ☐ | Violates 847.012; Violates 847.001(19); Materials are not suited to student needs; Materials are inappropriate grade level | | ☑ Grade: All Grades Course Name: Course No.: Other: | ☐ Grade: Course Name: Course No.: Other: | ☐ | ☐ | Content is mature in nature and not suitable for students. |