# EXHIBIT B-6

**Library and Instructional Materials Objection Report**

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

1. **School District Name:** Collier County Public Schools

2. **Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes __X__  No _____. If yes, complete item 3.

3. **Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | Title sub | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Para 1 / Graph, meaning "describing" Graph in Greek means CHART | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Under section: READING CHECK there is bias in having the first lesson arrive at SOUTH AMERICA rather than North America, the subject of our study. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | The lessons of geography and history are skewed by using the term "POLITICAL Geography. Using the word "Political" in this study politicizes or insinuates (softens) that hard facts that countries have actual borders measurable in physical existence and recognized by the Law of Nations as a Nation with legal borders. Definition of Political vs National ref Black's Law 4th Edition. Political = policy, admin of gov, state or nation. Exercise of the FUNCTIONS vested in gov! Nothing to do with the broad examination of physical earth and it?s continents, countries, nations, ie the purpose of the class which is CARTOGRAPHY, GEOGRAPHY. Nation = people organized and inhabiting distinct portion of the earth (not necessarily living under the same government or sovereignty). Country = The portion of the earth?s surface occupied by an independent nation or people, or the inhabitants of such territory. Territory = A part of a country separated from the rest, and subject to a particular jurisdiction. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Completely devoid of things we used to see on maps effecting where and how people live as early as kindergarten. Should reflect which geographies produce mining, fishing, lumber, ranching, farming and which crops, oil, shale, etc. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Final Question section, Question #3 Use of the word 'political map' should be changed to Nations, Countries or States maps | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | 1. Migration Routes of the First Americans. Not a biblical world view. Unscientific theory presented as accepted science about the age of the earth and the migration of animal species and mankind after the flood, which was approximately 6000 years ago. Not 2.6 million years etc. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Explore- The Develop of the Mayan Civilization (HOW IS THIS AMERICAN HISTORY?) 1st Paragraph uses the revisionist history reference of C.E. (common era) as opposed to the historically CORRECT reference of A.D. ANNO DOMINI, 3rd Para. uses the grotesquely revisionist history reference of B.C.E. (before common era) as opposed to the historically CORRECT reference of B.C. BEFORE CHRIST | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 6 | Grade 5 Social Studies | 5021071 | | | | | | | | "Websites that end with '.gov' are government websites. Government websites are very reliable." Bias Common knowledge today that govt. websites are/can be highly politicized/ biased/controversial e.g. NIH/CDC: Covid-19 origin; Covid-shot "safety" US Dept of State: "Climate Crisis"   "Outcome Reporting Bias in Government-Sponsored Policy Evaluations: A Qualitative Content Analysis of 13 Studies" https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5045216/ https://library.fvtc.edu/Evaluate/Bias | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Human activities damage the environment in many ways … The cars and trucks on highways add to air pollution. Highways destroy plant and animal habitats. They block the routes of migrating animals." 1. Insufficient balancing info re: air pollution remediation/ wildlife protection; subsequent "People Restore" section only addresses Great Lakes rehabilitation 2. No balance w/ Native American "impact on the environment" as well "Study reveals environment impact of American Indian farms centuries before Europeans arrived in North America" https://insider.si.edu/2011/05/native-americans-were-changing-environment-in-north-america-long-before-european-settlers-arrived/  "Were American Indians Really Environmentalists?" https://mises.org/mises-daily/were-american-indians-really-environmentalists "Managing Game on the Wind River Reservation"https://www.wyohistory.org/encyclopedia/managing-game-wind-river-reservation | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The Maya built enormous stone cities … where they decorated temple-pyramids and palaces."Bias 1. Why this discussion of Mayan culture at all, which never reached within US borders, if not to bias readers in favor of "Native Americans" and against "Europeans"? 