# EXHIBIT B-9

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Flagler County**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes__X___ No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials (Y, portions potentially could be used for instructional purposes) | Other Materials (Y portions) | The Holy Bible | Unknown | 0-452-00647-3 | K-12 | N/A | N/A | | Y | Y | Y | Y | Y | Bible chapters and verses in support of this book's inappropriateness for students of a certain age throughout the Flagler County school system. Examples of Sexually Explicit passages (including incest, rape, prostitution, etc.) Genesis 19:30 Ezekiel 23:18-21 Genesis 19:5 Genesis 9:20-27 Genesis 38:8-10 Genesis 20:11-12 Solomon's Song of Songs 7 Judges 21 Judges 19 Hosea 1-3 Ezekiel 16-23 Samuel 18:20-30 Exodus 4:25 Deuteronomy 22:22-23 Deuteronomy 25:11-12 Leviticus 20:11 | Numerous mentions of explicit violence, sexual content, including sexual violence. It does not have any support for other major religions in the world. (Judism and Muslim). This is an out dated book that should have not been on the shelf of a school to begin with. Seeing as it is a religious text for a public government funded school. If only christian religious texts are carried than it is clearly not objective or keeping church and state seprate. Not to also mention the bible is not a book that schools. This book has it's place and a public school is not one of them. This violates the first amendment seeing as other religious books are not included in the library. Exposure to the promotion of violence, exposure to sexually explicit material, condoning anti-gay violence. Given the extent of inappropriate material throughout the book, it is difficult, without redaction, to find overall redeeming value. It does not have any support for other major religions in the world. (Judism and Muslim). This is an out dated book that should have not been on the shelf of a school to begin with. Seeing as it is a religious text for a public government funded school. If only christian religious texts are carried than it is clearly not objective or keeping church and state seprate. Not to also mention the bible is not a book that schools should be carrying in the first place no matter the religion unless the school is a private religious school. I believe that if this book is continued to be offered that people will continue to quote wrong bible quotes (Leviticus 18:22) which is not man shall not lie with man. It orginally was for incest and can be orginally translated to man shall not lie with boy (pedophilia). | | Grade: Course Name: Course No.: Other:  N/A | Grade: Course Name: Course No.: Other:  N/A | Did Not Remove | | N/A | The Bible could be used for instructional purposes since it is referenced in the resources and standards that are provided by the Florida Department of Education. Portions of The Bible are references in the B.E.S.T. reading lists in grades 7, 10 and 11. The Bible is referenced as a resource in a standard that can be used when teaching ELA benchmark ELA.R.3.3 (comparative reading of literary religious texts). |