# EXHIBIT B-10

5. School District Name: Gilchrist

6. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
Yes _X_  No _____. If yes, complete item 3.

7. Information about Objection: (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials - N/A | Other Materials - Y | Drama | Raina Telgemeier | 978-0545326995 | 5th | N/A | N/A | | N/A | N/A | N/A | N/A | Y | N/A | Parents objected to content which they believed conveyed mature themes that are not appropriate for children of elementary age. | | Grade: 5 Course Name: Course No.: Other: one 5th grade classroom library | Grade: N/A Course Name: Course No.: Other: | N/A | N/A | After reviewing the objection and the specific content, the school-based committee agreed that the material was not appropriate for a 5th grade classroom library. |