# EXHIBIT B-11

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida

1. **School District Name: Hernando**

2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to

3. **Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/Discontinue/Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Looking for Alaska | John Green | 9780525475064 | 6-8 | N/A | N/A | | | | | | | | | | | | | | The book is no longer in circulation. Book was removed in 21/22 school year. Notified Complainant - not moving forward. |
| Instructional Materials | Other Materials | The Absolutely True Diary of a Part-Time Indian | Sherman Alexie | 9780316013680 | K-5 and 6-8 | N/A | N/A | | | | | | | | | | | | | | 2 Objections Filed for this book by same complainant for two schools. The book is no longer in circulation in either school. Both books were removed in January of 2022. Notified Complainant not moving forward. |
| Instructional Materials | Other Materials | It's So Amazing | Robie H. Harris | 9780763613211 | K-5 | N/A | N/A | | | | | | Y | | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | 1 Objection Filed. School Committee Vote: 7-0 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Perks of Being a Wallflower | Stephen Chbosky | 0671027344 | 9-12 | N/A | N/A | | | | | Y | Y | | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 4-1 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Thirteen Reasons Why | Jay Asher | 9780605408135 9781595141880 | K-8 and 6-8 | N/A | N/A | Y | | | | | Y | | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 5-0 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | And Tango Makes Three | Justin Richardson and Peter Parnell | 9780689878459 | K-5 | N/A | N/A | | | | | | | | Content is "ripe with sexual identity politics which violates both H.B. 1557 and H.B. 1069". | | | | | Y | 1 Objection Filed. School Committee Vote: 8-1 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | The Handmaid's Tale | Margaret Atwood | 0791075699 - Blooms Guide 9780385539241- Graphic Novel (Neither match the book) | 9-12 | N/A | N/A | | | | | | | | | | | | | | 2 Objections Filed for this book in two schools and neither school had this book. Notified Complainant that paperwork submitted was for The Handmaid's Tale novel and that the book is not in either school. ISBN given matched The Bloom's Guide for The Handmaid's Tale in one school and The Handmaid's Tale Graphic Novel for the other. |
| Instructional Materials | Other Materials | The Handmaid's Tale | Margaret Atwood | 038549081X | 9-12 | N/A | N/A | | | | | Y | Y | | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 4-3 Remove Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | The Handmaid's Tale: Graphic Novel | Margaret Atwood (adapted by Renee Nault) | 9780385539241 | 9-12 | N/A | N/A | | | | | Y | Y | | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | 1 Objection Filed. School Committee Vote: 4-1 Remove Board Vote: 4-1 Remove |
| Instructional Materials | Other Materials | Julian Is A Mermaid | Jessica Love | 9780763690458 | K-5 | N/A | N/A | | | | | | | | Content is "ripe with sexual identity politics which that seek to indoctrinate or groom students". | | | | | Y | 1 Objection Filed. School Committee Vote: 8-1 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | The Family Book | Todd Parr | 9780316070409 | K-5 | N/A | N/A | | | | | | | | "content which contains sexual identity politics" | | | | | Y | 1 Objection Filed. School Committee Vote: 9-0 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | This Day in June | Gayle E. Pitman | 9781433816581 | K-5 | N/A | N/A | | | | | | | | "content which contains sexual identity politics that is being exposed to very young children without the consent or knowledge of parents" | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-4 Remove Board Vote: 5-0 Remove |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Boy2Girl | Terance Blacker | 374309264 | 6-8 | N/A | N/A | | | | | | | | | | | | | | The book is no longer in circulation. Book was discarded on 7/18/23. Notified Complainant-not moving forward. |
| Instructional Materials | Other Materials | Drama | Raina Telgemeier | 545326990 | K-5 | N/A | N/A | | | | | | | | "content which contains age-inappropriate sexual identity politics and gender fluid/dysphoric ideologies that are being exposed to very young children without the consent or knowledge of parents" | | | Grade: K-5 Course Name: Course No.: Other: Young adult section and require parental consent for K-5 schools. | | | 1 Objection Filed. School Committee Vote: 5-2 Limit Access to young adult section and require parental consent. Board Vote: 3-2 Limit Access to young adult section and require parental consent. |
| Instructional Materials | Other Materials | The Hate You Give | Angie Thomas | 9780062498533 | K-8 | N/A | N/A | | | | | | | | "content which contains age-inappropriate sexual identity politics and gender fluid/dysphoric ideologies that are being exposed to very young children without the consent or knowledge of parents" | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 6-1 Limit Access to high school section in library and require parental permission. Board Vote: 3-2 REMOVE. |
| Instructional Materials | Other Materials | Push | Sapphire | 9780679766759 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 3-2 Limit Access to special section requiring parental consent and available for those 18 years old. Board Vote: 5-0 REMOVE. |
