# EXHIBIT B-13

**Library and Instructional Materials Objection Report**

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1.  School District Name: Indian River**

**2.  Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes__X___   No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Disconti nued (required: Identify where material was removed/disconti nued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Drama | Telgemeier, Raina | 9780545326988 | Elementary and Middle Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Dime | Frank, E.R. | 9781481431606 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | The Assassin's Blade: The Throne of glass novellas | Maas, Sarah | 9781619635173 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Fallout | Hopkins, Ellen | 9781416950097 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Collateral: A Novel | Hopkins, Ellen | 9781451626377 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Homegoing: A Novel | Gyasi, Yaa | 9781101971062 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Living Dead Girl | Scott, Elizabeth | 9781416960607 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Sold | McCormick, Patricia | 0786851716 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | The Female of the Species | McGinnis, Mindy | 9780062320896 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | The Duff | Keplinger, Kody | 9780316381802 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Grown | Jackson, Tiffany | 9780062840356 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Unravel Me | Mafi, Tahereh | 9780062085535 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Tricks | Hopkins, Ellen | 9781416950073 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Grasshopper Jungle: A History | Smith, Andrew | 9780525426035 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Shine | Myracle, Lauren | 9780810984172 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Throne of Glass | Maas, Sarah | 9781619630345 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | A Court of Wings and Ruin | Maas, Sarah | 9781619635203 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Looking for Alaska | Green, John | 9780142402511 | Secondary Schools | | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |

**Exhibit B-13**

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Disconti nued (required: Identify where material was removed/disconti nued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Tilt | Hopkins, Ellen | 9781416983309 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Extremely Loud and Incredibly Close | Foer, Jonathan | 9780618711659 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Tower of Dawn | Maas, Sarah | 9781681199221 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Fade | McMann, Lisa | 9781416974482 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | The Handmaid's Tale | Atwood, Margaret | 0395404258 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Me and Earl and the Dying Girl | Andrews, Jesse | 9781419719462 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Kingdom of Ash | Maas, Sarah | 9781619636125 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | 13 Reasons Why | Asher, Jay | 9781595141880 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Glass | Hopkins, Ellen | 9781416940913 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | The Bluest Eye | Morrison, Toni | 0452282195 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | America: A Novel | Frank, E.R. | 0689847297 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Go Ask Alice | Anonymous | 9781416914631 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Crank | Hopkins, Ellen | 9781442471818 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Concrete Rose | Thomas, Angie | 9780062846716 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Life is Funny: A Novel | Frank, E.R. | 078942634X | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Perfect | Hopkins, Ellen | 9781416983248 | Secondary Schools | N/A | N/A | | | | | | | | House Bill 1069/School Board Action | | Grade: Course Name: Course No.: Other: Library Media Center | | | | House Bill 1069/School Board Action |
| Instructional Materials | Other Materials | Push: A Novel | Sapphire | 9780679766759 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Vampire Academy | Mead, Richelle | 9781595141743 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Glass Castle: A Memoir | Wall, Jeanette | 0743247531 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Berlin Boxing Club | Sharenow, Rob | 9780061579684 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Hate U Give | Thomas, Angie | 9780062498533 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Black Flamingo | Atta, Dean | 9780062990303 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Indian River.xlsx Tab 1  Page 2 of 4**

**Exhibit B-13**

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Real Live Boyfriends : Yes, Boyfriends, Plural ; If My Life Weren't Complicated--I Wouldn't Be Ruby Oliver | Lockhart, E. | 9780385734288 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | This One Summer | Tamaki, Mariko | 9781626720947 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Kite Runner | Hosseini, Khaled | 1573222453 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Truth About Alice | Mathieu, Jennifer | 9781250063021 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Vincent Boys | Glines, Abbi | 1442485264 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Nineteen Minutes: A Novel | Picoult, Jodi | 9780743496728 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Little & Lion: A Novel | Colbert, Brandy | 9780316349000 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Spinning | Walden, Tillie | 9781626727724 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Perks of Being a Wallflower | Chbosky, Stephen | 0671027344 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Speak: The Graphic Novel | Anderson, Laurie Halse | 9780374300289 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | A Bad Boy Can Be Good for a Girl | Stone, Tanya Lee | 0385747020 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Lush | Friend, Natasha | 9780439853477 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Eleanor & Park | Rowell, Rainbow | 9781250012579 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Gossip Girl: A Novel | Von Ziegesar, Cecily | 9780316910330 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Betrayed: A House of Night Novel | Cast, P.C. | 9780312360283 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Untamed: A House of Night Novel | Cast, P.C. | 9780312379834 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Ready or Not: An All-American Girl | Cabot, Meg | 9780060724504 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Rainbow Boys | Sanchez, Alex | 0689841000 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | City of Heavenly Fire | Clare, Cassandra | 9781442416895 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Poet X | Acevedo, Elizabeth | 9780062662804 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Perfect Chemistry | Elkeles, Simone | 9780802798220 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Exhibit B-13**

