# EXHIBIT B-15

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: School District of Lee County**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes _x____   No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y for all that apply) | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | History Alive! The United States Through Indutrialism | Bert Bower Teacher Curriculum Institute | 9781684681518 | Grade 6 | M/j US History | 21000100 | | N/A | N/A | N/A | N/A | N/A | Complaintant objected to the materials stating that materials included content that contained CRT and was Bias. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | District only reviewed materials that the state had already reviewed and approved. The district still held a hearing. Complaintant did not attend and the hearing officer dismissed the objection. The School Board was briefed and the school board decided to move forward with the purchase. |
| Instructional Materials | Other Materials | Slaughterhouse-Five | Kurt Vonnegut | 9780440580294 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains explicit violence including animal cruelty; inexplict sexual activities including beastiality; sexual nudity; profanity; and inflammatory religious commentary. | | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: Media check out requires a parental consent | Did Not Remove or Discontinue | | The committee thoroughly reviewed the content of Slaughterhouse-Five by Kurt Vonnegut and determined that there were no violations of Florida Statutes that would require removal from circulation or discontinued use during instruction. The committee did determine a parental consent form is required before student check out due to its sensitive content. |
| Instructional Materials | Other Materials | Half of a Yellow Sun | Chimamanda Ngozi Adichie | 9780007225347 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites | | Grade: 9-12 Course Name: Course No.: Other: Media Center | Grade: Course Name: Course No.: Other: | | | The committee thoughly reviewed the contens of Half a Yellow Sun and determined that contents in the book were not appropriate for ciruclation in our schools. |
| Instructional Materials | Other Materials | Eleanor & Park | Rainbow Rowell | 9781409157250 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites; profanity; and recist commentary. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No: Other: limited to media centers servicing students with 9-12 grade studednts | Did Not Remove or Discontinue | | The committee thoroughly reviewed the content of Eleanor and Park by Rainbow Rowell and determined that there were no violations of Florida Statutes that would require removal from circulation. |
| Instructional Materials | Other Materials | Burned | Ellen Hopkins | 9781442494619 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites | | Grade: 9-12 Course Name: Course No.: Other: Media Center | Grade: Course Name: Course No.: Other: | | | The committee thoughly reviewed the contens of Burned and determined that contents in the book were not appropriate for ciruclation in our schools. |
| Instructional Materials | Other Materials | Cranked | Ellen Hopkins | 9781442471818 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites | | Grade: 9-12 Course Name: Course No.: Other: Media Center | Grade: Course Name: Course No.: Other: | | | The committee thoughly reviewed the contens of Cranked and determined that contents in the book were not appropriate for ciruclation in our schools. |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Smoke | Ellen Hopkins | 9781416983286 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites | | Grade: 9-12 Course Name: Course No.: Other: Media Center | Grade: Course Name: Course No.: Other: | | | The committee thoughly reviewed the contens of Smoke and determined that contents in the book were not appropriate for ciruclation in our schools. |
| Instructional Materials | Other Materials | Traffick | Ellen Hopkins | 9781442482883 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites | | Grade: 9-12 Course Name: Course No.: Other: Media Center | Grade: Course Name: Course No.: Other: | | | The committee thoughly reviewed the contens of Traffick and determined that contents in the book were not appropriate for ciruclation in our schools. |
| Instructional Materials | Other Materials | Tricks | Ellen Hopkins | 9781416950080 | Grades 9-12 | N/A | N/A | | y | y | y | N/A | y | N/A | Complainant claims this book contains references to sexual activites | | Grade: 9-12 Course Name: Course No.: Other: Media Center | Grade: Course Name: Course No.: Other: | | | The committee thoughly reviewed the contens of Tricks and determined that contents in the book were not appropriate for ciruclation in our schools. |