# EXHIBIT B-16

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name:** Leon County Schools (Objection Report Content public page: https://www.leonschools.net/Page/35368)

**2.** Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
Yes __Y___  No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other materials | I Am Billie Jean King | Brad Meltzer | 978-0735228740 | K-5 | N/A - Library Material | N/A | | | | | | | The parent objects to the book identifying the main character as gay and providing a definition for the term "gay" as the parent feels that is inappropriate for an elementary age group. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | | The LCS School Board accepted and agreed with the hearing officer's recommendation to keep the book on library shelves. |
| Instructional Materials | Y | Lawn Boy | Jonathan Evison | 9781616208257 | 9 to 12 | | | | Y | Y | | | Y | | Pornographic content | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/15/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | Normal People | Sally Rooney | 9781984822178 | 9 to 12 | | | | Y | Y | | | Y | | Pornographic content | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/15/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | The Perks of Being a Wallflower | Steve Chbosky | 9781454696202 | 6 to 8; 9 to 12 | | | | Y | Y | | | Y | | Depicts assault and sexual | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/15/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | Kingdom of Ash | Sarah J. Maas | 9781619636118 | 9 to 12 | | | | Y | Y | | | Y | | Erotica | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/22/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | What Girls Are Made Of | Elana K. Arnold | 9780823445674 | 9 to 12 | | | | Y | Y | | | Y | | Designed for mature audiences | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/22/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | More Happy Than Not | Adam Silvera | 9781641292964 | 9 to 12 | | | | Y | Y | | | Y | | Influences a teenager's sexuality | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/22/23: Removed. Contains prohibited content per F.S.847.12. However, there are two versions to this book and LCS media centers had the 9-12 version, not the adult version. |
| Instructional Materials | Y | Dead End | Jason Myers | 9781442414303 | 9 to 12 | | | | Y | Y | | | Y | | Promotes misogynistic behavior | | Not present in ANY media centers | Grade: Course Name: Course No.: Other: | | Did Not Remove | | There were no copies of this book in ANY LCS media centers. |
| Instructional Materials | Y | People Kill People | Ellen Hopkins | 9781481442930 | 9 to 12 | | | | Y | Y | | | Y | | Racism, raw sex, homosex | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/22/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | Water For Elephants | Sara Gruen | 9781565124998 | 9 to 12 | | | | Y | Y | | | Y | | Explicit sexual content | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 9/22/23: Removed. Contains prohibited content per F.S.847.12 |
| Instructional Materials | Y | Girl2Girl | Julie Peters | 9780316013437 | 9 to 12 | | | | | | | | Y | | LGBTQ content | | Book had been lost and not replaced. | Grade: Course Name: Course No.: Other: | | Did Not Remove | | There were no copies of this book in ANY LCS media centers. |
| Instructional Materials | Y | All Boys Aren't Blue | George M. Johnson | 9780374312718 | 9 to 12 | | | | | | | | Y | | LGBTQ content | | Not present in ANY LCS media centers | Grade: Course Name: Course No.: Other: | | Did Not Remove | | There were no copies of this book in ANY LCS media centers. |

| | Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Instructional Materials | Y | Beyond Magenta | Susan Kuklin | 9780763673680 | 9 to 12 | | | | | | Y | | | | LGBTQ content | | Removed from all media centers | Grade: Course Name: Course No.: Other: | | | 11/8/2023: Removed.Contains prohibited content. (appendices with contact information that could be construed as instructional) |