# EXHIBIT B-17

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Manatee**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes _X_  No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | | | | | | | | | | | | | | | | | | | | |
| | Y | All Boys Aren't Blue | George M Johnson | 978-0-374-31271-8 | Grade 9-12 | N/A | N/A | | | | | Y | | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Blankets | Craig Thompson | 978-1-77046-218-2 | Grade 9-12 | N/A | N/A | | | | | | | | The novel attacks Christianity mocking scripture and expressing derision toward the Bible, Churches, Sunday school and Bible camps. "Artwork" that include nudity and sexual situations. | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Guyaholic | Carolyn Macker | | Grade 9-12 | N/A | N/A | | | | | | | | Does not teach abstinence. | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | No copies in inventory |
| | Y | A Court of Silver Flames | Sarah Maas | 978-1-63557-799-0 | Grade 9-12 | N/A | N/A | | | Y | Y | | | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Prohibited by s. 847.012, F.S. |
| | Y | Man O' War | Cory McCarthy | 978-1-51605128-1 | Grade 9-12 | N/A | N/A | | Y | | Y | | | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Lucky | Alice Sebold | 978-0-329-57121-4 | Grade 9-12 | N/A | N/A | | Y | | Y | | Y | | Offensive Language, Drug/Alcohol Use | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Out of Darkness | Ashley Hope Perez | 978-0-8234-4503-5 | Grade 6-12 | N/A | N/A | | | | | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Jesus Land | Julia Scheeres | 978-1-58243-354-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | What Girls Are Made Of | Elana Arnold | 978-1-51242694-6 | Grade 9-12 | N/A | N/A | | | | | Y | | | Planned Parenthood, Profane Language, Anti-Christian, Drug and Alcohol Use, Social Media Bullying, Misogynistic Feminism | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Pornographic |
| | Y | The Almost Moon | Alice Sebold | 978-0-316-67746-2 | Grade 9-12 | N/A | N/A | | | | | Y | | | Graphic Violence/Murder, Depression and Mental Illness and Abusive Behavior, Suicide and Contemplation of Suicide, Profanity, Alcohol and Drug Use, Anti-religious references | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Beloved | Toni Morrison | 978-1-935464-95-2 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | The Haters | Jesse Andrews | 978-1-41972078-9 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
| 22 | | Y | Drama | Raina Telgemeier | 978-1-33880189-7 | Grade 6-12 | N/A | N/A | | Y | Y | | Y | Y | | | | Grade:Y; 6-8 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Principal Decision |
| 23 | | Y | Traffick | Ellen Hopkins | 978-1-44248287-6 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 24 | | Y | Eleanor and Park | Rainbow Rowell | 978-1-25001257-9 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Excessive/frequent profanity, hate invovling racism | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 25 | | Y | Homegoing | Yaa Gyasi | 978-1-10194713-5 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 26 | | Y | Call Me By Your Name | Andre Aciman | 978-0-374-29921-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 27 | | Y | Lighter Than My Shadow | Katie Green | 978-1-941302-41-5 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 28 | | Y | Dime | E.R. Frank | 978-1-48143160-6 | Grade 9-12 | N/A | N/A | | Y | Y | Y | | | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 29 | | Y | Life Is Funny | E.R. Frank | 978-1-48143163-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 30 | | Y | The Bluest Eye | Toni Morrison | 978-0-452-27305-4 | Grade 9-12 | N/A | N/A | | | | | Y | | | Aberrant sexuality, suicide, offensive language, alcohol use, violence, racism and antisemetic references, mental illness | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 31 | | Y | Identical | Ellen Hopkins | 978-0-329-77848-4 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 32 | | Y | Water for Elephants | Sara Gruen | 978-0-7862-9027-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 33 | | Y | The Truth About Alice | Jennifer Mathieu | 978-1-59643-909-2 | Gradae 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 34 | | Y | Boy Toy | Barry Lyga | 978-6-02-033991-7 | Grade 9-12 | N/A | N/A | | | | Y | | | | Depression, Mental Illness, Abusive Behavior, Profanity, Alcohol Use | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| 35 | | Y | Foul is Fair | Hannah Capin | 978-1-25023954-9 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 36 | | Y | Looking for Alaska | HJohn Green | 978-1-41566839-9 | Grade 6-12 | N/A | N/A | | Y | Y | Y | | Y | | Bullying and Suicide, Offensive Language, Drug and Alocohol use, Depression | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| 37 | | Y | Concrete Rose | Angie Thomas | 978-0-06-284671-6 | Grade 6-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 6-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y | The Perks of Being a Wallflower | Stephen Chbosky | 978-0-7587-9600-4 | Grade 3-12 | N/A | N/A | | | | Y | | | | Aberrant sexuality, suicide, offensive language, drug and alochol use, violent abuse and bullying, pregnancy resulting in abortion, racism, mentall illness | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Girls In Translation | Jean Kwok | 978-1-59448-515-2 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Kissing Kate | Lauren Myracle | 978-0-14-240869-8 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | The Carnival at Bray | Jessie Ann Foley | 978-0-9895155-9-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | | | | Not aligned to Florida health education, sucide, profanity, and drug/alochol use | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Last Night at the Telegraph Club | Malinda Lo | 978-0-525-55527-8 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | Not aligned to Florida health education. | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Fallout | Ellen Hopkins | 978-1-41695009-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Beyond Magenta | Susan Kuklin | 978-0-7636-5611-9 | Grade 6-12 | N/A | N/A | | | | | | | | Profanity, Sex/gender theory. | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: | | | Principal Decision |
