# EXHIBIT B-18

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

1. School District Name: Marion County Public Schools

2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
Yes_____   No __X__. If yes, complete item 3.

3. Information about Objection: (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials-Yes | A Court of Mist and Fury | Sarah Mass | 978-1804225578 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Centers | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | All Boys Aren't Blue | George Johnson | 978-1250895561 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Centers | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-yes | Almost Perfect | Brian Katcher | 9780385736640 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | Beloved | Toni Morrison | 978-1400033416 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | Damsel | Elana Arnold | 978-0062742322 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Extemely Loud & Incredibly Close | Jonathan Safran Fuer | 978-0618711659 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | George/Melissa | Alex Gino | | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | I am Jazz | Jessica Herthel | 978-0803741072 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | Infandous | Elana Arnold | 978-1512441468 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Lucky | Alice Sebold | 978-0684857824 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Me and Earl and the Dying Guy | Jesse Andrews | 978-1419719608 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Monday's Not Coming | Tiffany Jackson | | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | More Happy Than Not | Adam Silvera | 978-1616956776 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Nineteen Minutes | Jodi Picoult | 978-0743496735 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Out of the Darkness | Ashley Perez | 978-0823445035 | NA | NA | NA | | | | | Yes | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Real Live Boyfriends | E. Lockhart | 978-1471406027 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials-Yes | Red Hood | Elana Arnold | 978-0062742360 | NA | NA | NA | | | | Yes | | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Sold | Patricia McCormick | 978-0786851720 | NA | NA | NA | | | | Yes | | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | The Absolutely True Diary of a Part-Time Indian | Sherman Alexi | 978-0316013697 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | The Bluest Eye | Toni Morrisson | 978-0307278449 | NA | NA | NA | | | | Yes | | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | The Hate You Give | Angie Thomas | 978-0062498540 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | This One Summer | Mariko Tamaki | 978-1596437746 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | Tricks | Elana Hopkins | 978-1481498241 | NA | NA | NA | | | | Yes | | Yes | | | | Removed from Media Center Title | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Two Boys Kissing | David Levithan | 978-0307931917 | NA | NA | NA | | | | | | Yes | | | | Media Center Title | Grade: Course Name: Course No.: Other: | | Quarantined/Under Review | |
| Instructional Materials | Other Materials-Yes | Being Transgender | Robert Rody | 978-1422235027 | Grades 9-12 | NA | NA | | | | | | Yes | | | | Removed from Media Centers | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Drama | Raina Telgemeier | 978-1338801897 | Grades 3-9 | NA | NA | | | | | | Yes | | | | Returned to Grades 6-12 Media Centers by Committee | Grade: Course Name: Course No.: Other: | | Returned to Grades 6-12 Media Centers by Committee | |
| Instructional Materials | Other Materials-Yes | Killing Mr. Griffin | Lois Duncan | 978-0316425360 | Grades 6-12 | | | | | | | | | | | WEEDED due to Age and condition of copies | | Grade: Course Name: Course No.: Other: | | Weeded | |
| Instructional Materials | Other Materials-Yes | Outlander | Diana Gabaldon | 978-0553393705 | Did not own any copies | | | | | | | | | | | We didn't own any copies | | Grade: Course Name: Course No.: Other: | | We didn't own any copies | |
| Instructional Materials | Other Materials-Yes | Pioneers of LGBTQ Rights | Ellen McGrody | 978-1538381304 | Grades 9-12 | | | | | | | | | | | Returned To Media Centers | | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | Queer There and Everywhere | Prager & O'Ferrall | 978-1538381304 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | Rainbow Boys | Alex Sanchez | 978-0689857706 | Grades 9-12 | | | | | | | | | | | WEEDED due to Age and condition of copies | | Grade: Course Name: Course No.: Other: | | Weeded | |
| Instructional Materials | Other Materials-Yes | Rainbow Road | Alex Sanchez | 978-1416911913 | Grades 9-12 | | | | | | | | | | | WEEDED due to Age and condition of copies | | Grade: Course Name: Course No.: Other: | | Weeded | |
| Instructional Materials | Other Materials-Yes | Rainbow High | Alex Sanchez | 978-0689854781 | Grades 9-12 | | | | | | | | | | | WEEDED due to Age and condition of copies | | Grade: Course Name: Course No.: Other: | | Weeded | |
| Instructional Materials | Other Materials-Yes | Stonewall-Breaking Out in the Fight for Gay Rights | Ann Bausum | 978-0147511478 | Grades 9-12 | | | | | | | | | | | Returned to Media Center | | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | The 57 Bus | Dashka Slater | 978-1250229137 | Grades 9-12 | | | | | | | | Yes | | | Pending | | Grade: Course Name: Course No.: Other: | | Pending | |
| Instructional Materials | Other Materials-Yes | The Black Flamingo | Dean Atta | 978-0062990303 | Grades 9-12 | | | | | | | | Yes | | | Removed | | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials-Yes | The Book of Pride | Funk, Mason | 978-0-06-257169-4 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | The early History of the Gay Rights Movement | Greg Baldino | 978-1508183082 | Grades 9-12 | | | | | | | | | | | Rteurned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | The Gay Liberation Movement: Before and After Stonewall | Sean Heather K. McGraw | 978-1508183112 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | The Gay Rights Movement | Jennifer Smith | 978-0737711585 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | Not Quite Narwhal | Jessie Sima | 978-1481469098 | Grades K-3 | | | | | | | | | | | Returned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | The Music of What Happens | Bill Konigsberg | 978-1338215519 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| | Other Materials-Yes | Transgender Activists and Celebrities | The New York Times Editorial Staff | 978-1642820287 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | | | | Returned to Media Centers | |
| | Other Materials-Yes | Transgender Rights: Striving for Equality | The New York Times Editorial Staff | 978-1642820645 | Grades 9-12 | | | | | | | | | | | Retutned to Media Centers | | | | Returned to Media Centers | |
| | Other Materials-Yes | What was Stonewall | Nico Medina | 978-1524786007 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | | | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | The Stonewall Riots: Coming Out Into the Streets | Gayle Pitman | 978-1419737206 | Grades 9-12 | | | | | | | | | | | Returned to Media Centers | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Returned to Media Centers | |
| Instructional Materials | Other Materials-Yes | This Book is Gay | Juno Dawson | 978-1728254326 | Grades 9-12 | | | | | | | | Yes | | | Removed | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |
| Instructional Materials | Other Materials-Yes | Understanding Sexual Orientation and Gender Identity | Robert Rodi | 978-1422235119 | Grades 9-12 | | | | | | | | Yes | | | Removed | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Violates FL Statute |