# EXHIBIT B-19

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or

1. School District Name:

2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
Yes __x__ No _____. If yes, complete item 3.

3. Information about Objection: (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable.

| Type of Material (Enter "Y for all that apply) | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials N  Other Materials Y | Almost Moon | Sebold, Alice | 978-0-316-67746-2 | 9-12 | | | | | | | | Y | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Removed from circulation and Destiny per FLDOE Library/Media Training - See Slide 11 |
| Instructional Materials N  Other Materials Y | Winter's Bone: DVD | Woodrell, Daniel | NA | 9-12 | | | | | | | | | | | There is too much to list in this book that I cannot include them all. Crank, cooking labs and drug use are listed on pages 14, 22, 23, 26, 29, 51, 52, 53, 55, 74, 75, 113, 126, 140, 141,150 and 190. Gruesome scenes on pages 129-145 and 185-186. | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | Due to lack of circulation, DVD is being weeded from the collection. |
| Instructional Materials N  Other Materials Y | Winter's Bone: The Novel | Woodrell, Daniel | 978-0316131612 | 9-12 | | | | | | | | | | | There is too much to list in this book that I cannot include them all. Crank, cooking labs and drug use are listed on pages 14, 22, 23, 26, 29, 51, 52, 53, 55, 74, 75, 113, 126, 140, 141,150 and 190. Gruesome scenes on pages 129-145 and 185-186. | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| Instructional Materials N  Other Materials Y | Dime | Frank, E.R. | 978-1481431606 | 9-12 | | | | | | | | | | | Booklooks.org rated it a 3/5 for minors with reasons: "This book contains prostitution of minors; sexual activities involving monirs; and profanity." | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| Instructional Materials N  Other Materials Y | Chosen | Cast, P.C. and Kristin | 978-1429974660 | 9-12 | | | | | | | | | | | Booklooks.org rated it a 3/5 for minors with reasons: "This book contains sexual activities and nudity." | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| Instructional Materials N  Other Materials Y | Eleanor & Park | Rowell, Rainbow | 978-6-07-112864-5 | 9-12 | | | | | | | | | | | Booklooks.org rates 3/5 and states, "This book contains sexual activities; excessive/frequent profanity; and hate involving racism." | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| Instructional Materials N  Other Materials Y | Neanderthal Opens the Door to the Universe | Norton, Preston | 978-148479062-5 | 9-12 | | | | | | | | | | | Booklooks.org rates this book a 3/5 and states, "This book contains excessive/frequent profanity; derogatory terms; sexual activities; sexual nudity; controversial religious commentary; alternate sexualities; drug use and abuse; alcohol use; violence; suicide; and hate." | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |

| # | A | B | C | D | E | F | K | M | N | P | R | S | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Instructional Materials N | Other Materials Y | Perfect Chemistry | Elkeles, Simone | 978-0-8027-2099-3 | 9-12 | | | | "Bookslooks.org rates this book a 3/5 and states, 'This book contains explicit sexual activities; sexual nudity; alcohol and drug use by minors; excessive/frequent profanity; derogatory terms; violence; controversial racial and social commentary; and alternate sexualities.'" | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 17 | Instructional Materials N | Other Materials Y | Queen of Shadows | Maas, Sarah J. | 978-1-61963-605-7 | 9-12 | | | | "Bookslooks.org rates this book 3/5 and states, 'This book contains inexplicit sexual nudity; sexual activities; violence; and profanity.'" | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 18 | Instructional Materials N | Other Materials Y | Ready Player One | Cline, Ernest | 978-0307887450 | 9-12 | | | | "Bookslooks.org rates this book a 3/5 and states, 'This book contains sexual activities; violence; profanity/derogatory term; alternate sexualities; references to drug use; controversial racial, social, and religious commentary.'" | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 19 | Instructional Materials N | Other Materials Y | Shiver | Stiefvater, Maggie | 978-0-545-22725-4 | 9-12 | | | | "Bookslooks.org rates this 3/5 and states, 'This book contains sexual activities; violence; and mild/infrequent profanity.'" | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 20 | Instructional Materials N | Other Materials Y | Stained | Richard Jacobson, Jennifer | 978-1-4169-1337-5 | 9-12 | | | | "Bookslooks.org rates this a 3/5 and states, 'This book contains violence; sexual activities including sexual assault; and profanity and derogatory terms.'" | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 21 | Instructional Materials N | Other Materials Y | Wintergirls | Halse Anderson, Laurie | 978-0-14-241557-3 | 9-12 | | | | Booklooks.org rates this book a 3/5 with the stated concerns: This book conatins self-harm including anorexia, bulimia, cutting, and suicidal ideations; alcohol use; drug use; and profanity and derogatory terms. | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 22 | Instructional Materials N | Other Materials Y | Clockwork Princess | Clare, Cassandra | 978-0606353403 | 6-12 | Y | Y | Y | | Grade: 6-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Book "depicts or descries sexual conduct s defined in s. 847.001(19), F.S.; err on the side of caution. |
| 23 | Instructional Materials N | Other Materials Y | Dear Martin | Stone, Nic | 978-1101939505 | 6-8 | | Y | Y | | Grade: 6-8 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 24 | Instructional Materials N | Other Materials Y | George | Gino, Alex | 978-0702317842 | 6-8 | | Y | Y | | Grade: 6-8 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | We have determined that the book should be removed from the middle school level per Section 847.012, F.S. |
| 25 | Instructional Materials N | Other Materials Y | Beyond Magenta | Kuklin, Susan | 978-0-7636-7035-1 | 9-12 | Y | Y | Y | BookLooks.org rated this a 2/5 which indicates that some content might not be appropriate for children under 13 | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 26 | Instructional Materials N | Other Materials Y | Little & Lion: A Novel | Colbert, Brandy | 987-0316348980 | 9-12 | Y | Y | Y | "Bookslooks.org rates this book a 3/5 and states, 'This book contains explicit sexual activities; alternate sexualities; and profanity/derogatory term.'" | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | This book is being removed due to it being lost. The copy is not on the shelf. |

| | A | B | C | D | E | F | K | M | N | P | R | S | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | **Instructional Materials N** | **Other Materials Y** | The Black Flamingo | Atta, Dean | 978-00629990297 | 9-12 | Y | Y | Y | Booklooks.org rates this book 3/5. Summary of Concerns: This book contains alternate sexualities; inexplicit sexual nudity; sexual activities; drug and alcohol use; alternate gender ideologies; controversy racial commentary; and references to racism. | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 28 | **Instructional Materials N** | **Other Materials Y** | The Color Purple | Walker, Alice | 987-1453232606 | 9-12 | Y | Y | Y | "Booklooks.org rates this book 3/5 and states,'This book contains explicit sexual activities; sexual nudity; child molestation and rape; violence including child abuse and domestic violence; racism; bigotry; profanity and derogatory terms; controversial religious, racial, and cultural commentary; alcohol and drug use; and alternate sexualities.'" | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: | Removed from media center for general check-out; however, it is approved to be used after receiving parent permission in Advanced Placement, AICE, or International Bacceloriate Literature courses. |
| 29 | **Instructional Materials N** | **Other Materials Y** | Laura Deen Keeps Breaking Up With Me | Tamaki, Mariko | 978-1-250-31284-6 | 9-12 | Y | Y | Y | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 30 | **Instructional Materials N** | **Other Materials Y** | Native Son | Wright, Richard | 978-0-06-083756-3 | 9-12 | Y | Y | Y | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | The book references sexual content; some of which was violent and graphic in nature, as they clearly violate HB1069. |
| 31 | **Instructional Materials N** | **Other Materials Y** | Blended | Draper, Sharon | 978-1442495005 | 3-6 | | Y | Y | | Grade: Course Name: Course No.: Other: | Grade: 6-8 Course Name: Course No.: Other: | This book is more appropriate for middle school age students and is being removed from the elementary site and being sent to a middle school. |