# EXHIBIT B-23

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: School District of Palm Beach County**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes ___x___   No _____.  If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials Y | | The Bible | Various | Various | 9th-12th | NA | NA | | y | y | | y | y | Y Due to it causing nearly 2000 years of anti-semitism, resulting in millions of deaths of Jews plus other genocides etc. | Y Due to it causing nearly 2000 years of anti-semitism, resulting in millions of deaths of Jews plus other genocides etc. | | | | Y | | On July 19, 2023, The School Board denied the appeal of the denial of the Objections to the books as raised by the challenger on the basis as stated in the Superintendent's June 7, 2023 letter to the challenger, including Florida Statute Section 1003.45 (which allows the study of the Bible in schools as part of a secular program of education) and having considered subsections (4)(f) and (h) of Policy 8.1205 and Florida Statute Section 1006.28, including that the General Counsel is authorized to provide a writing to the complainant of the Board's decision. |
| Instructional Materials Y | Other Materials | When Aiden Became a Brother | Kyle Lukoff | 9781620148372 | 4th | NA | NA | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | Parent and Principal discussed legislation and how it pertains to District Policy. Issue was closed. |
| Instructional Materials Y | Other Materials | Adventures of Huckleberry Finn | Mark Twain | 9780175570478 | 11th | AICE Literature | 1005375 | | | | | | | Parent feels language and preceptions are not appropriate for this day and age | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | Parent and Principal discussed legislation and how it pertains to District Policy. Issue was closed. |
| Instructional Materials Y | Other Materials | Princess on the Brink (Princess Diaries Book 8) | Meg Cabot | 9780060724566 | 7th | NA | NA | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Discontinued | | Principal had an informal meeting with parent and decided to remove from school library collection and sent books to district to review. Upon further review, the books were old, yellow, ripped and needed to be weeded out of the collection and was unable to be moved to a high school collection. |
| Instructional Materials Y | Other Materials | Drama | Raina Telgemeier | 9780545326995 | 4th | NA | NA | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | School based Formal Committee met, parent was not present but left a comment. After review of the material, all committee members agreed to leave the book on the shelf with no restrictions. Parent and Principal discussed legislation and how it pertains to District Policy. Issue was closed. |

| A | B | C | D | E | F | G | H | I | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials  Y | Other Materials | The O'Reilly Factor for Kids: A Survival Guide for America's Families | Bill O'Reilly | 9780060544249 | 9-12th | NA | NA | Y | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | School based Formal Committee met, parent was not present but left a comment. After review of the material, all committee members agreed to leave the book on the shelf with no restrictions. Stakeholder appealed decision, Superientendent decided to keep school based decision. |
| Instructional Materials  Y | Other Materials | The Taking | Dean Koontz | 9780007130771 | 9-12th | NA | NA | Y | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | School based Formal Committee met, parent was not present but left a comment. After review of the material, all committee members agreed to leave the book on the shelf with no restrictions. Stakeholder appealed decision, Superientendent decided to keep school based decision. |
| Instructional Materials  Y | Other Materials | FountainHead | Ayn Rand | 9780026009102 | 9-12th | NA | NA | Y | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Did Not Remove/ Discontinue/ Limit Access | | School based Formal Committee met, parent was not present but left a comment. After review of the material, all committee members agreed to leave the book on the shelf with no restrictions. Stakeholder appealed decision, Superientendent decided to keep school based decision. |