# EXHIBIT B-24

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

1. **School District Name:** Pasco County Schools

2. **Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes__X___   No _____. If yes, complete item 3.

3. **Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (**required**: Include a description of the basis for the objection in the cell below) | Other (**required**: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (**required**: Identify where material was removed/discontinued in the cell below) | Access Limited (**required**: Identify where material had access limited in the cell below) | Did Not Remove/Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials: Y | The Letter Q | Moon, Sarah | 9780545399326 | 6-8 | N/A | N/A | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Yes, limited to high school | | | The library media challenge committee met on February 26th and voted to remove the Letter Q from middle school circulation. The team met again on March 4th and determined the appropriate grade range for the book to be grades 9-12. |