# EXHIBIT B-26

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Polk**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes__X__  No _____.  If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | A Clash of Kings | George Martin | 0553579908 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | y | Pending School Review |
| Instructional Materials | Other Materials | A Clockwork Orange | Anthony Burgess | 9780393341768 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | A Court of Silver Flames | Sarah Maas | 168119628X | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | A Court of Thorns & Roses | Sarah Maas | 9781619635180 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | A Court of Wings and Ruin | Sarah Maas | 9781635575606 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Adjustment Day | Chuck Palahniuk | 9780393652598 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: ALL Course Name: Course No.: Other: Library/Classroom Library | Grade: Course Name: Course No.: Other: | | | Removed by school committee |
| Instructional Materials | Other Materials | All Boys Aren't Blue | George Johsnon | 9780374312718 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | And They Lived | Steven Salvatore | 1547608196 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Assassination Classroom 1 | Matsui | 9781421576077 | 9-12 | N/A | N/A | | | | | | | | Violence | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | District appeal, waiting board recommendation |
| Instructional Materials | Other Materials | Assassination Classroom 2 | Matsui | 9781421576084 | 9-12 | N/A | N/A | | | | | | | | Violence | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | District appeal, waiting board recommendation |
| Instructional Materials | Other Materials | Boy Toy | Barry Lyga | 547076347 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | | | | Y | Pending School Review |
| Instructional Materials | Other Materials | Breathless | Jennifer Niven | 978152470199 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Committees reviewed book as age appropriate |
| Instructional Materials | Other Materials | Damsel | Elana Arnold | 9780062742322 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Empire of Storms | Sarah Maas | 1639731024 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: All Course Name: Course No.: Other: Library/Classroom Library | Grade: Course Name: Course No.: Other: | | | Removed by school committee |
| Instructional Materials | Other Materials | Flamer | Mike Curato | 9781250756145 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Forever | Judy Blume | 1416934006 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Committees reviewed book as age appropriate |
| Instructional Materials | Other Materials | Forever for a Year | BT. Gottfred | 9781250080035 | 9-12 | N/A | N/A | | Y | Y | y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Georgia Peaches and Other Forbidden Fruit | Jaye Robin Brown | 9780062270986 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Glass | Ellen Hopkins | 1416940901 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Grit | Gillian French | 9780062642554 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Half of a Yellow Sun | Chimamanda Ngozi Adichie | 9781549098390 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: All Course Name: Course No.: Other: School/Classroom Library | Grade: Course Name: Course No.: Other: | | | Removed by school committee |
| Instructional Materials | Other Materials | Handsome Girl and the Beautiful Boy | BT. Gottfred | 9781627798525 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Retained by school committee |
| Instructional Materials | Other Materials | Homebody | Rupi Kaur | 9781449486808 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | District appeal, waiting board recommendation |
| Instructional Materials | Other Materials | Homegoing: a Novel | Yaa Gyasi | 9781101971062 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | House of Earth and Blood | Sarah Maas | 9781635577020 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | y | Pending School Review |
| Instructional Materials | Other Materials | I Never | Laura Hoopers | 9781328595874 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Identical | Ellen Hopkins | 1416950052 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | District appeal, waiting board recommendation |
| Instructional Materials | Other Materials | Infandous | Elana Arnold | 9781467738491 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Jack of Hearts | Lev Rosen | 9780316480512 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| Instructional Materials | Other Materials | Juliet Takes a Breath | Gabby Rivera | 9780593108178 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Kingdom of Ash | Sarah Mass | 9781619636101 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Retained at school after committee review |
| Instructional Materials | Other Materials | Kiss & Tell | Adib Khorram | 9780593325285 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Last Night at the Telegraph Club | Malinda Lo | 9780525555278 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Let's Talk About It | Erika Moen, Matthew Nolan | 9781984893147 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Life Is Funny | E.R. Frank | 9781481431644 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Like a Love Story | Abdi Nazemian | 9780062839374 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| Instructional Materials | Other Materials | Living Dead Girl | Elizabeth Scott | 1416960600 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | District appeal, waiting board recommendation |
| Instructional Materials | Other Materials | Looking for Alaska | John Green | 0525475060 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
| 47 | Instructional Materials | Other Materials | Man o' War | Cory McCarthy | 9780593353707 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 48 | Instructional Materials | Other Materials | Milk and Honey | Rupi Kaur | 144947925x | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | District appeal, waiting board recommendation |
| 49 | Instructional Materials | Other Materials | Nineteen Minutes | Jodi Picoult | 0743496728 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: All Course Name: Course No.: Other: School/Classroom | Grade: Course Name: Course No.: Other: | | | Removed by school committee |
| 50 | Instructional Materials | Other Materials | Out of Darkness | Ashley Perez | 1467742023 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 51 | Instructional Materials | Other Materials | People Kill People | Ellen Hopkins | 9781481442930 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Committees reviewed book as age appropriate |
| 52 | Instructional Materials | Other Materials | Perfect | Ellen Hopkins | 1416983244 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 53 | Instructional Materials | Other Materials | Ramona Blue | Julie Murphy | 9780062418357 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 54 | Instructional Materials | Other Materials | Red Hood | Elana Arnold | 9780062742360 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 55 | Instructional Materials | Other Materials | Red, White & Royal Blue | Casey McQuiston | 9781250316776 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 56 | Instructional Materials | Other Materials | Shine | Lauren Myracle | 1419701843 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 57 | Instructional Materials | Other Materials | Slaughterhouse Five - Graphic Novel | Kurt Vonnegut | 9781684156252 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 58 | Instructional Materials | Other Materials | Sold | Patricia McCormick | 9780786851713 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Retained at school after committee review, appealled now pending district review |
| 59 | Instructional Materials | Other Materials | Storm and Fury | Jennifer Armentrout | 1536464929 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: All Course Name: Course No.: Other: Library/Classroom | Grade: Course Name: Course No.: Other: | | | Removed by school committee |
| 60 | Instructional Materials | Other Materials | Sun and Her Flowers | Rupi Kaur | 9781449486792 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Retained by school committee after review |
| 61 | Instructional Materials | Other Materials | The Bluest Eye | Toni Morrison | 1502044285 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Retained at school after committee review |
| 62 | Instructional Materials | Other Materials | The Carnival at Bray | Jessie Ann Foley | 9780989515597 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 63 | Instructional Materials | Other Materials | The Duff | Kody Keplinger | 9780316084239 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Retained by school committee |
| 64 | Instructional Materials | Other Materials | The Handmaid's Tale | Margaret Atwood | 038549081X | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | Retained by school committee |
| 65 | Instructional Materials | Other Materials | The Handmaids Tale:Graphic Novel | Margart Atwood | 9780385539241 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Retained by school committee, district appeal filed by complainant |
| 66 | Instructional Materials | Other Materials | The Haters | Jesse Andrews | 9781419720789 | 9-12 | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | Instructional Materials | Other Materials | The Perks of Being a Wallflower | Stephen Chbosky | 9781451696196 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 68 | Instructional Materials | Other Materials | This is Kind of An Epic Love Story | Kheryn Callender | 62820222 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 69 | Instructional Materials | Other Materials | Tilt | Ellen Hopkins | 9781416983309 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 70 | Instructional Materials | Other Materials | Tricks | Ellen Hopkins | 9781481498241 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: All Course Name: Course No.: Other: School/Classroom | Grade: Course Name: Course No.: Other: | | | Removed by school committee |
| 71 | Instructional Materials | Other Materials | Water for Elephants | Sara Gruen | 1565124995 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | Y | | |
| 72 | Instructional Materials | Other Materials | What Girls Are Made Of | Elana K. Arnold | 9781512410242 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |
| 73 | Instructional Materials | Other Materials | Wicked: the life and times of the wicked witch of the West | Gregory Maguire | 0062853198 | 9-12 | N/A | N/A | | Y | Y | Y | Y | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Pending School Review |