# EXHIBIT B-27

**Exhibit B-27**

## Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Santa Rosa County District Schools**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
Yes _X___  No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable.)

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Crank | Ellen Hopkins | 0-689-86519-4 | High School | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Eleanor and Park | Rainbow Rowell | 1-4104-6062-7 | High School/ Middle YA | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Thirteen Reasons Why | Jay Asher | 978-1-59514-188-0 | High School/ Middle YA | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Tricks | Ellen Hopkins | 978-1-41695007-3 | High School | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Twisted | Laurie Anderson | 0-670-06101-6 | High School/ Middle YA | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | All Your Perfects | Colleen Hoover | 978-1-50110033-3 | High School | N/A | N/A | | Y | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | This submission was invalid at the time. The submitter was not a resident or parent. The same title was later resubmitted with a Power of Attorney and same objection. Was later removed because of little or no circulation. |
| Instructional Materials | Other Materials | Fun Home: A Family Tragicomic | Alison Bechdel | 978-0-618-87171-1 | High School | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | This submission was invalid at the time. The submitter was not a resident or parent. The same title was later resubmitted with a Power of Attorney and same objection. |
| Instructional Materials | Other Materials | Empire of Storms | Sarah Maas | 978-1-61963-467-1 | High School | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Water for Elephants | Sara Gruen | 1-4176526-1 | High School/ Middle YA | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | It | Stephen King | 978-1501142970 | High School | N/A | N/A | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Bluest Eye | Toni Morrison | 9780307278449 | 9-12 | N/A | | | Y | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Alice on the Outside | Phyllis Naylor | 9780689817183 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | The King James Bible | Various Authors | 9781452102401 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | Y | | According to Fl. Statute, book is approved for a course |
| Instructional Materials | Other Materials | The Truth About Alice | Jennifer Mathieu | 9781250063021 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Kite Runner | Khaled Hosseini | 9781594480003 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Poet X | Elizabeth Acevedo | 9780062662804 | 8-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Man O' War | Cory McCarthy | 9780759557598 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Dead End | Jason Myers | 9781410914331 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Shine | Lauren Myracle | 9781419701849 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | People Kill People | Ellen Hopkins | 9781481442941 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Ugly Love | Colleen Hoover | 9781476753188 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Tilt | Ellen Hopkins | 9781416983309 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Sold | Patricia McCormick | 9780786851720 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Layla | Colleen Hoover | 9781558724736 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Red Hood | Elana Arnold | 9780062742377 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Kingdom of Little Wounds | Susan Cokal | 9780763666941 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | November 9th | Colleen Hoover | 9781501110344 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Red, White, and Royal Blue | Casey McQuiston | 9781250316776 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Living Dead Girl | Elizabeth Scott | 9781416960607 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | The Lovely Bones | Alice Sebold | 9780316668343 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Smoke | Ellen Hopkins | 9781416983293 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Burned | Ellen Hopkins | 9781410905543 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |

**Exhibit B-27**

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Perfect | Ellen Hopkins | 9781410683255 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Glass | Ellen Hopkins | 9781416940913 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | All Boys Aren't Blue | George Johnson | 9780374312718 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Fountainhead | Ayn Rand | 9780451191151 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Wicked: The Life and Times of the Wicked Witch of the West | Gregory Maguire | 9780061350962 | 9-12 | N/A | | | | | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Almost Adulting | Arden Rose | 9780062574107 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | Then Again, Maybe I Won't | Judy Blume | 9781481413657 | 8 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | Call Me By Your Name | Andre Aciman | 9780374299217 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Speak | Laurie Halse Anderson | 9780312674397 | 8-12 | English I 1001310 | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: 6-8 Course Name: Course No.: Other: Library | | Y | This title is on our approved adopted curriculum for high school (9th grade) that adhered to Florida law. It was retained for high school but is pending review for middle school YA, which is middle schoolers with parent permission. |
| Instructional Materials | Other Materials | Traffick | Ellen Hopkins | 9781442482883 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Dead Until Dark | Charlaine Harris | 9780441008537 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Snowfish | Adam Rapp | 9780763627850 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Clockwork Princess | Cassandra Clare | 9781416975903 | 8-12 | N/A | | | | | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Concrete Rose | Angie Thomas | 9780062846716 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Extremely Loud and Incredibly Close | Jonathan Safran Foer | 9780618329700 | 8-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | A Curse of Roses | Diana Pinguicha | 9781682815090 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | A Clash of Kings | George R.R. Martin | 9780553579901 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | Defy Me | Tahereh Mafi | 9780062676405 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Friends Forever | Shannon Hale | 9781419755195 | 9-12 | N/A | | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Home Body | Rupi Kaur | 9781449486808 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | It | Stephen King | 9780450411434 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Milk and Honey | Rupi Kaur | 9781449474256 | 9-12 | N/A | | | | | Y | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Naomi and Ely's No Kiss List | Rachel Cohn and David Levithan | 9780375844416 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | Boy Toy | Barry Lyga | 9780547070348 | 9-12 | N/A | | | | | Y | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Girl Parts | John Cusick | 9780765327246 | 9-12 | N/A | | | | Y | | Y | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Sophie's Choice | William Styron | 9780679736370 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Absolutely True Diary of a Part-Time Indian | Sherman Alexie | 9780316013697 | 8-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | All Your Perfects | Colleen Hoover | 9781501171598 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | American Psycho | Brett Easton Ellis | 9780679735779 | 9-12 | N/A | | | | | Y | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | This submission was invalid at the time. The submitter was not a resident or parent. The same title was later resubmitted with a Power of Attorney and same objector. Upon review, book is not age appropriate, had no circulation, and is an ages title. |
| Instructional Materials | Other Materials | Empire of Storms | Sarah J. Maas | 9781619638071 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | Fun Home: A Family Tragicomic | Alison Bechdel | 9780618871711 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | | |
| Instructional Materials | Other Materials | Relish: My Life in the Kitchen | Lucy Knisley | 9781596436237 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Water for Elephants | Sara Gruen | 9781565125605 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Almost Moon | Alice Sebold | 9780316677462 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Slaughterhouse-Five Graphic Novel | Kurt Vonnegut, Ryan North, Robert Monteys | 9781684156252 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |

**Santa Rosa.xlsx  Page 2 of 4**

**Exhibit B-27**

| Type of Material | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. | Other | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued | Access Limited | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Pride of Baghdad | Brian K. Vaughan | 9781401203153 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Rage and Ruin | Jennifer L. Armentrout | 9781335018267 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | The Art of Racing in the Rain | Garth Stein | 9780061537936 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | The Love Hypothesis | Ali Hazelwood | 9780593336823 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Newer peer reviews indicated higher interest level and professional judgement warranted deselecting the title. |
| Instructional Materials | Other Materials | The Drawing of the Three | Stephen King | 9781501161810 | 9-12 | N/A | | | | Y | Y | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Release | Patrick Ness | 9780062403193 | 9-12 | N/A | | | | Y | Y | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Perfect Chemistry | Simone Elkeles | 9780802798220 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Fallout | Ellen Hopkins | 9781416950092 | 9-12 | N/A | | | | Y | Y | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Nineteen Minutes | Jodi Picoult | 9780743496728 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Vampire Armand | Anne Rice | 9780375705631 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Black Leopard, Red Wolf | Marlon James | 9780735220171 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Memnoch the Devil | Anne Rice | 9780345409676 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Fourth Wing | Elena K. Arnold | 9781512413802 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Infandous | Elena K. Arnold | 9781467776254 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Wizard's First Rule | Terry Goodkind | 9780812548051 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Voice of the Night | Dean Koontz | 9780425214596 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | A Yellow Raft in Blue Water | Michael Dorris | 9780805012070 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Allegedly | Tiffany D. Jackson | 9780062422654 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Kiss and Tell | Adib Khorram | 9780593325765 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | The Last True Poets of the Sea | Julia Drake | 9781368048088 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Cursor's Fury | Jim Butcher | 9780441015476 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Any Way the Wind Blows | Rainbow Rowell | 9781250254337 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Club Dead | Charlaine Harris | 9780441010518 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Dead to the World | Charlaine Harris | 9780441012185 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Living Dead in Dallas | Charlaine Harris | 9780441009237 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Definitely Dead | Charlaine Harris | 9780441014912 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Kings Rising | C.S. Pacat | 9780425273999 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Proxs | David Levithan | 9781338671191 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Where I End and You Begin | Preston Norton | 9781484798355 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Opposition | Jennifer L. Armentrout | 9781622662647 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Bathe the Cat | Alice McGinty | 9781324016083 | 9-12 | N/A | | | | | | Y | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Fade | Robert Cormier | 9780440210610 | 8 | N/A | | | | Y | | | | | | | Grade: 9-12<br>Course Name:<br>Course No.:<br>Other: Library | Grade:<br>Course Name:<br>Course No.:<br>Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | A Scatter of Light | Malinda Lo | 9780525555278 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | TTFN | Lauren Myracle | 9780810987883 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Lulu and Milagro's Search for Clarity | Angela Velez | 9780062946229 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |
| Instructional Materials | Other Materials | Bazaar of Bad Dreams | Stephen King | 9781501111679 | 9-12 | N/A | | | | Y | | | | | | | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | | Y | |

**Exhibit B-27**

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials | Fairy Tail | Hiro Mashima | 9780345501332 | 8-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | After the Game | Abbi Glines | 9781481438899 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Grave Mercy | Robin LaFevers | 9780547628349 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Better Nate Than Ever | Tim Federle | 9781442446894 | 8-12 | N/A | | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Kingsbane | Claire Legrand | 9781492656654 | 9-12 | N/A | | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Lightbringer | Claire Legrand | 9781492656678 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Full Dark, No Stars | Stephen King | 9781439192603 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Circle | Dave Eggers | 9780385351393 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Cold | Mariko Tamaki | 9781250219886 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Friday, I'm in Love | Camryn Garrett | 9780593377980 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Long Walk | Richard Bachman (Stephen King) | 9781501144264 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Invisible Life of Addie LaRue | V.E. Schwab | 9780765387561 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Seven Husbands of Evelyn Hugo | Taylor Jenkins Reid | 9781501161933 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Day of the Jackal | Frederick Forsyth | 9780553266306 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Me, Earl, and the Dying Girl | Jesse Andrews | 9781419701764 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Dark Places | Gillian Flynn | 9780307341570 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Dragon Factory | Jonathan Maberry | 9780312382506 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | The Guest List | Lucy Foley | 9780062868930 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Rana Joon and the One and Only Now | Shideh Etaat | 9780063139469 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | I'm Glad My Mom Died | Jennette McCurdy | 9781982185824 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Kafka on the Shore | Haruki Murakami | 9781400079278 | 9-12 | N/A | | | | Y | | | | | | | Grade: 9-12 Course Name: Course No.: Other: Library | Grade: Course Name: Course No.: Other: | | | Little or no circulation and it is considered an aged title |
| Instructional Materials | Other Materials | Beauty Queens | Libba Bray | 9780439895972 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Cell | Stephen King | 9780743292337 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Chain Reaction | Simone Elkeles | 9780802720870 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |
| Instructional Materials | Other Materials | Bag of Bones | Stephen King | 9780671024239 | 9-12 | N/A | | | | Y | | | | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | |