# EXHIBIT B-30

# Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name:** St. Johns County School District

**2.** Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?
Yes__X___   No _____. If yes, complete item 3.

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials: Y | A Clash of Kings | George R Martin | 978-0007465828 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: 9-12 Course Name: Course No.: Other: School Library | Grade: Course Name: Course No.: Other: | | | Not suited to students needs and ability to comprehend/Inappropriate for grade level and age group |
| Instructional Materials | Other Materials: Y | A Game of Thrones | George R Martin | 978-0553103540 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: 9-12 Course Name: Course No.: Other: School Library | Grade: Course Name: Course No.: Other: | | | Not suited to students needs and ability to comprehend/Inappropriate for grade level and age group |
| Instructional Materials | Other Materials: Y | Almost Moon | Alice Sebold | 978-0316677462 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: 9-12 Course Name: Course No.: Other: School Library | Grade: Course Name: Course No.: Other: | | | Not suited to students needs and ability to comprehend/Inappropriate for grade level and age group |
| Instructional Materials | Other Materials: Y | Strange Truth | Maggie Thrash | 978-1-48146201-3 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | A Stolen Life: A Memoir | Jaycee Lee Dugard | 978-1-45162918-7 | 11-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: 11-12 Course Name: Course No.: Other: School Library | | | School board decision |
| Instructional Materials | Other Materials: Y | One Last Stop | Casey McQuiston | 978-1250244499 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: 9-12 Course Name: Course No.: Other: School Library | Grade: Course Name: Course No.: Other: | | | Not suited to students needs and ability to comprehend/Inappropriate for grade level and age group |
| Instructional Materials | Other Materials: Y | Wicked: The Life and Times of the Wicked Witch of the West (a novel) | Gregory Maguire | 978-0060987107 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: 9-12 Course Name: Course No.: Other: School Library | Grade: Course Name: Course No.: Other: | | | Not suited to students needs and ability to comprehend/Inappropriate for grade level and age group |
| Instructional Materials | Other Materials: Y | 33 Snowfish | Adam Rapp | 9780763629175 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | Storm and Fury | Jennifer L. Armentrout | 978-1-33521879-7 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | The Great Cow Race (Bone Series) | Jeff Smith | 978-0-439-70624-7 | K-12 | N/A | N/A | | | | | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | Half of a Yellow Sun | Chimamanda Ngozi Adichie | 978-1-40009520-9 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | Fire Force, 1: Fire Walk with Me | Atsushi Ōkubo | 978-1-63236-330-5 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | Nineteen Minutes | Jodi Picoult | 978-0-7434-9673-5 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | Normal People | Sally Rooney | 978-1-984822-17-8 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: Course Name: Course No.: Other: | | Y | Determined appropriate for grade level by District Review Committee |
| Instructional Materials | Other Materials: Y | The Love Hypothesis | Ali Hazelwood | 978-0-593-33682-3 | 9-12 | N/A | N/A | | | Y | Y | | Y | | | | Grade: Course Name: Course No.: Other: | Grade: 9-12 Course Name: Course No.: Other: School Library | | Y | Quarantined and inaccessible to students due to nature of objection. |

| Type of Material (Enter "Y for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials: Y | Other Materials | Foundations in Personal Finance, 2022, 4th Edition | Ramsey Solutions | 9781936948550T | 9-12 | Personal Financial Literacy | 2102372 | | | | | | | | Does not align with SS.912.FL.4.6 or Content 11.D; includes Bible verses throughout the course; approach to debt; other issues | | Grade: 9-12 Course Name: Personal Financial Literacy Course No.: 2102372 Other: | Grade: Course Name: Course No.: Other: | | | The course was daggered by the FDOE and this title was removed from the adoption list by the district. |