# EXHIBIT B-31

**Exhibit B-31**

## Library and Instructional Materials Objection Report

This form serves as the reporting tool for school districts to report materials that were subject to an objection by a parent or resident of a school district so that the Florida Department of Education can publish an annual objection report, identifying materials removed or discontinued as a result of an objection as required in section 1006.28(2)(e)3., Florida Statutes.

This form is due by June 30 of each year. All school districts are required to submit this form to https://districts.flimadoption.org.

**1. School District Name: Volusia**

**2. Was an objection submitted by a parent or resident of the school district between July 1 and June 30, under the school district's policy adopted to implement objections to materials under s. 1006.28(2)(a)2., F.S.?**
**Yes__x___ No _____. If yes, complete item 3.**

**3. Information about Objection:** (For every item subject to an objection, provide all information requested below. Insert "N/A" where information is not applicable).

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | **Type of Material (Enter "Y for all that apply)** | | **Title** | **Author (First name, Last name)** | **ISBN** | **Grade Level** | **Course Name** | **Course Number in the Course Code Directory** | **Basis for Objection to Material (Enter "Y" for all that apply)** | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (**required:** *Include a description of the basis for the objection in the cell below)* | Other (**required**: *Include a description of the basis for the objection in the cell below)* | **School District Action on Objection (Enter "Y" for all that apply)** | Removed/Discontinued (**required:** *Identify where material was removed/discontinued in the cell below)* | Access Limited (**required**: *Identify where material had access limited in the cell below)* | Did Not Remove/ Discontinue/ Limit Access | Pending | **Basis for School District Action (Describe Rationale for School District Action)** |
| 9 | **Instructional Materials** | **Other Materials-Y** | A Clash of Kings: A Song of Fire and Ice | George R. R. Martin | 9780553108033 | N/A | N/A | N/A | [redacted] | Y | N/A | N/A | N/A | N/A | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School Library | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 10 | **Instructional Materials** | **Other Materials-Y** | A Stolen Life: A Memoir | Jaycee Lee Dugard | 9781451629194 | N/A | N/A | N/A | [redacted] | Y | N/A | N/A | N/A | N/A | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 11 | **Instructional Materials** | **Other Materials-Y** | Alice On the Outside | Phyllis Reynolds Naylor | 978068980359 | N/A | N/A | N/A | [redacted] | N/A | N/A | N/A | N/A | Y | N/A | N/A | [redacted] | Grade: 6,7,8<br>Course Name:N/A<br>Course No.:N/A<br>Other: Middle School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 12 | **Instructional Materials** | **Other Materials-Y** | All Boys Aren't Blue | George Johnson | 9781250895561 | N/A | N/A | N/A | [redacted] | Y | N/A | N/A | N/A | N/A | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | reading of exerpt stopped at School Board meeting |
| 13 | **Instructional Materials** | **Other Materials-Y** | Allegedly | Tiffany Jackson | 9780062422644 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 14 | **Instructional Materials** | **Other Materials-Y** | Boy Girl Boy | Ron Koertge | 9780152053253 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 15 | **Instructional Materials** | **Other Materials-Y** | Bumped | Megan McCafferty | 9780061962752 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 16 | **Instructional Materials** | **Other Materials-Y** | Burned | Ellen Hopkins | 9781428757097 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 17 | **Instructional Materials** | **Other Materials-Y** | Chosen | P.C. Cast, Kristin Cast | 9780329686192 | N/A | N/A | N/A | [redacted] | N/A | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 6, 7, 8, 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School Library, Middle school library | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 18 | **Instructional Materials** | **Other Materials-Y** | Clockwork Princess | Cassandra Clare | 978141697590X | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 6, 7, 8, 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School Library, Middle school library | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school-based decision |
| 19 | **Instructional Materials** | **Other Materials-Y** | Concrete Rose | Angie Thomas | 9781432884743 | N/A | N/A | N/A | [redacted] | N/A | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | Grade: 6,7<br>Course Name: N/A<br>Course No.:N/A<br>Other: Middle School | Y-high school | N/A | Grade-level and age appropriate for 8th grade and above |
| 20 | **Instructional Materials** | **Other Materials-Y** | Crank | Ellen Hopkins | 9781442471818 | N/A | N/A | N/A | [redacted] | N/A | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school determined the book to not be appropriate for the school library media collection |
| 21 | **Instructional Materials** | **Other Materials-Y** | Damsel | Elana Arnold | 34941000959614 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | reading of excerpt stopped at School Board meeting |
| 22 | **Instructional Materials** | **Other Materials-Y** | Darius the Great Deserves Better | Adib Khorram | 978059310823X | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | Y | N/A | Complainant withdrew objection |
| 23 | **Instructional Materials** | **Other Materials-Y** | Eleanor and Park | Rainbow Rowell | 9781250012579 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | Y | N/A | Complainant withdrew objection |
| 24 | **Instructional Materials** | **Other Materials-Y** | Emergency Contact | Mary H K Choi | 9781534408975 | N/A | N/A | N/A | [redacted] | Y | N/A | Y | Y | Y | N/A | N/A | [redacted] | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.:N/A<br>Other: N/A | N/A | N/A | school determined the book to not be appropriate for the school library media collection |

# Exhibit B-31

| | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the basis for the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material was removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials-Y | Extremely Loud and Incredibly Close | Jonathan Safran Foer | 9780618711659 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Fade | Lisa McMann | 9780329760892 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Felx Ever After | Kacen Callender | 9780062820259 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Glass | Ellen Hopkins | 9781537937830 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Go Ask Alice | Anonymous | 9781415646236 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: N/A Course Name N/A Course No. N/A Other: N/A | Grade: 6, 7, 8, 9, 10, 11, 12 Course Name: N/A Course No. N/A Other: High School Library, Middle school library | | | Resolution between schools and complainant to require parent permission |
| Instructional Materials | Other Materials-Y | Grown | Tiffany Jackson | 9781713783797 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Heroine | Mindy McGinnis | 9780062847201 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | I am Not Your Perfect Mexican Daughter | Erika Sanchez | 9781524700485 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Identical | Ellen Hopkins | 9780605225336 | N/A | N/A | N/A | | Y | | Y | | N/A | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | I'll give you the Sun | Jandy Nelson | 9780142425763 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | LBR, GBR | Lauren Myracle | 9780810912663 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Last Night at the Telegraph club | Malinda Lo | 9780525555254 | N/A | N/A | N/A | | Y | | | Y | | N/A | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Laura Dean Keeps Breaking Up with Me | Mariko Tamaki | 9781626722590 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Little and Lion | Brandy Colbert | 9780316349017 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Living Dead Girl | Elizabeth Scott | 9781416960591 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | Pending | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Looking for Alaska | John Green | 9780605640157 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Lullaby | Chuck Palahniuk | 9780385722193 | N/A | N/A | N/A | | Y | | | N/A | N/A | N/A | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | reading of excerpt stopped at School Board meeting |
| Instructional Materials | Other Materials-Y | Me Earl and the Dying Girl | Jesse Andrews | 9780605351048 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | reading of excerpt stopped at School Board meeting |
| Instructional Materials | Other Materials-Y | Monday's Not Coming | Tiffany Jackson | 9780062422677, 9780062422682 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | More happy than Not | Adam Silvera | 9781616955601 | N/A | N/A | N/A | | Y | | | Y | | N/A | | | Grade: 9, 10, 11, 12 Course Name N/A Course No. N/A Other: High School | Grade: N/A Course Name: N/A Course No. N/A Other: N/A | | | school determined the book to not be appropriate for the school library media collection |

# Exhibit B-31

| # | Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. | Other | School District Action on Objection | Removed/Discontinued | Access Limited | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Instructional Materials | Other Materials-Y | Native Son | Richard Wright | 9781518139543 | N/A | N/A | N/A | | Y | N/A | N/A | | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | schools weeded title due to age and lack of circulation |
| 46 | Instructional Materials | Other Materials-Y | Neanderthal Opens the Door to the Universe | Preston Norton | 9781540096921 | N/A | N/A | N/A | | Y | N/A | Y | Y | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined the book to not be appropriate for the school library media collection |
| 47 | Instructional Materials | Other Materials-Y | Nineteen Minutes | Jodi Picoult | 9780743496735 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |
| 48 | Instructional Materials | Other Materials-Y | Out of Darkness | Ashley Hope Perez | 9780823445035 | N/A | N/A | N/A | | Y | N/A | Y | Y | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined the book to not be appropriate for the school library media collection |
| 49 | Instructional Materials | Other Materials-Y | Perfect | Ellen Hopkins | 9780329913762 | N/A | N/A | N/A | | Y | N/A | | | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined the book to not be appropriate for the school library media collection |
| 50 | Instructional Materials | Other Materials-Y | Ramona Blue | Julie Murphy | 9780062418357 | N/A | N/A | N/A | | Y | N/A | | Y | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined the book to not be appropriate for the school library media collection |
| 51 | Instructional Materials | Other Materials-Y | Scars | Cheryl Rainfield | 9781934813324 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined the book to not be appropriate for the school library media collection |
| 52 | Instructional Materials | Other Materials-Y | Slaughterhouse Five | Kurt Vonnegut | 9780385312080 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |
| 53 | Instructional Materials | Other Materials-Y | Smoke | Ellen Hopkins | 9781416983286 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |
| 54 | Instructional Materials | Other Materials-Y | Sold | Patricia McCormick | 9780329646311 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |
| 55 | Instructional Materials | Other Materials-Y | Song of Solomon | Toni Morrison | 9781400033423 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | schools weeded title due to age and lack of circulation |
| 56 | Instructional Materials | Other Materials-Y | Storm and Fury | Jennifer Armentrout | 9781713728474 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined the book to not be appropriate for the school library media collection |
| 57 | Instructional Materials | Other Materials-Y | The 57 Bus | Dashka Slater | 9780374303235 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: N/A / Course Name:N/A / Course No: N/A / Other: N/A | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | Complainant withdrew objection |
| 58 | Instructional Materials | Other Materials-Y | The Bible | N/A | | N/A | N/A | N/A | | | N/A | N/A | N/A | | N/A | N/A | | Grade: N/A / Course Name:N/A / Course No: N/A / Other: N/A | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | Pursuant to Florida Statute 1003.45, the Bible is authorized to be available in public schools |
| 59 | Instructional Materials | Other Materials-Y | The Black Flamingo | Dean Atta | 9780062990303 | N/A | N/A | N/A | | Y | N/A | Y | | | N/A | N/A | | Grade: N/A / Course Name:N/A / Course No: N/A / Other: N/A | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | Y | N/A | reading of excerpt stopped at School Board meeting |
| 60 | Instructional Materials | Other Materials-Y | The Bluest Eye | Toni Morrison | 452273056 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |
| 61 | Instructional Materials | Other Materials-Y | The Freedom Writer's Diary | Erin Gruwell | 9783295734438 | N/A | N/A | N/A | | N/A | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined it to not be appropriate for the school library media collection |
| 62 | Instructional Materials | Other Materials-Y | The Handmaid's Tale | Margaret Atwood | 9780329535438 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | school determined it to not be appropriate for the school library media collection |
| 63 | Instructional Materials | Other Materials-Y | The Handsome Girl and Her Beautiful Boy | B.T. Gottfred | 9781627798525 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |
| 64 | Instructional Materials | Other Materials-Y | The Kite Runner | Khaled Hosseini | 9781594631931 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | Resolution at school conference to include a note in advanced program syllabi for this title so that parents would know to look into it |
| 65 | Instructional Materials | Other Materials-Y | The Kite Runner- (Graphic novel) | Khaled Hosseini | 9781594854473 | N/A | N/A | N/A | | Y | N/A | N/A | N/A | | N/A | N/A | | Grade: 9, 10, 11, 12 / Course Name:N/A / Course No: N/A / Other: High School | Grade: N/A / Course Name: N/A / Course No: N/A / Other: N/A | | N/A | reading of excerpt stopped at School Board meeting |

# Exhibit B-31

| Type of Material (Enter "Y" for all that apply) | | Title | Author (First name, Last name) | ISBN | Grade Level | Course Name | Course Number in the Course Code Directory | Basis for Objection to Material (Enter "Y" for all that apply) | Pornographic | Prohibited by s. 847.012, F.S. | Depicts or describes sexual conduct as defined in s. 847.001(19), F.S. | Not suited to students needs and ability to comprehend | Inappropriate for grade level and age group | Fails to meet criteria of s. 1006.31(2), F.S. (required: Include a description of the basis for the objection in the cell below) | Other (required: Include a description of the objection in the cell below) | School District Action on Objection (Enter "Y" for all that apply) | Removed/Discontinued (required: Identify where material had been removed/discontinued in the cell below) | Access Limited (required: Identify where material had access limited in the cell below) | Did Not Remove/ Discontinue/ Limit Access | Pending | Basis for School District Action (Describe Rationale for School District Action) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instructional Materials | Other Materials-Y | The Letter Q | Sarah Moon | 9785453399335 | N/A | N/A | N/A | ■ | N/A | Y | N/A | Y | Y | N/A | | ■ | Grade:<br>Course Name:<br>Course No.:<br>Other: | Grade:<br>Course Name:<br>Course No.:<br>Other: | ■ | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | The Lovely Bones | Alice Sebold | 9780316168816 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | Resolution at school conference to include a note in advanced program syllabi for this title so that parents would know to look into it |
| Instructional Materials | Other Materials-Y | The Midnight Lie | Marie Rutkoski | 9780374306380 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | The Nowhere Girls | Amy Lynn Reed | 9781481481731 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | The Perks of Being a Wallflower | Stephen Chbosky | 9787876290605 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: High School | Grade: 9, 10, 11, 12<br>Course Name: N/A<br>Course No.: N/A<br>Other: High School | | N/A | basis of exempt stopped at School Board meeting |
| Instructional Materials | Other Materials-Y | The Truth About Alice | Jennifer Mathieu | 9781484453261 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | The Upside of Unrequited | Becky Albertalli | 9780062348715 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Thirteen Reasons Why | Jay Asher | 9781595141712 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | This is Kind of an Epic Love Story | Kheryn Callender | 9780062820222 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | This One Summer | Mariko Tamaki | 9781626720947 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | TTFN | Lauren Myracle | 9780810959712 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | TTYL | Lauren Myracle | 9780810948211 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | We Are the Ants | Shaun Hutchinson | 9781481449632 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | We Contain Multitudes | Sarah Henstra | 9780316524650 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Wintergirls | Laurie Halse Anderson | 9780525245259 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Yolk | Mary Choi | 9781534446014 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |
| Instructional Materials | Other Materials-Y | Yolo | Lauren Myracle | 9781419716652 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | Grade: N/A<br>Course Name: N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined title to |
| Instructional Materials | Other Materials-Y | You Too? 25 voices share their #MeToo stories | Janet Gurtler | 9781335929082 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.:N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | reading of exempt stopped at School Board meeting |
| Instructional Materials | Other Materials-Y | Unravel Me | Tahereh Mafi | 9780062085542 | N/A | N/A | N/A | | N/A | Y | N/A | Y | Y | N/A | | | Grade: N/A<br>Course Name:N/A<br>Course No.N/A<br>Other: N/A | Grade: 9, 10, 11, 12<br>Course Name:N/A<br>Course No.: N/A<br>Other: High School | | N/A | school determined it to not be appropriate for the school library media collection |