# EXHIBIT B-33

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-CV-01573-CEM-RMN

## **STIPULATION**

Plaintiffs and the State Defendants agree and stipulate that the documents produced to Plaintiffs by the Florida Department of Education in response to Plaintiffs' August 1, 2024 Public Records Request 24-399, which are identified by file name below,

a) are genuine and authentic copies, within the meaning of Federal Rule of Evidence 901, of the annual reports for the 2023-2024 school year of the respective Florida school districts that are identified in the below file names; and

b) were received from each respective school district by the Commissioner of Education pursuant to Fla. Stat. s. 1006.28(2)(e)3.

File Names:

1. Alachua.xlsx
2. Baker.xlsx
3. Bay.xlsx
4. Bradford.xlsx
5. Brevard.xlsx
6. Broward.xlsx
7. Calhoun.xlsx
8. Charlotte.xlsx
9. Citrus.xlsx
10. Clay.xlsx
11. Collier.xlsx
12. Columbia.xlsx
13. DeSoto.xlsx
14. Dixie.xlsx
15. Duval.xlsx
16. Escambia.xlsx
17. FAMU DRS.xlsx
18. FAU Lab School.xlsx
19. Flagler.xlsx
20. FLVS.xlsx
21. Franklin.xlsx

22. FSUS.xlsx

23. Gadsden.xlsx

24. Gilchrist.xlsx

25. Glades.xlsx

26. Gulf.xlsx

27. Hamilton.xlsx

28. Hardee.xlsx

29. Hendry.xlsx

30. Hernando.xlsx

31. Highlands.xlsx

32. Hillsborough.xlsx

33. Holmes.xlsx

34. Indian River.xlsx

35. Jackson.xlsx

36. Jefferson.xlsx

37. Lafayette.xlsx

38. Lake.xlsx

39. Lee.xlsx

40. Leon.xlsx

41. Levy.xlsx

42. Liberty.xlsx

43. Madison.xlsx

44. Manatee.xlsx

45. Marion.xlsx

46. Martin.xlsx

47. Miami-Dade.xlsx

48. Monroe.xlsx

49. Nassau.xlsx

50. Okaloosa.xlsx

51. Okeechobee.xlsx

52. Orange.xlsx

53. Osceola.xlsx

54. Palm Beach.xlsx

55. Pasco.xlsx

56. Pinellas.xlsx

57. Polk.xlsx

58. Putnam.xlsx

59. Santa Rosa.xlsx

60. Sarasota.xlsx

61. Seminole.xlsx

62. St. Johns.xlsx

63. St. Lucie.xlsx

64. Sumter.xlsx

65. Suwannee.xlsx

66. Taylor.xlsx

67. UF Lab.xlsx

68. Union.xlsx

69. Volusia.xlsx

70. Wakulla.xlsx

71. Walton.xlsx

72. Washington.xlsx

Agreed and Stipulated By:

/s/ Frederick J. Sperling
Frederick J. Sperling
Plaintiffs
12/22/2024


/s/ Bridget K. O'Hickey
Bridget O'Hickey
State Board of Education
Defendants
12/22/2024