# EXHIBIT B-34

Case 6:24-cv-01573-CEM-RMN   Document 107-44   Filed 03/04/25   Page 1 of 3 PageID 852

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-CV-01572-CEM-RMN

## **STIPULATION**

Plaintiffs and the Orange County School District Defendants agree and stipulate that the document produced to Plaintiffs by the Florida Department of Education in response to Plaintiffs' August 1, 2024 Public Records Request 24-399, which is identified by the file name "Orange.xlsx,"

    a)    is a genuine and authentic copy, within the meaning of Federal Rule of Evidence 901, of the annual report for the 2023-2024 school year of the Orange County School District;

    b)    was submitted by the Orange County School District to the Commissioner of Education pursuant to Fla. Stat. s. 1006.28(2)(e)(3); and

    c)    identifies materials that have been removed or discontinued, or have had their access restricted, pursuant to either Fla. Stat. s. 1006.28(2)(e)(3), or

other Florida law, by the Orange County School District for the reason(s) stated in the records.

Agreed and Stipulated By:

/s/ Frederick J. Sperling
Frederick J. Sperling
Counsel for Plaintiffs
Date: 1/16/2025


/s/ Sheena Thakrar
Sheena Thakrar
Counsel for Orange County School Board Defendants
Date: 1/16/2025