# EXHIBIT B-35

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-CV-01572-CEM-RMN

## **STIPULATION**

Plaintiffs and the Volusia County School District Defendants agree and stipulate that the document produced to Plaintiffs by the Florida Department of Education in response to Plaintiffs' August 1, 2024 Public Records Request 24-399, which is identified by the file name "Volusia.xlsx,"

a) is a genuine and authentic copy, within the meaning of Federal Rule of Evidence 901, of the annual report for the 2023-2024 school year of the Volusia County School District;

b) was submitted by the Volusia County School District to the Commissioner of Education pursuant to Fla. Stat. s. 1006.28(2)(e)(3); and

c) identifies materials that have been removed or discontinued, or have had their access restricted, pursuant to either Fla. Stat. s. 1006.28(2)(e)(3), or other Florida law, by the Volusia County School District for the reason(s) stated in the records.

Agreed and Stipulated By:

/s/ Frederick J. Sperling
Frederick J. Sperling
Plaintiffs
12/30/2024


/s/ Sheena Thakrar
Sheena Thakrar
Volusia County School Board
Defendants
1/16/2025

2