# EXHIBIT B-37

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

Case No. 6:24-CV-01572-CEM-RMN

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

## **STIPULATION**

Plaintiffs and the Orange County School District Defendants agree and stipulate that the documents produced to Plaintiffs by the Orange County School District Defendants in response to Plaintiffs' December 18, 2024 First Request For Production Of Documents, which are identified by the bates numbers Orange County 000001-000002, are genuine and authentic copies, within the meaning of Federal Rule of Evidence 901, of documents showing (1) books removed from a school or classroom library in Orange County Public Schools since July 1, 2023 and (2) the reason(s) that each book was removed from a school or classroom library.

Agreed and Stipulated By:

/s/ Frederick J. Sperling
Frederick J. Sperling
Plaintiffs
Date: 1/17/2025

<u>/s/ Sheena Thakrar</u>
Sheena Thakrar
Orange County School Board
Defendants
Date:  1/23/2025