# EXHIBIT D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.                                              Case No. 6:24-cv-01572-CEM-RMN

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

    Defendants.

_____

## DECLARATION OF MARY E. RASENBERGER

I, Mary E. Rasenberger, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am over 21 years of age and am fully competent to testify about the matters contained herein.

2. I am the Chief Executive Officer ("CEO") of the Authors Guild, Inc. (the "Authors Guild" or the "Guild"). I have held this position since 2014, when I joined the Guild (with a title change from Executive Director to CEO in 2020).

3. The Authors Guild is the nation's oldest and largest professional organization for published writers. It serves as a collective voice of American authors and has long supported the rich and diverse literary culture of our country. The Guild counts historians, biographers, academicians, novelists, journalists, and other writers of non-fiction and fiction as members; many write for children or young adults and are frequent contributors to the most influential and well-respected publications in every

field. Many Guild members earn a substantial portion of their livelihoods through their writing, and the ability to write freely and distribute their work is vital to their incomes, as well as to the culture. Our membership includes over 15,000 authors, 698 of whom are located in Florida. Our membership includes authors John Green, Angie Thomas, and Jodi Picoult. Our fundamental mission is to preserve writers' rights to create, publish, and earn a sustainable living. We work to ensure that authors have enforceable intellectual property rights. We fight for fair contracts and compensation. We also fight to preserve our authors' free speech rights and protect writers of all stripes and opinions from censorship.

4. Censorship efforts obstruct the right to read and publish freely by suppressing free speech and freedom of expression and by making it harder for authors to sell copies of their work. People who fear and suppress the ideas expressed in books undermine meaningful discourse and viewpoints in the marketplace of ideas that are necessary for the sustenance of a robust democracy.

5. School libraries are an essential forum for many authors to disseminate their work. The ability of Authors Guild members to write on topics of their choosing and to have their work available through bookstores and libraries is vital to their ability to make a living in their chosen profession. Schools are an important market for many Guild members, especially for children's, young adult, and crossover writers. Librarians are trained to curate a pedagogically sound library and recommend books to students based upon their ages, interests and skill levels. Libraries are community hubs, keeping whole schools, towns, and cities glued together around a love for books.

Libraries host author events, book clubs, and other events that foster their patrons' love for reading. This is crucial for authors who seek to create long-term relationships with their readers.

6. Section 1006.28's prohibitions on content that "describes sexual conduct" and so-called "pornographic" content (the "Challenged Provisions") have deprived authors of their right to be read and chilled their speech. In particular, many books written by our members (including Green, Thomas, and Picoult) have been removed or identified for removal from Florida school libraries under the Challenged Provisions. The Challenged Provisions are broad, across-the-board requirements that go against First Amendment case law, which requires that a book be evaluated as a whole, not upon its individual parts. The Challenged Provisions reduce works to single paragraphs and pages, devoid of framing and context. In doing so, the Challenged Provisions have infringed upon authors' First Amendment rights not to have their ideas suppressed. Without a constitutionally sound review of their books, many authors have been functionally obstructed from communicating their viewpoint to their intended audience.

7. Partisan actors have disparagingly labelled many authors and their books as "pornographic" and "obscene" without regard to the content of the books in question. Readers may be misled by these mischaracterizations of the works and the messages they actually contain. This harms authors—both by decreasing the sales of and exposure to their works and also by negatively affecting their reputations. Patrons who encounter an author for the first time in a library may feel inspired to read other

works by that author or other works like the author's; this leads to a lifelong investment in the works of authors. Due to this, library acquisition of books is essential to authors' ability to earn a sustainable living. We have received complaints from our members about not only lost book sales as a result of laws such as the Challenged Provisions, but also lost school visits and speaking opportunities, which can comprise a large portion of authors'—especially children's and young adult authors'—incomes. This issue is critical to our members.

8. The concerted vilification of authors whose books don't conform with vague, inflexible government definitions of "appropriateness" chills speech, leading to dimmer, less colorful dialogues in the marketplace of ideas. Laws like the Challenged Provisions not only chill the authors' speech but also chill the creative process generally. Authors who have been stigmatized by the Challenged Provisions may—consciously or subconsciously—self-censor their future works to avoid those works being wrongly labelled as "pornography" and to avoid their works being targeted by laws such as the Challenged Provisions.

9. Like teachers, authors of books written for children and young adults know their audience—they are deeply invested in understanding and speaking to the age group they are addressing. The Challenged Provisions censor authors' speech at the cost of children's and teenagers' comprehension of their world, including some who are of or close to voting age.

10. The Authors Guild is committed to protecting all authors. Our authors hail from a wide range of backgrounds, with different histories and political views,

espousing a variety of ideas. Our advocacy is not underpinned on the content of our authors' books, but on respect for their authorship itself.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2025
New York, New York

_____
Mary E. Rasenberger