# EXHIBIT E

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

      Plaintiffs,

v.

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

      Defendants.

Case No. 6:24-cv-01572-CEM-RMN

_____

### DECLARATION OF JULIA ALVAREZ

I, Julia Alvarez, declare that the following facts are true and correct to the best of my knowledge and belief:

1.      I am an author of adult, young adult (YA), and children's books in the fiction and nonfiction genres.  I am also a poet and essayist.

2.      I am regarded as one of the most critically and commercially successful Latina writers of my time.  My works have been recognized by young adults, critics, librarians, and educators.  I have been featured on several best-seller lists and best-of lists over the course of my career.

3.      My debut novel *How the García Girls Lost Their Accents* won the PEN Oakland/Jefferson Miles Award for excellence.  It has been translated into 11 languages in 15 countries.  It was hand-picked for the *Library Journal*'s "21 new classics for the 21st century" list and selected as a "Notable Book" by the *New York Times* and

1

the American Library Association (ALA).  It has been adapted into a play and been

the subject of multiple scholarly articles including Joan Hoffman's "*She Wants to be*

*Called Yolanda Now: Identity, Language, and the Third Sister in How the García Girls Lost*

*Their Accents*," which was published in the *Bilingual Review*.

4.    My novel *In the Time of the Butterflies* was a National Book Critics Circle

Award finalist and was selected as part of "The Big Read," the National Endowment

for the Arts' community-wide reading program.  It was named a "Notable Book" by

the ALA and has been adapted into a feature film.

5.    My book *Before We Were Free* was awarded the Association for Library

Service to the Children (ALSC) Pura Belpré Award, which recognizes Latino and

Latina authors and illustrators whose children's book best represents and affirms the

Latino cultural experience.  *TIME* listed it on its "100 Best YA Books of All Time."

My novel *Return to Sender* was named a "Notable Children's Book" by the ALSC and

won the ALSC  Pura Belpré Award.  My book *Once Upon A Quinceañera* was a National

Book Critics Circle finalist.  My book *¡Yo!,* the sequel to *How the García Girls Lost Their*

*Accents*, was named a notable book by the ALA.  My book *The Best Gift of All* received

an "Honorable Mention" for the Américas Award for Children's and Young Adult

Literature.

6.    I have won numerous awards for my works and career achievements.

President Barack Obama awarded me the National Medal of the Arts in 2014.  I

received the Lamont Poetry Prize from the Academy of American Poets.  I received

the F. Scott Fitzgerald Award for Achievement in American Literature in 2009.  I

received the Hispanic Heritage Award in Literature in 2002.  I received the Latina Leader Award in Literature from the Congressional Hispanic Caucus Institute.  I have been awarded honorary degrees from the University of Vermont (2008), Union College (2004), John Jay College (1996), Pontificia Universidad Católica Madre y Maestra (2006), and Middlebury College (2015).  I have been recognized as one of the 15 most prominent Hispanic-American artists by the State Department's Bureau of International Information Programs.  Additionally, I have received the Fray Antón de Montesinos Award from the Alumni Association of the University of Santo Domingo, the Sor Juana Award from Chicago's Mexican Fine Arts Museum, and the Hispanic Heritage Award in Literature from the Kennedy Center.

7.     I am involved in education.  I am currently Writer-in-Residence Emerita at Middlebury College.  I have taught at Phillips Andover Academy, University of Vermont, and University of Illinois.  I have also been a Jean McKean Moore Visiting Writer at George Washington University and a Creative Writing Fellow at Syracuse University.  I served as the Honorary Co-Chair of the ALA's Spectrum Presidential Initiative, which worked to increase diversity in librarian leadership.

8.     I am active in writing communities.  I have judged numerous writing contests and awards such as the National Poetry Contest and the PEN/Newman's Own First Amendment Award.  I serve as a member of the Academy of American Poets, the Associated Writing Programs, Poets & Writers, and the Latin American Writers' Institute.

3

9.      My novel *How the García Girls Lost Their Accents* is a coming-of-age story that spans more than thirty years in the lives of four sisters.  Told in reverse chronological order from different perspectives, the novel begins with the sisters' adult lives in the United States and ends with their childhood in the Dominican Republic, a country their family was forced to flee due to their father's participation in the resistance movement to Rafael Trujillo's dictatorship.  This narrative is personal to me because my family fled the Dominican Republic out of fear of retaliation, given my father's opposition to Trujillo's brutal regime.  *How the García Girls Lost Their Accents* explores themes of acculturation, chronicling the myriad of hardships of assimilating and overcoming a sense of displacement and confusion of identity after being uprooted from familiar surroundings.  I explore the fragmentation of personal identity through the whole family, especially Yolanda, the third-oldest daughter, who is my alter-ego.  My goal is for everyone, young and old, to feel seen if they are struggling to reconcile different parts of themselves to exist and thrive in one culture or society.

10.      Everyone is welcome at the table of literature.  I write to heal our divisions and unite different communities to affirm our humanity.  I write to fill gaps on my bookshelf.  I am disheartened to hear that the different perspectives reflected in my stories, where all the main characters struggle to be authentically seen and heard, are being weaponized against the very books that can affirm our oneness as a human family.  *Trespass*, a chapter in *How the García Girls Lost Their Accents*, focuses on a shocking encounter in which Carla, the oldest of the four daughters, has an upsetting encounter with a sexual offender shortly after moving to New York—he "flashes" her,

4

and she runs off terrified.  Her mother calls the police; Carla is disgusted and scared, but as she is still learning English, she cannot adequately explain what happened.  This incident's inclusion demonstrates how powerless and voiceless young people can feel when they do not have the tools to speak out for themselves.  Unfortunately, young people encounter traumatic experiences every day; it is our duty to equip them with tools to be able to recognize harmful situations and communicate their feelings and experiences to us.  As an educator, I use this story to talk with students about the power of words when we feel bereft and helpless and need to share our story in order to feel human again. Censoring these stories chills formative conversations, harming young people.

11.    Students are my primary audience.  Many lack the resources or ability to access my books outside of the school library.  Removing my books from school libraries makes it functionally impossible for me to reach my target audience.  Section 1006.28's prohibitions on content that "describe sexual conduct" or so-called "pornographic" content are preventing students from accessing my books in Florida school libraries.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2025                                 Julia Alvarez
        Champlain Valley, Vermont                    Julia Alvarez