# EXHIBIT F

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

P<small>ENGUIN</small> R<small>ANDOM</small> H<small>OUSE</small> LLC, *et al.*,

    Plaintiffs,

v.                                              Case No. 6:24-cv-01572-CEM-RMN

B<small>EN</small> G<small>IBSON</small>, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

## **DECLARATION OF JOHN GREEN**

I, John Green, declare that the following facts are true and correct to the best of my knowledge and belief:

1.    I am an author of young adult (YA) fiction, bildungsroman, and romance. I have authored seven *New York Times* bestsellers, namely *Looking for Alaska*, *An Abundance of Katherines*, *Paper Towns*, *Will Grayson, Will Grayson*, *The Fault in Our Stars*, *Turtles All the Way Down*, and *The Anthropocene Reviewed*. My books have more than 50 million copies in print worldwide. *The Fault in Our Stars* is one of the best-selling books of all time, with over 23 million sales and counting.

2.  My first novel *Looking for Alaska* was awarded the American Library Association's (ALA) Michael L. Printz Award and was the *Los Angeles Times* Book Prize finalist. It was a PBS "Great American Read" selection and selected for lists including NPR's "Top Ten Best-Ever Teen Novels," *TIME* magazine's "100 Best Young Adult Novels of All Time," and the New York Public Library (NYPL) Book for the Teen Age. My novel *Paper Towns* won the Edgar Award for "Best Young Adult Novel" and was adapted into an award-winning motion picture in 2015. I co-authored *Will Grayson,* which became the first LGBT-themed YA novel to make the *New York Times* young adult bestseller list. My fourth novel, *The Fault in Our Stars*, won the DutchDioraphte Jongerenliteratuur Prijs, the Nickelodeon MPN's "Book of the Year" Award, and CBC's "Teen Book of the Year" Award. *The Fault in Our Stars* was named *TIME* magazine's "#1 Fiction Book of 2012" and an "Editor's Choice" by the *New York Times Book Review*. It was shortlisted for the *Guardian*'s Children's Fiction Prize. It was adapted into two critically acclaimed motion pictures and a stage play. *The Anthropocene Reviewed* was longlisted for the Andrew Carnegie Medals for Excellence in Fiction and Nonfiction and won the Goodreads Choice Award for "Best Nonfiction." *Turtles All the Way Down* was named a *New York Times* Notable Book and Top Ten Book of the Year, an *NPR* Best Book of the Year, a *TIME* magazine Best Book of the Year, and a *Wall Street Journal* Best Book of the Year.

It is currently being adapted into a motion picture. I have won the Edgar Allan Poe Award, the Corine Literature Prize, the Children's Choice Book Awards, the Uruguayan Premio Bartolomé Hidalgo for "Best children's Youth [Book] by a foreign Author," and the Young Reader's Choice Award.

3. My novels have been included on many best-of lists, including the ALA's "Top Ten Best Books for Young Adults," the ALA's "Best Books for Young Adults," the Young Adult Library Services Association's (YALSA) "Teen's Top Ten Award," *Booklist* Editor's Choice Pick, the *New York Times* Critics' Top Books of the Year, *NPR* Best Books of the Year, *TIME* Best Books of the Year, *Wall Street Journal* Best Books of the Year, *Boston Globe* Best Books of the Year, *Entertainment Weekly* Best Books of the Year, *School Library Journal* Best Books of the Year, *Kirkus* Best Books of the Year, and *Publishers Weekly* Best Books of the year, among others. My books have been on many bestseller lists, including the *New York Times* bestseller list, the *USA Today* bestseller list, the *Wall Street Journal* bestseller list, the Indiebound bestseller list, *The Bookseller* bestseller list, and the *Publishers Weekly* bestseller list, among others.

4. I wrote *Looking for Alaska* partially as a fictionalized account of my own time at boarding school. *Looking for Alaska* follows Miles Halter, a teenage boy obsessed with the last words of famous people who has decided to go to boarding school for his junior year of high school. The book chronicles his new experiences

3

and blossoming friendships, counting down to the premature death of his friend Alaska Young—ultimately exploring how Miles and his friends process their grief for Alaska and celebrate her life.

5. *Looking for Alaska* expresses my viewpoints on loss, grief, and intimacy. To the extent there is sexuality depicted in *Looking for Alaska*, it is there because I wanted to draw a contrast between physical intimacy and emotional intimacy. I believe it is important for young people to learn not to conflate the two.

6. In all of my experiences I have found teenagers are critically engaged and thoughtful readers—they don't read *Looking for Alaska* to be titillated.

7. Section 1006.28's prohibitions on content that "describes sexual conduct" and so-called "pornographic" content are preventing me from communicating my viewpoint with young Americans and therefore violates my First Amendment rights. School libraries are integral community resources for young people. Many adolescents are experiencing death and loss for the first time in their lives. If *Looking for Alaska* is not available to them in school libraries, they won't have access to a book that can help them through a difficult time and to process their grief.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __02.27.2025__   _____
       Indianapolis, IN           John Michael Green