# EXHIBIT G

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-cv-01572-CEM-RMN

## **DECLARATION OF LAURIE HALSE ANDERSON**

I, Laurie Larrabee ("Laurie Halse Anderson"), declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am an author of young adult (YA) and historical novels. I am also an author of children's books, picture books, and anthologies. My children's book series *Vet Volunteers* is comprised of 17 books.

2. I have won numerous awards for my work. Eight of my novels have been featured on the *New York Times* bestseller list.

3. My works have been recognized by young adults, critics, librarians, and educators across the United States. I have been nominated for the California Young Reader Medal, the Nevada Young Reader's Award, Arizona's "Grand Canyon Reader Award", the Pennsylvania Young Reader's Choice Award, the Rhode Island Teen Book Award, New Jersey's "Garden State Teen Book Award," Georgia's "Children's Book Award," and Connecticut's "Nutmeg Children's Book Award." My

novels have been named on the Master Lists of Michigan's Great Lakes Great Books Award, Nebraska's Golden Sower Award, Kentucky's Bluegrass Award, Missouri's Mark Twain Award, Minnesota's Maud Hart Lovelace Award, Florida's State Young Reader's Award, Utah's Beehive Award, Tennessee's Volunteer State Book Award, Indiana's Young Hoosier Book Award, Rebecca Caudill Award, the Pacific Northwest Young Reader's Choice Award, and the Maine Student Book Award.

4. My book *Prom* was named a Junior Library Guild Selection. *The Impossible Knife of Memory* was named *Publishers Weekly* Best Young Adult Book and the *School Library Journal*'s Best Young Adult Book and was longlisted for the National Book Award. My historical novel *Fever 1793* won a Jefferson Cup Honor, the Massachusetts Children's Book Award, Illinois' Rebecca Caudill Young Reader's Book Award, and the Storytelling World Award. *Fever 1793* was named a Nutmeg Children's Book Award finalist. *Catalyst* won YALSA's Odyssey Audiobook Award. My *Seeds of America* trilogy was critically acclaimed. *Chains*, the first book in the series, won the Parent's Choice Gold Award and the Scott O'Dell Award for Historical Fiction. *Chains* was a National Book Award Finalist and was shortlisted for the Carnegie medal. The second book, *Forged*, was named *Kirkus* Best Children's Book. The last book, *Ashes*, won the Lamplighter Award.

5. I have been recognized for my career achievements as a writer. I have received St. Katherine Drexel Award from the Catholic Librarians Association and the Outstanding Alumni Award from the American Association of Community Colleges. I have been awarded the Margaret A. Edwards Award by the American

Library Association (ALA) for my contribution to YA literature. I was recently honored as the 2023 Astrid Lindgren Memorial Award Laureate, the largest and most prestigious children's literature award in the world, given annually to an author for their body of work and contribution to the field.

6. My work has been included in many best-of lists, including the *School Library Journal*'s "Best Books of the Year," the New York Public Library's (NYPL) "Books for Teens," the Booklist Editors' Choice, the ALA's Quick Picks for Reluctant Young Adults, the ALA's "Best Books for Young Adults," the ALA's "Top 10 Best Books for Young Adults," the ALA's "Notable Children's Books," the ALA's Amelia Bloomer List, the International Reading Association's "Young Adult's Choices List," the *Horn Book Magazine*'s Fanfare List, the YALSA "Teen Top Ten," YALSA's "Great Graphic Novels for Teens Top Ten," the Bank Street "Best Books of the Year," and the Children's Literature Choice List.

7. I am an advocate. I have been honored by the National Coalition Against Censorship and the National Council of Teachers of English for fighting to preserve intellectual freedom. I am a member of the National Leadership Council of RAINN, America's largest anti-sexual violence organization. I frequently talk about sexual violence.

8. The main character in my novel, *Speak*, is Melinda Sordino, a freshman in high school who was sexually assaulted by a senior at a party. She is ostracized because she immediately calls the police to the scene of the party, but her shock renders her unable to speak, resulting in the arrest of several of her peers for underage drinking.

3

The story follows her fall into depression and journey of healing, as she finds the courage to reclaim the narrative and find her voice and "speak" up for herself. I see myself in her because she tells my story; *Speak* is based on my personal experience of being sexually assaulted as a teenager. My memoir, *Shout,* written in free verse, weaves together deeply personal stories, including my real-life sexual assault at age thirteen, with reflections and calls to action against sexual assault.

9. *Speak's* literary value has been recognized across the country. It won a "Blue Ribbon Book" by *The Bulletin of the Center for Children's Books*, a California Young Reader Medal, the Golden Kite Award for Fiction, the Pennsylvania Library Association's Carolyn W. Field Award, the Kentucky Blue Grass Award, and a Michael L. Printz Honor by the American Library Association (ALA). *Speak* was also named a finalist for the National Book Award and the Edgar Allan Poe Award. *Speak* was adapted to a motion picture in 2004 and illustrated into *Speak: The Graphic Novel* in 2019. *Speak: The Graphic Novel* won the SEE-IT Award and was nominated for a Will Eisner Comic Industry Award.

10. In writing *Speak*, I broke 25-years of silence. Finding my voice and expressing my actual experience allowed other children, families, and sexual assault survivors to find theirs. I write not only to help survivors find solace and understanding as they unpack their trauma, but to implore parents to get over their squeamishness about discussing human sexuality to create a safe and nurturing environment for their children. Only when victims feel safer to speak up after a sexual

4

assault, and the judicial system is prepared to consistently prosecute and punish rapists, will the need for books like *Speak* disappear.

11. Students are my most important readers, and school libraries are an important way for them to access my books. I wrote *Speak* and *Shout* to build awareness of the devastating trauma created by sexual violence, and to remove the stigma and shame that has silenced victims for generations. Since 1999, educators and school administrators have told me how my books spark vital conversation about the legal and moral needs for consent in every sexual interaction. Countless students across America have told me that my books help survivors heal. My books teach compassion to students who have never been a victim of violence and show them the difference that they can make by speaking up against rape mythologies, degrading commentary, and other forms of abuse.

12. Section 1006.28's prohibitions on content that "describes sexual conduct" and so-called "pornographic" content (the "Challenged Provisions") deprive me of my right to communicate my ideas—and the facts of my own personal story—to young Americans. The Challenged Provisions deny students of Florida access to material, already readily available in school libraries, that they desperately need if the United States wants to effectively combat the threat of sexual violence. Labeling *Speak* and *Shout* as "pornographic" or otherwise inappropriate for students, and thus requiring the removal of the books from school libraries, stigmatizes me and my work, as well as those who enjoy and seek to read it.

5

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3 March 2025                          *Laurie Larrabee*
       Dresher, PA                           Laurie Larrabee
                                             "Laurie Halse Anderson"

6