# EXHIBIT H

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.                                                                          Case No. 6:24-cv-01572-CEM-RMN

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

    Defendants.

_____

**DECLARATION OF JODI PICOULT**

    I, Jodi Lynn Picoult, declare that the following facts are true and correct to the best of my knowledge and belief:

    1.    I am an author of contemporary fiction. I have authored 28 novels, notably *My Sister's Keeper*, *Nineteen Minutes*, *The Pact*, *Plain Truth*, and *The Storyteller*. My books have been translated into thirty-four languages in thirty-five countries. Four of my novels—*The Pact*, *Plain Truth*, *The Tenth Circle*, and *Salem Falls*—have been made into television movies. *My Sister's Keeper* was adapted into and released as a movie. *Wish You Were Here* and *SMALL GREAT THINGS* are in development for adaptation. *The Book of Two Ways* is under option for adaptation. I have written five issues of DC Comic's *Wonder Woman*. I have co-authored two young adult (YA) novels with my daughter, which were adapted into an Off-Broadway show, now available for licensing through Music Theatre International. I am a co-librettist of *Between the Lines*, *The Book*

*Thief*, *Austenland*, and *Breathe*, which was inducted into the Library of Congress's Performing Arts COVID-19 Response Collection.

2. I have received many awards for my extensive career. I have been awarded the New England Bookseller Award for Fiction; the Sarah Josepha Hale Award by the Richards Free Library; the "Alex Award" from the YA Library Services Association (YALSA), a division of the American Library Association (ALA); the Book Browse Diamond Award for Novel of the Year for *My Sister's Keeper*; the "Green Mountain Book Award" by the Vermont Department of Libraries; the "Granite State Book Award" by the New Hampshire Library Association; and the "Black-Eyed Susan Book Award" by the Maryland Association of School Librarians, among others. I was also placed in the top 10 of the "*Our Most Influential Alumni*" list by the Princeton Alumni Weekly. I have also written short stories and novellas.

3. My book *Nineteen Minutes* reflects my viewpoint on bullying, marginalization, and the ramifications when a child who is "othered" is failed by peers, parents, and their school community. While it is centered on a school shooting in a town where things like that "never happen," it examines bullying from all angles, not just the verbal and physical abuse that led the fictional shooter Peter to decide to bring a school that day, but also the path that his former best friend Josie (now a popular girl) chose, which led to her complicit silence.

4. Part of the character of Josie's journey involves being sexually bullied by her boyfriend. It is a non-graphic depiction of date rape, described with clinical language. It is not pornography; it is not titillating; it is not sex for the sake of

gratuitous sex. The scene is endemic to the message of the book; it encapsulates the realization that being bullied takes a lot of different forms.

5.  I write to make young adults feel seen. If young teens in an abusive situation identify themselves as being victimized in the same way that Josie was, the book can help them realize that the situation is unhealthy and allow them to seek help from an adult. If young teens can identify themselves in the loneliness and ostracization of Peter, they can realize that they are not alone.

6.  I have heard from hundreds of teens over the years who have said that the book has made them realize they are like Josie—silent in their relationships when they should have spoken up for themselves—and that not intervening to stop an act of bullying you witness is as bad as being the bully. I was in an auditorium of thousands of students who read the book as a schoolwide curriculum choice, when a boy stood up and said that he planned to bring a gun to school that fall, but then he read the book and realized he wasn't the only person who felt marginalized in high school. His comment was followed by a young woman in a wheelchair, who shared that she came home one day and told her mom she was invisible in school and wanted to die. Her mom left her room, sobbing. The girl picked up her English homework—*Nineteen Minutes*—and asserted that the book is the only reason she is alive today.

7.  *Nineteen Minutes* is written for young people across the country who are growing up surrounded by the specter of unspeakable violence invading their communities and schools. I write to communicate with them directly how to identify and address bullying and to open a dialogue. I have received hundreds of letters from

3

teens about *Nineteen Minutes* recounting how deeply it affected them and changed the way they view themselves. School libraries are important to my work. Many of my readers encounter my books there. Section 1006.28's prohibitions on content that "describes sexual conduct" or so-called "pornographic" content shut down that dialogue by preventing students from encountering my book in the first instance. Labeling my books that address sexual assault as "pornographic" or inappropriate for students stigmatizes me and my work, as well as students who read my books and who seek to read them.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/3/25
Hanover, NH

Jodi Picoult