# EXHIBIT I

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No. 6:24-cv-01572-CEM-RMN

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

    Defendants.

_____

## DECLARATION OF ANGIE THOMAS

    I, Angie Thomas, declare that the following facts are true and correct to the best of my knowledge and belief:

    1.    I am an author of young adult (YA) fiction novels. I have won numerous awards for my work. Three of my novels have been featured on the *New York Times* bestseller list and two of my novels have been featured on the *IndieBound* bestseller list.

    2.    My works have been widely recognized by young adults, educators, librarians, and critics. My first novel *The Hate U Give* was longlisted for the National Book Award for "Young Adult Literature" and shortlisted for the British Book Awards "Children's Book of the Year." It was named a Carnegie Medal Honoree, a Coretta Scott King Award Honoree, and an American Library Association's (ALA) Michael L. Printz Award Honoree. It was a finalist for the *Kirkus* Prize, the *Los Angeles Times* Book Prize for "Young Adult Novel," and the Children's and Young Adult Book Lovers Literary Award (CYBILS) for "Young Adult Fiction." It won the Amelia

Elizabeth Walden Award; the *Deutscher Jugendliteraturpreis* for Outstanding Children's Literature; the ALA William C. Morris Award; the Waterstones Children's Book Prize; the *Boston Globe-Horn Book* Award; the Goodreads Choice Awards for "Young Adult Fiction," "Best of the Best," and "Debut Goodreads Author"; the Audie Awards for "Best Female Narrator" and "Young Adult"; Indies Choice Award for "Young Adult Book of the Year"; and the Odyssey Award for "Excellence in Audiobook Production." It was a *Booklist*'s Editors' Choice "Audio for Youth" and "Books for Youth" selection, an Association for Library Services to Children (ALSC) "Notable Children's Recordings" selection, and a Junior Library Guild selection. It was named one of the best young adult novels of 2017 by *The Horn Book Magazine*, *Kirkus Reviews*, *Publishers Weekly*, and *Shelf Awareness*, among others. It featured on the "Quick Picks for Reluctant Young Adult Readers Top 10" list. Fox 2000 Pictures adapted *The Hate U Give* into a critically acclaimed film in 2017.

3.      My second novel *On the Come Up* was shortlisted for the Carnegie Medal for "Young Adult Fiction" and was a finalist for the *Boston Globe-Horn Book* Award for "Fiction & Poetry," the CYBILS Award for "Young Adult Fiction," the *Kirkus* Prize for "Young Readers' Literature," and the Audie Award for "Young Adult Title." It was a *Booklist* Editors' Choice "Books for Youth" selection and an Amelia Bloomer Book List selection. It was nominated for the Goodreads Choice Award for "Young Adult Fiction." It featured on the ALA's "Best Fiction for Young Adults Top 10" list. Fox 2000 Pictures adapted *On the Come Up* into a film in 2022.

4. My third novel *Concrete Rose*, the prequel to *The Hate U Give*, was longlisted for the Carnegie Medal for "Young Adult Fiction," was an ALA Michael L. Printz Award Honoree, and was named a CYBILS Award finalist for "Young Adult Fiction." *Kirkus Reviews* named it one of the best young adult novels of 2021.

5. My fourth novel *Blackout* won the Audie Award for "Short Stories or Collections." *Blackout* will be adapted into a TV Series and a film for Netflix. My fifth book, *Nic Blake and the Remarkables: The Manifestor Prophecy*, is my debut middle grade novel. It is a contemporary fantasy inspired by African American history and folklore. It has been critically acclaimed, earning rave reviews from *Publishers Weekly*, *Booklist*, *BookPage*, among others.

6. I am an activist. I have always seen writing as a form of activism. I echo the sentiments of writer I.W. Gregorio—we, as authors, have a chance to provide mirrors and windows. Books can promote empathy by giving us a glimpse into lives that we may not have known about before. I was born in Georgetown, a predominantly Black neighborhood in Jackson, Mississippi, near the home of civil rights activist Medgar Evers. When I was six, I was at the local park when two drug dealers had a shootout. I ran out of the crossfire. The very next day, my mom took me to the library because she wanted me to see that there was more to the world than what I saw the day before. It wasn't until I got older that I thought: "this is not normal." There are a lot of kids who believe that violence is a normal part of their everyday life. I wrote *The Hate U Give* with these kids in mind—I wanted to make a

real-life human experience, which has been dishonestly politicized, seem personal to all.

7. When I wrote the short story that eventually became *The Hate U Give*, I wove in my experience as a young Black woman navigating a world where gun violence and police brutality are a frightening everyday reality. I existed in two worlds—the lower-income, predominantly Black neighborhood where I was born and raised, and the upper-class, predominantly White neighborhood where I attended a Christian college. While I attempted to reconcile these contrasting worlds through my work, Oscar Grant was killed by a Bay Area Rapid Transit Police Officer in 2009. The deaths of Trayvon Martin, Sandra Bland, Tamir Rice, and Michael Brown followed, igniting national protests against racism and police brutality. I saw Trayvon Martin's friend being ridiculed for presenting herself in a certain way on the witness stand. I knew then that I wanted to write this book for girls like her.

8. *The Hate U Give* is a first-person narrative from the perspective of Starr Carter, a 16-year-old Black girl who lives in a poor Black neighborhood and attends an affluent and predominantly White private school. Starr witnesses a police officer shoot and kill her childhood best friend, Khalil, also a Black teenager. Khalil's death becomes a national story. While Starr keeps her connection to Khalil a secret, she struggles between her identity as a resident of a poor Black neighborhood who witnesses a tragically familiar crime of police brutality and her identity as a student at an affluent and predominantly White private school who feels increasingly isolated by her classmates' unempathetic reactions.

4

9. I wrote *The Hate U Give* to invite discussions amongst different groups of people who may not have otherwise discussed the Black Lives Matter movement. It is an indictment of systemic inequality and illustrates the concept that violence perpetuated against one child is violence perpetuated against us all. I also wrote the story to comfort Black teenagers who face similar challenges to Starr. Starr's internal pressure to code switch between her private school and home, demonstrated via the slang that Starr uses within the context's dialogue, is an overwhelming reality for most Black Americans. Starr's journey of finding meaning in her community and within the world is a universal experience. I underscore the importance of community—Starr's family's diverse viewpoints empower her to find her own agency. Where systems fail their constituents, I echo the universal message—it takes a village to raise a child and strengthen our communities.

10. My book *Concrete Rose* is the story of Maverick Malcom Carter, Starr's doting father. *Concrete Rose* explores traditional ideas of masculinity, the importance of family and community, and the meaning of sacrifice. Maverick is surrounded by friends and family members who are members of the gang "King Lords," including his father, one of the original King Lords, who has been in prison since Maverick was seven. Maverick tries quitting the King Lords when he becomes a father at seventeen, but later is humiliated when he cannot afford a $20 co-pay at a doctor's appointment, leading him to start dealing drugs again. The notion of family that instigated him to "clean up" his act brings him back to the gang when he realizes he has no other avenues to provide for that family. After his cousin is killed, Maverick ultimately

5

walks away from the King Lords and an opportunity for revenge against the person who killed his cousin, because at seventeen, he understands that he will end his own life if he ends the life of his cousin's killer. This abandonment of the antiquated "eye-for-eye" masculinity in favor of being present for his family demonstrates the affirmative steps Maverick takes to break the intergenerational cycle of violence and poverty. When Maverick tells his neighbor that he will get his GED, the neighbor offers him a full-time job, highlighting the importance of community during a precarious point of Maverick's life. Instead of sacrificing a stable future for a "steady" financial present, Maverick can pursue his education in the comfort and stability of his neighbor's kindness. As seen in *The Hate U Give*, Maverick repays this kindness by helping another young man leave the King Lords, liberating him from a cycle of violence, and allowing him to dream and have a stable, secure, and happy future by pursuing his education. The message is universal; when we invest in our youth and empower them with tools to better themselves, they can lift up others who need a helping hand to escape dangerous cyclical situations.

11.   It is emotionally taxing to have my books banned—not because they are my books, but because of the message such censorship sends to Black children who see themselves in my books. Black children deserve to have their stories told. All children deserve to learn more about stories that may resonate with their classmates – books that personalize systemic struggles have the power to harness empathy for change. I have had 16-year-old White, rural Americans tell me, "I don't know any Black people, but this book helps me learn things that Black people have gone

through." Many people have reached out to me saying that they wanted to ban *The Hate U Give* until they actually sat down and read it—once they encountered context for stand-alone words they previously found inflammatory, they understood the book's importance. They always say don't judge a book by its cover—I say don't judge a book by its excerpt. Don't judge a book by a description. Don't judge a book because it addresses something like racism or police brutality, or because it includes a brief description of a sexual encounter or sexual innuendo. While it is frustrating to be written off, my empathy lies with the Black children and other marginalized children who see themselves written off every day. Those kids who are perceived as dangerous, those who are perceived as "the problem"—I write books for them, and I will continue writing books for them. Every single person in this country should have the right to read whatever they want to read from our rich marketplace of ideas. We cannot impose the values of a vocal few onto communities of hundreds of thousands of people and families; as Americans, it is our duty to protect the freedom of families and students to exercise their agency for themselves.

12. Young adults are my most important readers. Some may not have the means to access or purchase a copy on their own, therefore, school libraries are an oasis for them to be able to access my books. Section 1006.28's prohibitions on content that "describes sexual conduct" or so-called "pornographic" content (the "Challenged Provisions") deny the students of Florida the opportunity to read important books. The Challenged Provisions deprive me of my right to communicate my ideas to young Americans. My books teach empathy and compassion, both of which are fundamental

7

tenets of humanity. My books provide a voice to those who have encountered prejudice and felt marginalized. My books provide an avenue for discussion where ignorance, not malice, stifled discourse. Censoring portrayals of marginalization and prejudice stigmatize me and my work, as well as all those who enjoy it, seek it, and find solace in it.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2025
Brookhaven, Georgia

_Angie Thomas_