# EXHIBIT J

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-cv-01572-CEM-RMN

## **DECLARATION OF HEIDI KELLOGG**

I, Heidi Kellogg, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am the mother, next friend, and general guardian of R.K., a senior at Deland High School in Volusia County.

2. Section 1006.28's prohibitions on content that "describes sexual conduct" and on so-called "pornographic" content (the "Challenged Provisions") have disrupted R.K.'s education and drained Volusia County school libraries, including classroom libraries, of books that convey a spectrum of viewpoints and ideas. The School District of Volusia County, R.K.'s school district, has removed at least 70 titles from school and classroom libraries for the 2024-2025 school year.

3. Some of the books that must be removed under the Challenged Provisions are the kinds of classics that I enjoyed as a student. It pains me to see R.K. stripped of the agency I enjoyed when I was R.K.'s age. R.K. is being deprived of the

opportunity to read some of the types of well-regarded and classic literature that shaped me and prepared me for adulthood. In the long run, this governmental obstruction in R.K.'s intellectual development will stunt R.K.'s participation in our society and democracy.

4. Our family values independent reading and personal growth. The school library is central to those family values and is a place where we expect R.K. to be able to read books that expose her to new perspectives and foster her intellectual curiosity. As a parent, I expect R.K.'s school to provide her with opportunities to advance her horizons, not to place limits on her access to library books to purportedly protect her from harm.

5. Because of the Challenged Provisions, R.K. has not been able to access seminal works that R.K. intended to read before R.K. graduates from high school, including Toni Morrison's *The Bluest Eye* and Janet Gurtler's *You Too? 25 Voices Share Their #MeToo Stories*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2025
Volusia County, Florida

Heidi Kellogg