# EXHIBIT K

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-cv-01572-CEM-RMN

## DECLARATION OF JUDITH ANNE HAYES

I, Judith Anne Hayes, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am the mother, next friend, and general guardian of J.H., a junior at William R. Boone High School.

2. Section 1006.28's prohibition on books with content that "describes sexual conduct" has disrupted J.H.'s education and drained Orange County school libraries, including classroom libraries, of books that convey a spectrum of viewpoints and ideas. Orange County Public Schools, J.H.'s school district, has removed at least 200 titles from school libraries to comply with Section 1006.28.

3. Our family has always stressed to J.H. the importance of independent reading and pursuing personal growth. The school library is where we expect J.H. to engage with material that complements and challenges what J.H. learns in J.H.'s curricula. J.H.'s school library is a community space where J.H. can invest time to

learn new perspectives and nurture J.H.'s intellectual curiosity. As a parent, I expect J.H.'s school to give J.H. the tools to advance J.H.'s horizons and encounter new perspectives.

    4.    Section 1006.28's prohibition on content that "describes sexual conduct" stunts J.H.'s academic development and personal growth. It stigmatizes J.H. for seeking to read books that the State disapproves of. Because of that provision, J.H. has not been able to access valuable and educational books that J.H. intended to read before J.H. graduates from high school, including Jack Kerouac's *On the Road* and Erik Larson's *The Splendid and the Vile*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2025
Orange County, Florida

Judith Anne Hayes