# EXHIBIT L

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.

BEN GIBSON, in his official capacity
as Chair of the Florida State Board
of Education, *et al.*,

    Defendants.

_____

Case No. 6:24-cv-01572-CEM-RMN

## DECLARATION OF R.K.

I, R.K., declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am seventeen years old and a senior at Deland High School in the School District of Volusia County ("Volusia").

2. Section 1006.28's prohibitions on content that "describes sexual conduct" and so-called "pornographic" content (the "Challenged Provisions") have depleted my school's libraries (including collections of books in teachers' classrooms) of books that I would like to read that convey a wide spectrum of viewpoints and ideas. To comply with the Challenged Provisions, Volusia identified at least 70 titles to remove from district libraries and classrooms for the 2024-2025 academic year.

3. I have read many of the books that have been removed or have been identified for removal under the Challenged Provisions from libraries in various Florida school districts, including *The Handmaid's Tale* by Margaret Atwood. Books

have made every sphere of my life bigger, fuller, and better. This includes books that have been identified for removal under the Challenged Provisions. I have been raised to think for myself, and my parents trust me to decide which books are right for me. Books empower me with tools to navigate life and initiate challenging conversations in safe environments. Fiction and non-fiction alike help inform my understanding of the world. Book removals in my school library make my world smaller and less colorful and leave me worse off.

4. I had intended this school year to check out books that were removed from my school library under the Challenged Provisions, including Toni Morrison's *The Bluest Eye* and Janet Gurtler's *You Too? 25 Voices Share Their #MeToo Stories*.

5. I consider the school library to be a critical resource. I rely on my school library to provide me with access to books that will help me to learn and grow as I prepare for college and for life beyond high school. The library allows me to explore my interests and further my journey of life-long education.

6. The Challenged Provisions decrease the value that my school library provides. They prohibit me from accessing books that would allow me to explore different ideas and viewpoints and that concern subject matters such as history, politics, and science. The Challenged Provisions therefore stunt my academic and personal growth, leaving me less prepared for college than my peers across the country.

7. I don't read books that are written for third graders, and I don't expect elementary school students to read the books that I am interested in. But the prohibition on so-called "pornographic" content treats my classmates and me the same

as much younger students, with no consideration of our age, education levels, or maturity.

8. My parents and I trust the professional judgment of my teachers and my school librarians. My teachers and school librarians exercised that professional judgment and training when they selected books for their school and classroom libraries and determined that those books were appropriate and valuable for the students who had access to them. The Challenged Provisions totally disregard that professional judgment by requiring teachers and school librarians to remove school library books that they had already determined to have literary or other merit. It is stigmatizing to have Florida government officials label as pornography some of the books that I have read and that I intend to read. I understand that not every person might want to read the same books. But the Challenged Provisions take away my and my family's right to choose which books I can read by limiting the books that I have access to in school libraries.

9. Many of my friends and classmates have also read books that must be removed from school libraries under the Challenged Provisions. By participating in this lawsuit, I hope to vindicate the rights of my peers as well as my own. Students deserve to have a say in what they read.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2025
Volusia County, Florida

R.K.