# EXHIBIT M

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

v.    Case No. 6:24-cv-01572-CEM-RMN

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*,

    Defendants.

_____

## DECLARATION OF J.H.

I, J.H., declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am seventeen years old and a junior at William R. Boone High School in Orange County Public Schools ("Orange County").

2. Section 1006.28's prohibition on content that "describes sexual conduct" has depleted my school's libraries (including collections of books in teachers' classrooms) of books that I would like to read that convey a wide spectrum of viewpoints and ideas.

3. To comply with that statutory mandate, Orange County has removed at least 200 titles from school libraries and classrooms for the 2024-2025 academic year.

4. I have read many of the books that have been removed or have been identified for removal under Section 1006.28's prohibition on content that "describes sexual conduct" from libraries in various Florida school districts, including

*Slaughterhouse-Five* by Kurt Vonnegut. Many of the classic books that have been removed under that statutory prohibition are books that provided me with knowledge that supplements the modern education system in a way that feels tailored to my experiences and interests. Having this access to information fosters an environment of growth and independence by broadening my horizons and exposing me to different perspectives.

5.  I had intended this school year to check out books that were removed from my school library under Section 1006.28's prohibition on content that "describes sexual conduct," including Jack Kerouac's *On the Road* and Erik Larson's *The Splendid and the Vile*.

6.  The school library is an indispensable educational resource for me. It is the primary source of books I rely on. As an avid reader, I rely on my school library to pursue books outside of the required curricula so that I can stretch my intellectual horizons and hone my critical thinking skills. The library allows me to follow my interests and passions. It supports my journey of life-long education by making me more self-sufficient, capable, and confident.

7.  Section 1006.28's prohibition on content that "describes sexual conduct" is stunting my academic development and personal growth. Because it requires the removal of school library books, that prohibition blocks my access to new ideas and viewpoints, as well as information about history, politics, and science. Without access to some of the books that have been removed under that provision, I am less prepared for the challenges of adulthood. By restricting the scope of books that I have access

to, including non-fiction books and classic literature, the State has left me at a deficit compared to my peers across the country—some of whom will be my classmates in college—who have access to books that contain facts and histories that are critical to our participation in society.

8. My parents and I trust my teachers and my school librarians to exercise their professional judgment in selecting the books that are made available to me in my school library and my teachers' classroom collections. But Section 1006.28's prohibition on content that "describes sexual conduct" is indifferent to that professional judgment. I have read several of the books that have been identified for removal under that provision and have found them valuable, not harmful. I recognize that not every book is for every person, but that prohibition prevents students like me and their families from choosing which books they have access to in school libraries.

9. Many of my friends and classmates have also read books that must be removed from school libraries under Section 1006.28's prohibition on content that "describes sexual conduct." I have heard from some of them that they fear that their reputations will be negatively affected if they are seen with these supposedly inappropriate books.

10. I am fortunate that my family shares my values concerning the First Amendment and the importance of school libraries in providing access to the marketplace of ideas. By participating in this lawsuit, I hope to vindicate the rights of my peers as well as my own. Students deserve to have a say in what they read.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2025
Orange County, Florida

J.H.