UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PENGUIN RANDOM HOUSE LLC,**
et al.,

       Plaintiffs,

v.                        Case No. 6:24-cv-1573-CEM-RMN

**BEN GIBSON, et al.,**

       Defendants.

| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
|---|---|---|---|
| **DEPUTY CLERK:** | Ann Lindstrand | **COUNSEL FOR PLAINTIFF:** | Adam Diederich, Frederick Sperling, David Karp |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@ outlook.com | **COUNSEL FOR DEFENDANT:** | Jason Muehlhoff, Nathan Forrester, Sheena Thakrar, Howard Marks |
| **DATE/TIME:** | May 21, 2025 9:34 A.M. – 10:45 A.M. | | |
| **TOTAL TIME:** | 1 Hour, 11 Minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING**
Re: Oral Arguments on Motions for Summary Judgment

Case called. Appearance made by counsel.

The parties present oral argument to the Court.

Court is adjourned.

Page **1** of 1