# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC, et al.<br><br>    Plaintiffs,<br><br>          v.<br><br>BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, et al.,<br><br>    Defendants. | Case No. 6:24-cv-01573 |

**STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), State Defendants file this notice of supplemental authority:

1. *Little v. Llano Cnty.*, No. 23-50224 (5th Cir. May 23, 2025) (en banc).[1]

2. *Little* supplements State Defendants' government speech argument made in their summary judgment papers, specifically DE109 at 16–29 and DE121 at 8–11.

3. "[A] library's collection decisions are government speech and therefore not subject to Free Speech challenge. Many precedents teach that someone engages in expressive activity by curating and presenting a collection of third-party speech. Think of the editors of a poetry compilation choosing among

---

[1] Per Local Rule 3.01(i), State Defendants do not include a copy of the opinion given that the opinion is readily available. State Defendants, however, are happy to provide a copy of the opinion upon request.

poems, or a newspaper choosing which editorials to run, or a television station choosing which programs to air. So do governments." Slip op. at 2.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted, |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>jason.muehlhoff@myfloridalegal.com | JAMES UTHMEIER<br>  *Attorney General*<br>JEFFREY PAUL DESOUSA (FBN 110951)<br>  *Acting Solicitor General*<br>DAVID M. COSTELLO (FBN 1004952)<br>  *Chief Deputy Solicitor General*<br>*/s/ Jason J. Muehlhoff*<br>JASON J. MUEHLHOFF (admitted<br>  *pro hac vice*)<br>  *Deputy Solicitor General*<br><br>*Counsel for State Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Jason J. Muehlhoff*
*Deputy Solicitor General*