# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PENGUIN RANDOM HOUSE LLC, *et al.*,

      Plaintiffs,

v.

Case No. 6:24-cv-01573

BEN GIBSON, in his official capacity as Chair of the Florida State Board of Education, *et al.*

      Defendants.
_____/

## NOTICE OF APPEAL

State Defendants[1] in this case appeal to the United States Court of Appeals for the Eleventh Circuit the district court's order dated August 13, 2025, *see* Dkt. 129, and from all related non-final rulings or orders.

---

[1] Ben Gibson, Ryan Petty, Esther Byrd, Grazie P. Christie, Kelly Garcia and MaryLynn Magar, in their official capacities as members of the Florida State Board of Education.

1

Respectfully submitted,

*/s/ Jason J. Muehlhoff*
JASON J. MUEHLHOFF (TXBN 24135719)
  *Chief Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
*jason.muehlhoff@myfloridalegal.com*

*Counsel for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ Jason J. Muehlhoff*
Chief Deputy Solicitor General