IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-cv-01573-CEM-RMN

PENGUIN RANDOM HOUSE LLC, *et al.*,

    Plaintiffs,

vs.

BEN GIBSON, in his official capacity as Chair
of the Florida State Board of Education, *et al.*,

    Defendants.

_____/

## THE SCHOOL BOARD DEFENDANTS' NOTICE OF APPEAL

The Orange County School Board Defendants and the Volusia County School Board Defendants (the School Board Defendants)[1] in this case appeal to the United States Court of Appeals for the Eleventh Circuit the district court's summary judgment order dated August 13, 2025 (Doc. 129).

Respectfully submitted this 12th day of September, 2025.

                                       */s/ Sheena A. Thakrar*
                                       HOWARD MARKS (FL Bar #0750085)
                                       Email: hmarks@burr.com

---

[1] These defendants are: Anne Douglas, Stephanie Vanos, Teresa Jacobs, Angie Gallo, Maria Salamanca, Alicia Farrant, Vicki-Elaine Felder, and Melissa Byrd (the Orange County School Board Defendants), and Jamie Haynes, Krista Goodrich, Ruben Colon, Donna Brosemer, and Jessie Thompson (the Volusia County School Board Defendants).

        Secondary Email: echaves@burr.com
        SHEENA THAKRAR (FL Bar #871141)
        Email: sthakrar@burr.com
        Secondary Email: acape@burr.com
        BURR & FORMAN LLP
        200 S. Orange Avenue, Suite 800
        Orlando, Florida 32801
        Telephone: (407) 540-6600
        *Attorneys for the School Board Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2025, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice to all counsel of record.

        */s/ Sheena A. Thakrar*
        SHEENA THAKRAR (FL Bar #871141)
        *Attorneys for the School Board Defendants*