UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PENGUIN RANDOM HOUSE
LLC; et al.,

    Plaintiffs,

vs.

BEN GIBSON; et al.,

    Defendants.

Case No.
6:24-cv-1573-CEM-RMN

## ORDER

This matter is before the Court without oral argument on the Plaintiffs' Motion on Entitlement to Attorneys' Fees and Non-Taxable Costs. Dkt. 133. The Defendants filed responses in opposition. Dkts. 137, 138.

The State Defendants have filed an appeal of the Court's August 13, 2025 Order. *See* Dkt. 134 (notice of appeal). Although the filing of a notice of appeal divests a district court of jurisdiction with respect to any matters involved in the appeal, *Taylor v. Sterrett*, 640 F.2d 663, 667–668 (5th Cir. Mar. 25, 1981, Unit A), a district court has the discretion to deny a motion for attorney's fees without prejudice to

refile after the appeal has concluded. *See* Fed. R. Civ. P. 54(d) Advisory Committee Note to 1993 Amendment.

If the Court were to resolve the fee issue while an appeal remains pending, it would likely be asked to repeat the procedure following the appeal. Denying the motion thus would avoid the piecemeal resolution of the parties' fee disputes. Furthermore, the immediate resolution of collateral issues concerning fees and non-taxable costs is unlikely to assist the Court of Appeals, and the record reflects no good cause for the motion for attorney's fees to remain pending indefinitely. Lastly, fee issues are often resolved in appellate mediation.

Accordingly, it is **ORDERED** that the Plaintiffs' Motion on Entitlement to Attorneys' Fees and Non-Taxable Costs (Dkt. 133) is **DENIED without prejudice** to their right to refile and serve the motion no later than fourteen days after entry of a mandate by the Court of Appeals.

**DONE** and **ORDERED** in Orlando, Florida, on October 3, 2025.

                                                ROBERT M. NORWAY
                                                *United States Magistrate Judge*

Copies to:

Counsel of Record