2. Only laudatory of Mayan people; no balancing "negative" info, notably Mayan human sacrifice, consistent w/ https://en.wikipedia.org/wiki/Human_sacrifice_in_Maya_culture | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "What Europeans did not know was that the indigenous people who settled there had cared for the land and changed it." "[Indigenous] practiced what we now call a sustainable economy … they did not wear [the environment] out … Europeans … believed that they had the right to own the land and everything on it … They cut down whole forests … killed many animals … Some … became extinct." "[W]hen Benjamin Franklin wanted to learn how a democracy operated, he studied the Iroquois …" "Franklin must have been shocked to find out that Iroquois women had the right to vote." "Europeans thought that indigenous people were wild and uncivilized." Only laudatory of "Native American" practices and condemnatory of "European practices" consistent w/ CRT Bias Even if accurate, Iroquois were not the ONLY society he "studied" for this purpose [ancient, European societies] Bias Purely conjectural/to diminish reader's perception of Franklin, elevate perception of Native Americans? Consistent w/ CRT | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Unsubstantiated remark N.B 2 paragraphs later: "Hernando de Soto … described this region as 'thickly set with great towns'." See Lesson 2 sources above re: Native American environmental harms/lack of "sustainability" with unrestrained hunting; European concept of "private property rights" actually facilitated Native American "sustainability" of natural resources | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Again, why this section, when Aztec culture never reached within US borders? To bias reader in favor of Native American culture? | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | : "Europeans then encouraged African groups to fight their enemies so they could capture more people to enslave in battle." Bias African slavery circumstances were much more complicated than this; its countries had their own slave trade well before "Europeans" engaged them Consistent w/ CRT "Slavery has historically been widespread in Africa … When the … Atlantic slave trade (which started in the 16th century) began, many of the pre-existing local African slave systems began supplying captives for slave markets outside Africa. Slavery in contemporary Africa is still practiced despite it being illegal. https://en.wikipedia.org/wiki/Slavery_in_Africa | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Europeans built relationships with African rulers willing to trade enslaved people. Together, they set up a system in which Africans gathered enslaved people and Europeans sent them to the Americas." Bias As above, bias created with only partial facts | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Many [Aztecs] had already been weakened or killed by smallpox, a contagious disease carried by Europeans … Cort?s claimed their lands for Spain … The Aztec Empire lay in ruins."  Bias REPEATED references to European disease/violence; only passing reference to/no development of Aztec human sacrifice, including of their "indigenous" enemies, who aligned themselves with Cortes, in good part, to be freed of Aztec domination/human sacrifice https://en.wikipedia.org/wiki/Human_sacrifice_in_Aztec_culture Cf. "Isabel of Spain The Catholic Queen" by Warren H. Carroll (1991, 2022)/Christendom College Press | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Native Americans suffered greatly as a result of European exploration … Native Americans were often enslaved … Europeans brought contagious diseases." Bias No mention of any benefits to Native Americans; end of human sacrifice; human dignity recognized per Catholic Christianity; missionaries taught literacy, music, other skills Cf. "Our Lady of Guadalupe and the Conquest of Darkness"/ Warren H. Carroll (1983)/Christendom Press "The Spanish Conquistadors were not impressed with the royal declarations concerning evangelization, but most of their expeditions were accompanied by devout priests and religious who took such counsel to heart." https://www.catholic.com/magazine/print-edition/the-church-and-the-native-americans | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Father White was a Catholic priest who immediately held a mass of thanksgiving" Error Catholic priests "offer" or "celebrate" Mass | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The Spanish would often force native peoples to work in service of the Spanish colonists … forced into slavery … Many of the colonists condemned the Native American way of life …" Bias Again, repeated statements of injury to Native Americans, with little or no balancing "benefits" considered Consistent w/ CRT. Given numerous 300-500 pg. "source" materials cited, it appears virtually impossible to research/verify such statements, particularly for 5th graders Cf. "Isabel of Spain, The Catholic Queen"/Warren H. Carroll (1991, 2022)/Christendom College Press Queen Isabel, many in Catholic Church at the time, opposed slavery/mistreatment of indigenous peoples/Native Americans; ordered that treatment ended/often disobeyed by mercenary explorers | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "However, Puritan women could not vote and were expected to obey their fathers and husbands." Bias Gratuitous reference to women's "obedience;" no sources cited Consistent w/ CRT | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Soon, southern landowners began to replace these workers with Africans they enslaved … . Enslavers inflicted brutal and violent punishments to control the people they enslaved … "Puritans believed that women should obey men … They also believed that women who disobeyed the rules was likely to be punished … Any woman who disobeyed the rules was likely to be punished … Bias Lengthy, deliberately negatively emotional texts re: each colony's African slavery and suffering/little or no balancing details, Bias Lengthy text re: "women's rights"/no balancing details of cultural context at the time. Again - 5th graders have no realistic means of reviewing, challenging, adding to these statements, given the lengthy/complex "sources" cited | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The Portuguese racialized slavery by targeting Africans. "Many Europeans justified their actions by claiming that West Africans were meant to be enslaved and serve them." "Europeans created conflict between groups in Africa to ensure that they had a steady supply of enslaved people with which to grow their colonies." Bias, Continuing inflammatory, highly emotional statements; no balance nature of this Lesson; African countries' slavery/willing participation in slave trade is minimized; principal focus is negative for all Europeans, Consistent w/ CRT, Again - virtually impossible to "fact-check" these details, particularly for 5th graders; instead, intention seems to be to mold their understanding of this period in completely negative terms "Slavery has historically been widespread in Africa … When the … Atlantic slave trade (which started in the 16th century) began, many of the pre-existing local African slave systems began supplying captives for slave markets outside Africa. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | Slavery in contemporary Africa is still practiced despite it being illegal. West Africa… increase of demand for slaves due to the expansion of European colonial powers to the New World made the slave trade much more lucrative to the West African powers, leading to the establishment of a number of actual West African empires thriving on slave trade … When European powers began to stop the Atlantic slave trade, this caused a further change in that large holders of slaves in Africa began to exploit enslaved people on plantations and other agricultural products." https://en.wikipedia.org/wiki/Slavery_in_Africa | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The 6th Amendment … also says that jury members must be impartial … For example, a jury composed of eleven White people and one Black person found a Black man guilty of killing four people in Mississippi. The man was convicted and sentenced to death. In 2019, the Supreme Court threw out the decision because the prosecutor had made efforts to keep Black people off the jury. This violated the defendant? S right to a trial by an impartial jury." Bias, Characterizes this Supreme Ct decision as assuming that white jurors are not/cannot be "impartial" as to black defendants, only black jurors can be impartial in such cases (conversely, black jurors are not/cannot be impartial as to white defendants), Consistent with CRT. How is 5th grade student expected to review this Court opinion and text's characterization of it? | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "In 1876, representatives from Southern states were voted into government. After that, Southern states passed laws that took away African Americans' newly won rights. The people who had formerly been enslaved were said to have been put back "in their place." In the North, things were little better. African Americans could vote. But they were rarely treated as equal citizens." Bias, Incoherent statements: "Voted into" which government - state, fed? "After that" … what relationship to state legislation?  Which "Southern states" - all of them? Unsubstantiated, racially inflammatory opinions. Error, NO. "Living document" is not the view of Constitution, including by many Supreme Ct justices. Instead, many in law/politics are "originalists," in interpreting the Constitution, adhering to its rafters'/adopting legislators' intentions. Term "living document" generally associated with Constitutional interpretation per contemporary ideas/judges' personal opinions/desired outcomes, Left-wing ideologies | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The Constitution has been called a 'living document.' It grows and changes with the times. And so does its meaning, according to the justices of the Supreme Court." Error NO. "Living document" is not the view of Constitution, including by many Supreme Ct justices. Instead, many in law/politics are "originalists," in interpreting the Constitution, adhering to its drafters'/adopting legislators' intentions. Term "living document" generally associated with Constitutional interpretation per contemporary ideas/judges' personal opinions/desired outcomes, Left-wing ideologies https://constitutioncenter.org/the-constitution/white-papers/on-originalism-in-constitutional-interpretation https://en.wikipedia.org/wiki/Living_Constitution https://time.com/5670400/justice-neil-gorsuch-why-originalism-is-the-best-approach-to-the-constitution/ | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "But the Louisiana Purchase was not good for everyone, especially Native Americans. White settlers had long wanted to push Native Americans westward, and this acquisition provided a place to put them." Bias, Broad, unsubstantiated statement disparaging all "white settlers" | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | " … Lewis and Clark met Sacagawea … a young Shoshone woman. Her husband, who also enslaved her." "During the War of 1812, the U.S. government wanted Florida … Enslavers in Georgia were angry because some people who had been enslaved had escaped to Florida." More references to white/European- American "abuses" of Native Americans/ as "enslavers" Consistent w/ CRT | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The Mexican government wanted more settlers in Texas who would … follow the Catholic religion … Mexican officials offered free land in Texas to Americans. The settlers had to promise to obey Mexican laws and to become Catholic." "… many American settlers were enslavers. Mexico allowed settlers to enslave some people, but enslavers worried that Mexico might one day end this practice." Bias Mischaracterization of Catholic-faith element of Mexican land offer Anti-"religious" bias? Again, no ready way for 5th graders to fact-check such an interpretation. On August 18, 1824, the Mexican government passed a new national colonization law. This law allowed foreigners to settle on any vacant public land in Mexico … The 1824 colonization law did not stipulate that immigrants must be Catholic, but other federal law maintained Catholicism as the national religion and prohibited other religious practices. New immigrants were required to obey the laws of the country, which in essence would also be an oath of allegiance to the Catholic faith." https://officialalamo.medium.com/laws-for-promoting-colonization-in-texas-e0efbc79269f | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "The newcomers saw Californios as foreigners rather than as fellow Americans. Many American settlers had little respect for them and ignored Californios' rights as landowners." Bias, Again, white-settler disparagement, abuse of existing non-white occupants Consistent w/ CRT | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material | | Title | Author | ISBN | Grade Level | Course Name | Course Number | Basis for Objection to Material | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. | Other (description) | School District Action on Objection | Removed/Discontinued | Access Limited | Did Not Remove/Discontinue/Limit Access | Pending | Basis for School District Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Most of these Chinese hoped to earn money for their families and then return home. Many people in China were too poor to afford food or farmland." "But many White Americans still saw the Chinese as foreigners because the Chinese looked different … Some Americans accused Chinese workers of taking jobs away from them for less pay." Bias, Per this earlier text itself - these Chinese people were "foreigners" (not just "seen as") and were (likely) taking jobs for lower pay than Americans had been receiving. Unnecessary "racialization" of these circumstances. Consistent with CRT | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "By the 1870s, settlers and gold miners had persuaded the government to force the Nez Perce onto a reservation … then angry young warriors killed some White settlers who had mistreated Native Americans …" Further "white" "hostility" toward Native Americans | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials |
| Instructional Materials, Y | Other Materials | Social Studies Alive! America's Past | Bert Bower | 9781684681006 | 5 | Grade 5 Social Studies | 5021070 | | | | | | | | "Japanese immigrants were met with hostility … In 1913, California passed the Alien Land Law, which prevented people who were ineligible for citizenship from owning land, even if they had purchased it years before. This law excluded most Asian immigrants from owning land." Bias, "Alien Land Law" appears to address "people who were ineligible for citizenship;" nothing specific to Asian immigrants; why not also suggest "understandable" as a general governing principle in CA at that time, i.e. citizen-ownership only? Not necessarily driven by racial animus, but only implication here is that of "racism" toward Asians, Consistent w/ CRT | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | Objective Vocabulary, Vocabulary, good sport, listen, play fairly, share, take turns, talk Benchmarks: Student rights responsibilities in school COMMUNITY. Student characteristics of student citizenship in school COMMUNITY, Responsible ways individuals and groups make decisions! The book mentions We all go to school to learn. But what? Nothing in the introduction about writing, reading, math. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | | 5021030 | | | | | | | The first quiz in this lesson is not about sensible economy, supply and demand with a polite approach to working with others. Rather, it appears to be about changing what parents teach about getting along with people in favor of a communal setting and pavlovian response to authority rather than thinking for ones self or starting a task/assignment and finishing it before being interrupted. In other words it's perfectly pragmatic (and polite) to ask another student wanting to use your markers to wait (wait their turn).  This allows a bright child to accomplish what they set out to do and not be dragged down via interruptions by others who may have a need but must wait or unruly disruptive children that want attention and to bully others.  Yet asking another child to wait is a wrong answer!? Clear bias and brainwashing through repetitive set-up paragraph about 'sharing' and strange emotion to impel a response the authority figure desires. We Share (page 12) continued… We get along by sharing. and how it 'feels' good. If a classmate wants to draw at the same time as you, what should you do? | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | Ask them to wait is a wrong answer!? SHARE THE MARKERS is the right answer!? Yet later (page 20) when the TEACHER is reading (or speaking etc) the children are taught to wait their turn. This is fine but in order for children to be self-governed like all Americans are required to be is to set up limits of personal responsibility on the individual(s); not only authorities of the teacher, who definitely needs to be respected as long as they follow precepts of good stewardship. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material | | Title | Author | ISBN | Grade Level | Course Name | Course Number | Basis for Objection | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct | Not suited to students needs | Inappropriate for grade level | Fails to meet criteria of s. 1006.31(2), F.S. | Other (basis for objection) | School District Action on Objection | Removed/Discontinued | Access Limited | Did Not Remove/Discontinue/Limit Access | Pending | Basis for School District Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | Get along by talking? Feel sad if no one asks us to play? (ignore is being set up as a wrong answer, when I was a kid if someone annoyed or bothered us we were told to ignore them). See #1 where boundaries of personal leadership and autonomy are critical to learning to think for oneself and peacefully deal with others but firmly. This facilitates bright students to remain engaged rather than being interrupted by those who are bored and/or unable to wait their turn etc. I think it?s time to review and critique the BENCHMARKS! Benchmarks themselves must be revised to better reflect a respect for what parents and grandparents teach at home for years before their children attend school and stop trying to brainwash children with repetitive and highly emotive triggers to retrain in accordance with socialist methods and modalities. We must restore basics of learning and instilling the excitement for thinking and discovery, building rugged individualism and merit based scholastic achievement. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | We get along by listening. "feelings" again! Ideas are to be listened to. Children's feelings are subjective and even more capricious than adults and mustn't be the focus of children interacting. Early lessons should teach a child to be independent NOT CO-DEPENDENT and distracted by the emotional upheaval of every feeling of every child around them. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | We get along by taking turns. Unlike lesson 1 where telling someone to wait their turn is wrong, it's now framed as correct when passive and when we are given permission to own a turn. The beginning of authoritive construct but without any formation of individual organization or barriers against highly emotional age-group with easily distracted children promotes chaos and the solution is authority. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | We get along by playing fairly. Early training in fairness (precursor to 'equity'?) other key words are rules, cheat, kindness, | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | We are Good Sports. We get along by being good sports. Not bragging when winning, not being a bad sport if losing. Clearly a set up for participation trophies rather than results or excellence, merit, risk/reward, real world trials. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | We can get along in may ways. share, take turns talk, listen play fair be good sports. When teacher is reading; we listen. See previous concerns about subtle shaping of children learning self-discipline and waiting their turn and not upsetting lessons with ?emotions, feelings? | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Social Studies Alive! My School and Family | Bert Bower | 9781684680962 | 1 | Grade 1 Social Studies | 5021030 | | | | | | | | First source mentioned is websites and internet!; going to library is last. Defining sources. 'Primary sources': A letter or diary written at the time, photo, newspaper (uh oh), a speech, piece of clothing from that time, map from the time. a story told by a person at the time. 'Secondary sources': Written by someone not there at the time. Text books. Encyclopedia. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material | | Title | Author | ISBN | Grade Level | Course Name | Course Number | Basis for Objection | Other (basis for objection) | School District Action on Objection | Removed/Discontinued | Access Limited | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | More subliminal references like, if you?re curious about lions look for a book on Africa, that's nice but it's clearly a another subliminal reference to any and everything foreign when in first grade we want our children to be focused on interesting characteristics of all things AMERICA / United States. PRIMARY SOURCES: Wow, everything written, or a story told ?at the time? (except?. The bible)? Newspapers are a primary source!? Not even the news section is primary sourced these days but a child might see an editorial piece but because it?s in a ?newspaper? and mistakenly believe it?s primary sourced info! A speech (without context a speech is only a primary source of one persons view, opinion etc which could be primary source of that persons viewpoint but not necessarily of historical, geographical, economical facts. SECONDARY SOURCES: ?. writings of someone ?not there?. Includes Text Books, Encyclopedia!? My SUMMARY- throw out the Teachers Curriculum Institute materials and use HILLSDALE COLLEGE CURRICULUM. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | paragraph 1.  "You may wonder if the study of economics is worth your time and effort, but it helps in many ways, especially as member of our communities and as global citizens."  Aside from the poor grammar, this book is supposedly being written for students in Florida.  The author should use the term "American citizens" instead of global citizens.  There is no such thing as legal global citizenship. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials.  Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | sustainability is a marxist ideology and part of Agenda 2030. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials.  Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | "Weather affects coffee bean output.  What affect do you think climate change could have on coffee output?"  The reference to weather is fine since crops succeed in good weather and fail in bad weather (cold, drought, floods, etc.).  Climate change, on the other hand, is unsettled science, AND it is a marxist ideology.  Indoctrination has no place in the classroom. | | Grade: 12 Course Name: Economics Course No.: 2102310, 2102320 Other: This question no longer appears in the program. It was revised as part of the State of Florida's review process. The reviewer may be using a 1st printing sample that is not intended for classroom use and does not reflect changes made during the state review process. McGraw Hill changed this question in the textbook to the following question: "What factors have affected the supply of coffee in the United States? What other factors not mentioned above do you think could affect the supply or the price of coffee?" | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials.  Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | "You and a partner have been asked to deliver a promotional presentation to attract investors for your company, which produces a cost-efficient electric car.  You have a patent on the technology you want to develop, and your research indicates that in 10 years? time, the price of gasoline will have quadrupled. Plan your presentation by posing the following questions to your audience, and providing answers: Why should you invest in electric car technology now? How will the rising price of gasoline affect demand for existing cars? Will the demand for electric cars shift to the left or right in the future?"  There is BIAS in favor of electric vehicles, which currently undergoing scrutiny by the automotive industry.  Where is the proof that gasoline will quadruple in price? | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials.  Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |

| Type of Material | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | "Should it be legal to raise prices on basic items needed for survival during natural disasters or other emergencies?" This is a misleading question aimed at disparaging free enterprise. Florida law already prohibits price gouging during declared disasters and emergencies. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | "Even the change from gas guzzlers to higher mileage gas vehicles did not stop there. Automakers began to look for new ways to power vehicles with electricity instead of gasoline. Tesla was the first to do this successfully, with Ford and General Motors quickly following. The tepid pace of converting internal combustion-driven vehicles over to battery-powered ones soon became a torrent with Volkswagen and Toyota, the world's two largest car manufacturers in 2021, announcing plans to go electric or mostly electric after the year 2030." There is BIAS in favor of electric vehicles, which currently undergoing scrutiny by the automotive industry. Manufacturers are currently scaling back their transition to EV. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | This is outrageous. It is provocative and only presents one socialist DEI opinion, plus the fact that it is NOT at all representative of the American experience today. I STRONGLY object to including this yellow journalism from over 100 years ago. There is NO reason other than DEI indoctrination and Critical Theory to include this emotional piece of literature in an economics text. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | "Supply-side economics was developed by former Wall Street Journal writer Jude Wanniski..." While Mr. Wanniski may have coined the term "supply-side eonomics", it was economist Arthur Laffer, creator of the legendary Laffer Curve, who developed the policy of supply-side economics that was implemented by President Ronald Reagan in the 1980s. This book promotes a preference for demand-side economics and globalism, yet fails to explore, in a significant way, the dangers posed by a massive federal debt and large trade deficits on the American economy. | | Grade: 12 Course Name: Economics Course No.:2102310, 2102320 Other: McGraw-Hill acknowledges the text attribution of the term "supply-side economics" to Jude Wanniski is uncertain. The New York Times attributed the term to Mr. Wanniski (see: https://www.nytimes.com/2005/08/31/business/jude-wanniski-69-journalist-who-coined-the-term-supplyside.html) but Robert D. Atkinson's book Supply-Side Follies, attributes the term to Herbert Stein, a former economic adviser to President Nixon. Because the state of Florida permits publishers to make edits to adopted programs to correct typographical and other minor errors, we will revise the text to remove reference to Mr. Wanniski and simply note that President Reagan adopted supply-side economics in his 1980s presidential administration. | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | "President Ronald Reagan's tax cut lowered revenues." The tax cuts implemented under President Reagan produced revenue increases, thereby validating the Laffer curve. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | "Debt ensures stability by allowing crucial government programs to continue during hard times." This statement an opinion. Debt does NOT ensure stability. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval |

Exhibit B-6

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials, Y | Other Materials | Economics, Florida Edition | Gary E. Clayton, Ph.D. | 9781264630697 | 9-12 | Economics | 2102310 | | | | | | | | "Laffer Curve (proved false)". The Laffer Curve has NOT been proven to be false. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove | | Special Board Meeting held on April 15, 2024 to hear objections to instructional materials. Board voted unanimously to afirm prior approval for purchase social studies materials as recommended by the Social Studies Instructional Materials workgroups. |
| Instructional Materials | Other Materials, Y | A Court of Silver Flames | Sarah J. Maas | 1526602318 | High School Media Centers | N/A | N/A | | Y | Y | Y | | Y | | | | Library Media collections from Barron Collier High School & Lorenzo Walker High School | | | | District reviewed this title and determined that based on the sexual content contained in the book, it was not suitable to be accessed by our CCPS students. |
| Instructional Materials | Other Materials, Y | Lucky | Alice Sebold | 1501171631 | High School Media Centers | N/A | N/A | | Y | Y | Y | | Y | | | | Library Media collections from Golden Gate High School, Immokalee High School, Lely High School & Naples High School | Grade: Course Name: Course No.: Other: | | | District reviewed this title and determined that based on the sexual content contained in the book, it was not suitable to be accessed by our CCPS students. |
| Instructional Materials | Other Materials, Y | Red Hood | Elana Arnold | 978-0-06-274235-3 | High School Media Centers | N/A | N/A | | Y | Y | Y | | Y | | | | Library Media collections from Palmetto Ridge High School. | Grade: Course Name: Course No.: Other: | | | District reviewed this title and determined that based on the sexual content contained in the book, it was not suitable to be accessed by our CCPS students. |
| Instructional Materials | Other Materials, Y | Took | Mary Downing Hahn | 9780544551534 | Elementary, Middle, and High School Media Centers | N/A | N/A | | | | | | Y | | Objector noted: smoking, kidnaping, cannibalism, beating children that are held captive, and Satanic Witchcraft | | | | Did Not Remove | | Board recommended at the 7/31/23 meeting that they would uphold the committee recommendation to remain in all Media Centers. |
| Instructional Materials | Other Materials, Y | The Witches: The Graphic Novel | Roald Dahl | 9781338677430 | Elementary, Middle School Media Centers | N/A | N/A | | | | | | | | | | | Access Limited | | | Board recommended on 7/31/23 that the book remains at all levels and only requiring parent permission at the Elementary level. |
| Instructional Materials, Y | Other Materials | A Survey of Mathematics with Applications | Savvas Learning Company | 9780137409099 | High School | Mathematics for College Liberal Arts | 1207350 | | | | | | Y | | | | | | Did Not Remove | | Spoke with the objector over the phone. The objector chose to withdraw the objection after our conversation. We explained that the objections that she referenced were outside the scope and sequence of the course. The objections that she had were all within the same chapter of the textbook, Chapter 14, Voting and Appointment. This chapter was not part of the benchmarks for the course from the Florida Department of Education. After explaining to her that the entire chapter was not a part of the curriculum guide or state benchmarks and therefore would not be included in the instruction of the course, she withdrew her objections. |