| Instructional Materials | Other Materials | A Court of Frost and Starlight | Sarah J. Maas | 9781635575613 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-0 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Beloved | Toni Morrison | 0452264464 037540273X 0394535979 1400033411 0307264882 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 4 Objections Filed for this book by same complainant for four schools. School Committee Vote: 4-1 Keep Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | The Bluest Eye | Toni Morrison | 0375411550 | 9-12 | N/A | N/A | | | | | Y | Y | | | | | Grade: 9-12 Course Name: Course No.: Other: College level courses and/or adult students. | | | 2 Objections Filed for this book by same complainant for two schools. One challenge did not move forward due to paperwork. Notified the complainant. One challenge moved forward. School Committee Vote: 7-0 Limit Access to college level courses and/or adult students. Board Vote: 3-2 Limit Access to college level courses and/or adult students. |
| Instructional Materials | Other Materials | Two Boys Kissing | David Levithan | 978037597 9780307931900 | 9-12 | N/A | N/A | | | | | Y | Y | | | | | | Y | | 1 Objection Filed. School Committee Vote: 5-1 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | The Lovely Bones | Alice Sebold | 0316168815 0316666343 9780316044400 | K-8 and 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 4 Objections Filed for this book by same complainant for four schools. School Committee Vote: 6-1 Limit Access parental permission Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Speak: The Graphic Novel | Laurie Halse Anderson | 9780374300289 | 9-12 | N/A | N/A | | | | | Y | Y | | | | | | Y | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 5-2 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | Eleanor and Park | Rainbow Rowell | 9781250012579 1250012570 | K-8 and 9-12 | N/A | N/A | | | | | Y | Y | | | | | | Y | | 5 Objections Filed for this book by same complainant for five schools. School Committee Vote: 4-1 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | Stamped: Racism, Antiracism, and You | Jason Reynolds and Ibram X. Kendi | 9780316453691 | 9-12 | N/A | N/A | | | | | | | | "contains: controversial racial, historical, and social commentary" | | | | Y | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 7-0 Keep Board Vote: 3-2 Keep |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | The Black Friend: On Being a Better White Person | Frederick Joseph | 9781536217018 | 9-12 | N/A | N/A | | | | | | | | "teaches young adults about the ideologies of white privilege, anti-racism, cultural appropriations, and others" | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 3-1 Keep Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | All the Things We Do in the Dark | Saundra Mitchell | 9780062852595 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-2 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | America | E.R. Frank | 689847297 | 9-12 | N/A | N/A | | | | | Y | Y | | | | | | | Y | 1 Objection Filed. School Committee Vote: 6-1 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | Sold | Patricia Mc Cormick | 0786851716 9780786851713 0786851724 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 3 Objections Filed for this book by same complainant for three schools. School Committee Vote: 5-2 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | The Poet X | Elizabeth Acevedo | 9780062662804 | 9-12 | N/A | N/A | Y | | | | Y | Y | | | | | Grade: 9-12 Course Name: Course No.: Other: | | | 1 Objection Filed. School Committee Vote: 6-1 Limit Access to grades 9-12. Board Vote: 3-2 Limit Access to Grades 9-12. |
| Instructional Materials | Other Materials | All American Boys | Jason Reynolds and Brendan Kiely | 9781481463331 | 6-8 and 9-12 | N/A | N/A | | | | | | Y | | "inflammatory racial and social commentary; police profiling, heavy profanity; alcohol and drug use; violence, police brutally, and promotion of Black Lives Matter" | | | | | Y | 5 Objections Filed for this book by same complainant for five schools. School Committee Vote: 4-0 Keep Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | Damsel | Elana Arnold | 9780062742322 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-0 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Beyond Magenta | Susan Kuklin | 9780763656119 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 5-1 Keep Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | Homegoing | Yaa Gyasi | 1101947136 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-1 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | The Truth About Alice | Jennifer Mathieu | 978159643 9781596439092 9781250063021 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 4 Objections Filed for this book by same complainant for four schools. School Committee Vote: 3-2 Keep Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | Red Hood | Elana Arnold | 9780062742353 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-0 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Man O' War | Cory Mc Carthy | 9780593353707 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-1 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Cemetery Boys | Aiden Thomas | 9781250250469 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-0 Keep Board Vote: 4-1 Remove |
| Instructional Materials | Other Materials | Felix Ever After | Kacen Callender | 9780062820259 | 9-12 | N/A | N/A | | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 3-2 Remove Board Vote: 5-0 Remove |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | The Passing Playbook | Isaac Fitzsimons | 9781984815408 | 9-12 | N/A | N/A | | | | | | | | | | | | | Incorrect paperwork-Title of book on paperwork didn't match what was in Alexandria. Notified Complainant-not moving forward. |
| Instructional Materials | Other Materials | Spinning | Tillie Walden | 9781626727724 9781626729407 | 9-12 | N/A | N/A | | | | Y | Y | | | | | | Y | | 2 Objections Filed for this book by same complainant for two schools. One challenge did not move forward due to book being discarded 7/20/23. Notified the complainant. One challenge moved forward. School Committee Vote: 5-0 Keep. Board Vote: 3-2 Keep |
| Instructional Materials | Other Materials | Queen of Shadows | Sarah Maas | 9781619636064 9781619636040 | K-8 6-8 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 4 Objections Filed for this book by same complainant for four schools. 2 at Middle School and 2 at High School Level. High School Committee Vote: 4-1 Keep. Middle School Committee Vote: 5-0 Keep Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Life Is Funny | E.R. Frank | 0142300837 078942634X | K-8 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 2 Objections Filed for this book by same complainant for two schools. 1 at Middle School and 1 at High School Level. High School Committee Vote: 6-1 Keep. Middle School Committee Vote: 7-0 Limit Access to 8th Grade Only. Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Forever | Judy Blume | 689849737 0671695304 1416934006 | K-8 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 4 Objections Filed for this book by same complainant for four schools. One challenge did not move forward due to paperwork. Notified the complainant. Three challenges moved forward. School Committee Vote: 5-2 Keep Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Marvin Redpost: Is He a Girl? | Louis Sachar | 0679819487 9780679819486 0679919481 | K-5 and K-8 | N/A | N/A | | | | | | | | | | | | | 4 Objections Filed for this book by same complainant for four schools. None of the challenges moved forward. This book was already challenged in the 2022-23 school year. The books were discarded due to board vote. |
| Instructional Materials | Other Materials | Fade | Lisa Mc Mann | 9781416974482 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 3-2 Keep Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | The Haters | Jesse Andrews | 9781613129487 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 6-1 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Chosen | P.C. Cast and Kristin Cast | 9780312360306 | 6-8 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 2 Objections Filed for this book by same complainant for two schools. School Committee Vote: 4-3 Keep. Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Little and Lion | Brandy Colbert | 9780316349000 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-1 Keep Board Vote: 4-1 Remove |
| Instructional Materials | Other Materials | The Year of the Flood | Margaret Atwood | 0385528779 | 9-12 | N/A | N/A | | | | | | | | | | | | | The book is no longer in circulation. Book was discarded on 8/25/23. Notified Complainant-not moving forward. |
| Instructional Materials | Other Materials | Oryx and Crake | Margaret Atwood | 0385721676 | 9-12 | N/A | N/A | | | | | | | | | | | | | The book is no longer in circulation. Book was discarded on 8/25/23. Notified Complainant-not moving forward. |
| Instructional Materials | Other Materials | Nineteen Minutes | Jodi Picoult | 0743496728 9780743496735 0743496736 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 3 Objections Filed for this book by same complainant for three schools. Two challenges did not move forward due to paperwork. Notified the complainant. One challenge moved forward. School Committee Vote: 7-0 Keep Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Opposite of Innocent | Sonya Sones | 9780062370310 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-2 Keep Board Vote: 3-2 Remove |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | | | | | | | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | | | | | | |
| Instructional Materials | Other Materials | Tower of Dawn | Sarah Maas | 9781681195773 | K-8 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 2 Objections Filed for this book by same complainant for two schools. 1 at K-8 and 1 at High School Level. High School Committee Vote: 3-2 Keep. Middle School Committee Vote: 6-0 Limit Access to 8th Grade Only. Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | The Kite Runner | Khaled Hosseine | 1594489602 0743545230 1594480001 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 3 Objections Filed for this book by same complainant for three schools. School Committee Vote: 7-0 Keep Board Vote: 3-2 Remove. |
| Instructional Materials | Other Materials | Boy Toy | Barry Lyga | 0547076347 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-2 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Dime | E.R. Frank | 9781481431606 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-1 Keep Board Vote: 3-2 Remove |
| Instructional Materials | Other Materials | House of Earth and Blood | Sarah Maas | 9781635574043 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-1 Remove Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Kingdom of Ash | Sarah Maas | 9781619636101 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-1 Keep Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | A Court of Thorns and Roses | Sarah Maas | 9781635575552 9781619634442 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 5-0 Keep Board Vote: 5-0 Remove |
| Instructional Materials | Other Materials | Beautiful | Amy Reed | 9781416978312 | 9-12 | N/A | N/A | | | | Y | Y | | | | Grade: K-12 Course Name: Course No.: Other: All Schools | | | | 1 Objection Filed. School Committee Vote: 4-1 Remove Board Vote: 5-0 Remove |