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Disconti nued (required: Identify where material was removed/disconti nued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | The Carnival at Bray | Foley, Jessie Ann | 0989515591 | High School | N/A | N/A | ▮ | | | Y | | | | | ▮ | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | A Certain Slant of Light | Whitcomb, Laura | 0329440810 | High School | N/A | N/A | ▮ | | | Y | | | | | ▮ | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Draw Me a Star | Carle, Eric | 0399218777 | Elementary School | N/A | N/A | ▮ Y | | | | | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | (Disclaimer "Illustrations have been altered to ensure the provisioning of age-appropriate content.") |

**Exhibit B-13**

**Library and Instructional Materials Objection Report**

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Indian River**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes__X___ No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | The Opposite of Innocent | Sones, Sonya | 9780062370310 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | My Sister's Keeper: A Novel | Picoult, Jodi | 9780743454537 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Bait | Sanchez, Alex | 9780329785031 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Someone I Used to Know | Blount, Patty | 9781492632818 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Tenth Circle | Picoult, Jodi | 9780743496704 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Nowhere Girls | Reed, Amy | 9781481481731 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | What We Saw | Hartzler, Aaron | 9780062338747 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Blood Water Paint | McCullough, Joy | 9780735232112 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Leah on the Offbeat | Albertalli, Becky | 9780062643803 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | A Court of Thorns and Roses | Maas, Sarah | 9781619635180 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Impulse | Hopkins, Ellen | 9781416903574 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Where I End & You Begin | Norton, Preston | 9781484798355 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | On the Bright Side, I'm Now the Girlfriend of a Sex God: Further Confessions of Georgia Nicolson | Rennison, Louise | 0064472264 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Slaughterhouse-five | Vonnegut, Kurt | 0440180295 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | All the Things We Do in the Dark | Mitchell, Saundra | 9780062852595 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Empire of Storms | Maas, Sarah | 9781619636095 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Neanderthal Opens the Door to the Universe | Norton, Preston | 9781484798683 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Persepolis | Satrapi, Marjane | 0375422307 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Indian River.xlsx Tab 2  Page 1 of 4**

**Exhibit B-13**

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Ask the Passengers | King, A.S. | 9780316194686 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Burned | Hopkins, Ellen | 1416903542 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Chosen: A House of Night Novel | Cast, P.C. | 0312360304 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Heroine | McGinnis, Mindy | 9780062847201 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Identical | Hopkins, Ellen | 9781416950066 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Native Son | Wright, Richard | 9780060929800 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Ramona Blue | Murphy, Julie | 9780062418357 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Lovely Bones: A Novel | Sebold, Alice | 0316168815 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Upside of Unrequited | Albertalli, Becky | 9780062348708 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Wicked: The Life and Times of the Wicked Witch of the West: A Novel | Maguire, Gregory | 0060391448 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Clockwork Princess | Clare, Cassandra | 9781416975908 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Angus, Thongs, and Full-Frontal snogging: Confessions of Georgia Nicolson | Rennison, Louise | 0064472272 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Fable | Young, Adrienne | 9781250254368 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Crown of Midnight | Maas, Sarah | 9781619630642 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Queen of Shadows | Maas, Sarah | 9781619636064 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Flirtin' with the Monster: Your Favorite Authors on Ellen Hopkins' Crank and Glass | Hopkins, Ellen | 9781933771670 | High School | N/A | N/A | | | | | | | | Material removed as the referenced titles, Crank and Glass, were removed. | | Grade: Course Name: Course No.: Other: Library Media Center | | | | Material removed as the referenced titles, Crank and Glass, were removed. |
| Instructional Materials | Other Materials | Grit | French, Gillian | 9780062642554 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Shiver | Stiefvater, Maggie | 9780545123273 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Handle with Care: A Novel | Picoult, Jodi | 9780743296410 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Change of Heart: A Novel | Picoult, Jodi | 9780743496742 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | House Rules: A Novel | Picoult, Jodi | 9780743296434 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Keeping Faith: A Novel | Picoult, Jodi | 9780060878061 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Exhibit B-13**

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Lone Wolf: A Novel | Picoult, Jodi | 9781439102749 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Mercy | Picoult, Jodi | 0743422449 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Pact: A Love Story | Picoult, Jodi | 006085880X | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Perfect Match | Picoult, Jodi | 0743418735 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Plain Truth: A Novel | Picoult, Jodi | 0671776126 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Salem Falls | Picoult, Jodi | 9780743418713 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Second Glance: A Novel | Picoult, Jodi | 9780743454513 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Songs of the Humpback Whale: A Novel in Five Voices | Picoult, Jodi | 9780743431019 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Storyteller: A Novel | Picoult, Jodi | 9781439102770 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Vanishing Acts | Picoult, Jodi | 0743454545 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | After Ever Happy | Todd, Anna | 9781501106408 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Paper Towns | Green, John | 9780142414934 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Relish: My Life in the Kitchen | Knisley, Lucy | 9781596436237 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Shout: A Poetry Memoir | Anderson, Laurie Halse | 9780670012107 | Secondary Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | In the Night Kitchen | Sendak, Maurice | 9780060266684 | Elementary Schools | N/A | N/A | Y | | | | | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | (Disclaimer "Illustrations have been altered to ensure the provisioning of age-appropriate content.") |
| Instructional Materials | Other Materials | No, David | Shannon, David | 9781338299588 | Elementary Schools | N/A | N/A | Y | | | | | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | (Disclaimer "Illustrations have been altered to ensure the provisioning of age-appropriate content.") |
| Instructional Materials | Other Materials | Kaffir Boy: The True Story of a Black Youth's Coming of Age in Apartheid South Africa | Mathabane, Mark | 9780684848280 | High Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | The Almost Moon: A Novel | Sebold, Alice | 9780316677462 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Ban This Book | Gratz, Alan | 9781338323344 | Elementary and Middle Schools | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | School Board Action - The material is inappropriate for minors. |
| Instructional Materials | Other Materials | Bumped | McCafferty, Megan | 9780061962745 | Middle School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Darius the Great Deserves Better | Khorram, Adib | 9780593108239 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Exhibit B-13**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (*required: Include a description of the basis for the objection in the cell below*) | Other (**required:** *Include a description of the basis for the objection in the cell below*) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (**required:** *Identify where material was removed/discontinued in the cell below*) | Access Limited (**required:** *Identify where material had access limited in the cell below*) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
| 70 | Instructional Materials | Other Materials | Flowers in the Attic | Andrews, V.C. | 0671462970 | Middle School | N/A | N/A | ■ | | | Y | | | | | ■ | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| 71 | Instructional Materials | Other Materials | The Freedom Writers Diary | Gruwell, Erin | 038549422X | Secondary Schools | N/A | N/A | ■ | | | Y | | | | | ■ | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| 72 | Instructional Materials | Other Materials | Girl in Translation | Kwok, Jean | 9781101187487 | High School | N/A | N/A | ■ | | | Y | | | | | ■ | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Exhibit B-13**

**Library and Instructional Materials Objection Report**

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

1.  School District Name: Indian River

2.  Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
Yes__X___  No _____. If yes, complete item 3.

3. Information about Objection: (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Persepolis 2 | Satrapi, Marjane | 0375422889 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Lady Midnight | Clare, Cassandra | 9781442468351 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Rethinking Normal: A Memoir in Transition | Hill, Katie | 9781481418249 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Stitches: A Memoir | Small, David | 9780393338966 | High Schools | N/A | N/A | Y | | | | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material is pornographic |
| Instructional Materials | Other Materials | Storm and Fury | Armentrout, Jennifer | 9781335015303 | High Schools | N/A | N/A | Y | | | | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |
| Instructional Materials | Other Materials | Unicorns are the Worst! | Willan, Alex | 9781534453838 | Elementary Schools | N/A | N/A | Y | | | | | | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | (Disclaimer "Illustrations have been altered to ensure the provisioning of age-appropriate content.") |
| Instructional Materials | Other Materials | We are the Ants | Hutchinson, Shaun David | 9781481449632 | High School | N/A | N/A | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library Media Center | | | | The material depicts or describes sexual conduct as defined in Section 847.001(19), F.S. |

**Indian River.xlsx Tab 3  Page 1 of 1**