| | Y | Collected Poems 1947-1980 | Allen Ginsberg | 978-0-06-113974-1 | Grade 9-12 | N/A | N/A | | | Y | Y | | Y | | Aberrant sexual activities; controversial and inflammatory political commentary, and profanity | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Burned | Ellen Hopkins | 978-1-41690355-0 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Chosen | P C Cast and Kristin Cast | 978-0-312-36030-6 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y; 6-8 Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Forever | Judy Blume | 978-1-41693400-4 | Grade 6-12 | N/A | N/A | | Y | Y | Y | | | | Abortion, supportive references to Planned Parenthood, attempted suicide, profanity | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Forever for a Year | BT Gottfred | 978-1-62779-191-5 | Grade 9-12 | N/A | N/A | | Y | Y | Y | | | | Alcohol and drug use, suicide commentary, profanity, controversial racial commentary | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Fun Home | Alison Bechdel | 978-0-618-47794-4 | Grade 9-12 | N/A | N/A | | Y | Y | Y | | | | Suicide, Profanity, Alcohol Use and Controversial religious commentary | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | The Freedom Writers Diary | The Freedom Writers With Erin Gruwell | 978-1-68119-631-2 | Grade 6-12 | N/A | N/A | | Y | Y | Y | | Y | | Violence, Profanity, Hatred, Alcohol Use, Suicide and Depression | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | A Court of Frost and Starlight | Sarah Maas | 978-1-68119-631-2 | Grade 9-12 | N/A | N/A | | Y | Y | Y | | | | Violence, Profanity, and Alcohol Use | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | Empire of Storms | Sarah Maas | 978-1-61963-607-1 | Grade 9-12 | N/A | N/A | | Y | Y | Y | | | | Violence and Profanity | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Principal Decision |
| | Y | The Handsome Girl and Her Beautiful Boy | BT Gottfred | 978-1-62779-852-5 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Inappropriate for grade level and age group |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y | I Never | Laura Hopper | 978-1-32866378-8 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S. |
| | Y | The Handmaid's Tale | Margaret Atwood | 978-1-32887994-3 | Grade 9-12 | N/A | N/A | | | Y | | | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is not suited to student needs and their ability to comprehend the material. |
| | Y | Infandous | Elana K Arnold | 978-1-46773849-1 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is pornographic. |
| | Y | The Infinite Moment of Us | Lauren Myracle | 978-0-605-84046-1 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is inappropriate for the grade level and age group for which it is used. |
| | Y | Juliet Takes a Breath- Graphic Novel | Gabby Rivera | 978-1-68415-611-5 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | Juliet Takes a Breath | Gabby Rivera | 978-0-593-10817-8 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | Kingdom of Ash | Sarah J Maas | 978-1-61963-610-1 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | The Kite Runner | Khaled Hosseini | 978-8-47888885-6 | Grade 9-12 | N/A | N/A | | | | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | |
| | Y | Like A Love Story | Abdi Nazemian | 978-0-06-283936-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | |
| | Y | Lullaby | Chuck Palahnuik | 978-85-50447-0 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | Milk and Honey | Rupi Kaur | 978-1-44947425-6 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | A Stolen Life | Jaycee Dugard | 978-1-45162918-7 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Y; 9-12 parental consent required Course Name: Course No.: Other: | | | |
| | Y | The Nerdy and the Dirty | BT Gottfred | 978-1-25012977-2 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | Oryx and Crake | Margaret Atwood | 978-0-385-50385-3 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Y Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The material is prohibited under Section 847.012, F.S |
| | Y | People Kill People | Ellen Hopkins | 978-1-48144293-0 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| | Y | Tilt | Ellen Hopkins | 978-1-41698330-9 | Grade 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| | Y | Storm and Fury | Jennifer L Armentrout | 978-1-33521879-7 | Grade 6-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| | Y | Normal People | Sally Rooney | 978-1-984822-18-5 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
| 73 | | Y | Shine | Lauren Myracle | 978-0-8109-8417-2 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 74 | | Y | Wicked, The Life And Times of the Wicked Witch of the West | Gregory Maguire | 978-0-06-135139-6 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| 75 | | Y | This is Kind of an Epic Love Story | Kacen(Kheryn) Callender | 978-0-06-282022-8 | Grade 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |